UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:15 CR 49 CDP-5 |
| ARMIN HARCEVIC, | ) | |
| Defendant. | ) | |

## **ORDER**

As counsel for the defendant and counsel for the government have both indicated that they do not object to the Report and Recommendation of United States Magistrate Judge David D. Noce concerning conditions of release for defendant Armin Harcevic,

**IT IS HEREBY ORDERED** that the April 14, 2015 Report and Recommendation [#141] is adopted and incorporated herein, and defendant shall be released on the conditions set by Judge Noce in that Report. Counsel must make the necessary arrangements with Judge Noce for execution of papers and release of defendant, and Judge Noce will make the final determination about the appropriate third-party custodians.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of April, 2015.