IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cause No. 4:15-CR-0049 CDP- DDN |
| ) | |
| Plaintiff, ) | **ORDER FOR EXTRA** |
| ) | **PRAYER TIME DURING** |
| vs. ) | **RAMADAN** |
| ) | |
| ARMIN HARCEVIC ) | |
| ) | |

Defendant.

## ORDER

A motion having been made to extend the time defendant Armin Harcevic may be away from home daily at prayer while on electronic home detention so that he may fulfill his Ramadan obligations,

IT IS HEREBY ORDERED that Mr. Harcevic may attend late night /early morning Prayer as follows during the month of Ramadan:

<u>June 9 – June 25</u> – Mr. Harcevic is permitted to remain outside of his residence to attend late night prayer at the Abu Baker Mosque located at 4700 S. Grand Blvd., St. Louis, MO, returning home by 12:00 midnight.

June 26 – July 5 – Mr. Harcevic is permitted to remain outside of his residence to attend late night prayer and morning vigil prayers which are offered at the at the Bilal Mosque located at 3843 W. Pine Mall Blvd., St. Louis, MO , returning home by 6:00 a.m.

Dated this 9th day of June, 2016

_____
Judge Catherine Perry
UNITED STATES DISTRICT COURT