

Image



Id 498572630240997
Title
Photo http://sphotos-e.ak.fbcdn.net/hphotos-ak-xfp1/t31.0-8/q80/s720x720/1400307_498572630240997_1568597274_o.jpg
Link http://www.facebook.com/photo.php?fbid=498572630240997&set=a.503967879701472.1073741825.100002647935197&type=1
Upload Ip 31.6.90.97
Album Name Untitled Album
Uploaded 2013-11-21 11:03:18 UTC
Tags

Image



Id 493401760758084
Title
Photo http://sphotos-e.ak.fbcdn.net/hphotos-ak-xpf1/t1.0-9/s720x720/10282_493401760758084_251363697_n.jpg
Link http://www.facebook.com/photo.php?fbid=493401760758084&s=a.503967879701472.1073741825.100002647935197&type=1
Upload Ip 94.55.100.18
Album Name Untitled Album
Uploaded 2013-11-09 13:10:36 UTC
Tags
Comments
  User Ramiza Kurdic Kopic (100000003519549)
  Text duse drage da vas Allah sacuva od svakog zla
  Time 2013-11-09 13:16:30 UTC

  User Bernes Beko Zepco (100000417285248)
  Text Akhi dobar taj motor moze li jedan krug za me
  Time 2013-11-09 14:05:05 UTC

  User Medy UmmuLuna (1464797848)
  Text Jeli to Tomos :)
  Time 2013-11-09 18:01:45 UTC

  User Abdullah Ramo Mudzahid (100002647935197)
  Text AMIN WE IJJAKE, NIJE TOMOS NEKI KINESKI DOBAR IDE , MALO TROSI ELLHAMDU LILLAH