UNCLASSIFIED

**Recipients** Abdullah Ramo Mudzahid (100002647935197)

**Facebook Business Record** — Page 4695

I will see if that will be that. But I don't promise anything to anyone. I want to see how and what so there is no confusion. Because I have my own intention. Everyone has their own intentions and path, God willing for us all to be on the right path. Peace! We will talk later. I need to come visit you all for some coffee.

**Recipients** Ja███ ████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-12-21 10:24:40 UTC
**Deleted** false
**Body** And peace be upon you, my brother. I pray to Allah to be satisfied with you. And you are welcome to stop by whenever you can. You all are our brothers!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Ja███
**Author** Ja███
**Sent** 2014-01-03 19:18:22 UTC
**Deleted** false
**Body** Peace! Where are you?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Ja███ J███
**Author** Ja███
**Sent** 2014-01-03 19:18:36 UTC
**Deleted** false
**Body** I heard the brothers are being martyred.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Ja███
**Author** Jas███
**Sent** 2014-01-04 14:22:00 UTC
**Deleted** false
**Body** Peace, brother. We are dealing with a situation in waging war against the FSA [Free Syrian Army]. They want to attack us.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Ja███
**Author** Ja███
**Sent** 2014-01-04 14:22:21 UTC
**Deleted** false
**Body** All battalions that have an Islamic sign.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Ja███
**Author** Ja███
**Sent** 2014-01-04 14:23:00 UTC
**Deleted** false
**Body** The situation is fierce. We cannot go back to Haritan.

(mid.1388511283860:9cae640a912af2e825)
**Recipients** Abdullah Ramo Mudzahid (100002647935197)
**Author** ████████████████
**Sent** 2013-12-31 17:34:43 UTC
**Deleted** false
**Body** May peace be upon you, brother Ramo. I am ████████████████ from ████████. How are you?

**Recipients** ████████████████
Abdullah Ramo Mudzahid (100002647935197)

30
UNCLASSIFIED

GOVERNMENT
EXHIBIT
1

Trans 02953

U.S. Government Property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Facebook Business Record**     Page 9067

(mid.1388966850171:c30817c7cd71441916)
**Recipients** M█████ ███████ ███████████ Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2014-01-06 00:07:30 UTC
**Deleted** false
**Body** MAY PEACE BE UPON YOU, BROTHER. DO YOU KNOW WHAT IS GOING ON WITH ABDULLAH?

**Recipients** M█████ ████████
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2014-01-06 04:27:23 UTC
**Deleted** false
**Body** May peace be upon you, brother.

**Recipients** Siki Ramiz Hodzic (1304677927) M█████ ████████
**Author** M█████ ████████ ███████████
**Sent** 2014-01-06 04:27:49 UTC
**Deleted** false
**Body** And peace be upon you. Well, [he] is alright.

**Recipients** M█████ ████████
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2014-01-06 04:28:31 UTC
**Deleted** false
**Body** Are you okay? Has it calmed down at all? May Allah help you.

**Recipients** Siki Ramiz Hodzic (1304677927) M█████ ████████
**Author** M█████ ████████ ███████████
**Sent** 2014-01-06 04:35:53 UTC
**Deleted** false
**Body** It has not.

50
UNCLASSIFIED

U.S. Government Property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Facebook Business Record** — Page 9068

**Recipients** M▮▮▮▮▮ ▮▮▮▮▮▮▮
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2014-01-06 04:37:23 UTC
**Deleted** false
**Body** Brother, are there enough of you? Can you hold your own against those freemen [Free Syrian Army]?

**Recipients** Siki Ramiz Hodzic (1304677927)
M▮▮▮▮▮ ▮▮▮▮▮▮▮
**Author** M▮▮▮▮▮ ▮▮▮▮▮▮▮
**Sent** 2014-01-06 04:38:48 UTC
**Deleted** false
**Body** There are tens of thousands of us, thank God. We are destroying them.

**Recipients** Siki Ramiz Hodzic (1304677927)
M▮▮▮▮▮ ▮▮▮▮▮▮▮
**Author** M▮▮▮▮▮ ▮▮▮▮▮▮▮
**Sent** 2014-01-06 04:39:14 UTC
**Deleted** false
**Body** In one place yesterday, we killed 30 of them.

**Recipients** M▮▮▮▮▮ ▮▮▮▮▮▮▮
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2014-01-06 04:39:28 UTC
**Deleted** false
**Body** I pray to Allah to grant you a victory.

**Recipients** M▮▮▮▮▮ ▮▮▮▮▮▮▮
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2014-01-06 04:39:43 UTC
**Deleted** false
**Body** ALLAH IS THE GREATEST.

**Recipients** M▮▮▮▮▮ ▮▮▮▮▮▮▮
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2014-01-06 04:40:45 UTC
**Deleted** false

51
UNCLASSIFIED