U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Facebook Business Record** — Page 6544

**Deleted** false
**Body** █████████████████████████

**Recipients** Medy UmmuLuna (1464797848)
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-08-01 09:21:59 UTC
**Deleted** false
**Body** Peace be upon you, Medi. One question. If you guys are able to, we need help. We need to send some help for the brothers in Syria. With that I mean the Bosnians among them and one of ours from Teslic. We need to buy some boots and uniforms that we can send them. If you are able to and even if not still thank you …may Allah reward you for your efforts.

**Recipients** Siki Ramiz Hodzic (1304677927)
Medy UmmuLuna (1464797848)
**Author** Medy UmmuLuna (1464797848)
**Sent** 2013-08-01 10:34:40 UTC
**Deleted** false
**Body** Peace, Allah's mercy and blessings be upon you … Of course, may Allah reward you in these blessed days, so that you remember us and so that we can carry out a few more good deeds within the last third of Ramadan … We will, how could we not. Just tell me when and approximately how much would be needed, God willing…

**Recipients** Medy UmmuLuna (1464797848)
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-08-01 18:11:53 UTC
**Deleted** false
**Body** *Sister*, as much as you can … *Package* is going two-three days after Eid. When I spoke with the brothers last week who are over there they are saying that they now need boots and military clothes so we have decided now to send the first shipment. May Allah increase your blessings and reward you with what is best for you.

**Recipients** Siki Ramiz Hodzic (1304677927)

UNCLASSIFIED
3

GOVERNMENT EXHIBIT 2

Trans 00238

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

|   |   |
|---|---|
| | Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:15:20 UTC |
| Deleted | false |
| Body | Amen, Amen, oh Lord …do you have PayPal through which payment can be made? |
| Recipients | Medy UmmuLuna (1464797848)<br>Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-08-01 18:21:13 UTC |
| Deleted | false |
| Body | I do not, but if you end up sending just tell me how much. I'll give it and then you and I will discuss how to transfer the money. |
| Recipients | Siki Ramiz Hodzic (1304677927)<br>Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:22:49 UTC |
| Deleted | false |
| Body | Oh Ok, sounds good, *deal* … |
| Recipients | Siki Ramiz Hodzic (1304677927)<br>Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:25:50 UTC |
| Deleted | false |
| Body | God willing, that way is easier for us, then we have enough time. |
| Recipients | Siki Ramiz Hodzic (1304677927) |

UNCLASSIFIED
4

UNCLASSIFIED

**Facebook Business Record** — Page 6545

|  |  |
|---|---|
| | Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:26:17 UTC |
| Deleted | false |
| Body | "DON'T YOU GUYS SEND IT WITHOUT US." |

| | |
|---|---|
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:27:16 UTC |
| Deleted | false |
| Body | Although if you would have waited a little bit for us to finish with these packets and school supplies, then there would have been more. |

| | |
|---|---|
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:27:38 UTC |
| Deleted | false |
| Body | You know when we have these actions now, we would announce it over here in the group and I believe that there would be more. |

| | |
|---|---|
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:27:59 UTC |
| Deleted | false |
| Body | But, it's good, it wasn't meant to be. We'll announce it next time, God willing, and I believe that there will be good out of it. |

| | |
|---|---|
| Recipients | Medy UmmuLuna (1464797848) |
| | Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-08-01 18:29:09 UTC |
| Deleted | false |
| Body | May Allah reward you and accept your prayers. |

UNCLASSIFIED

5

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:29:56 UTC |
| **Deleted** | false |
| **Body** | Amen… and you who has thought of that. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:29:57 UTC |
| **Deleted** | false |
| **Body** | Amen. |

| | |
|---|---|
| **Recipients** | Medy UmmuLuna (1464797848) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-01 18:30:03 UTC |
| **Deleted** | false |
| **Body** | I will talk with the brothers that are over there tomorrow, God willing, and know for sure some other information. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:30:17 UTC |
| **Deleted** | false |
| **Body** | God willing. |

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Facebook Business Record** — Page 6546

| | |
|---|---|
| Recipients | Medy UmmuLuna (1464797848) |
| | Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-08-01 18:30:51 UTC |
| Deleted | false |
| Body | It is important for them to receive this for now because it's hard to walk around without shoes yet alone run. |

| | |
|---|---|
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:31:31 UTC |
| Deleted | false |
| Body | Well of course, of course, that's why it is necessary to do it as soon as possible. But I am curious, is their post office working, my Allah, it is not like it is here where we are. |

| | |
|---|---|
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:31:38 UTC |
| Deleted | false |
| Body | When the war was going on, there was no mail nor any store. |

| | |
|---|---|
| Recipients | Medy UmmuLuna (1464797848) |
| | Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-08-01 18:32:10 UTC |
| Deleted | false |
| Body | Medy, we have a connection via Turkey. |

| | |
|---|---|
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:32:24 UTC |
| Deleted | false |
| Body | Allah is supreme! Allah is supreme! Thank God! |

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:32:30 UTC |
| **Deleted** | false |
| **Body** | Well why haven't you made us aware of that before? |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:32:34 UTC |
| **Deleted** | false |
| **Body** | Those news, awww. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:32:37 UTC |
| **Deleted** | false |
| **Body** | I am so *happy*. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:32:30 UTC |
| **Deleted** | false |

UNCLASSIFIED
8

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Facebook Business Record** — Page 6547

| | |
|---|---|
| Body | If a good person could somehow assist and help at least those who are fighting on Allah's path, awww, since we are not directly in the program… |
| Recipients | Siki Ramiz Hodzic (1304677927)<br>Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:33:12 UTC |
| Deleted | false |
| Body | Do you get me? :) |
| Recipients | Medy UmmuLuna (1464797848)<br>Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-08-01 18:33:53 UTC |
| Deleted | false |
| Body | We didn't know the situation and whether the brothers from St. Louis, who have answered to the call to Syria, have a connection. They have told us about the situation and recently we finally found a path to ship it. |
| Recipients | Siki Ramiz Hodzic (1304677927)<br>Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:34:18 UTC |
| Deleted | false |
| Body | Thank God! Thank God! |
| Recipients | Siki Ramiz Hodzic (1304677927)<br>Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:35:02 UTC |
| Deleted | false |
| Body | Great, I am *in* and do not skip us and I am sure that there are other sisters. I just need some time as you can see yourself that I am buried with work during Ramadan, but God willing, I am here, basically. |
| Recipients | Medy UmmuLuna (1464797848)<br>Siki Ramiz Hodzic (1304677927) |

UNCLASSIFIED

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-08-01 18:35:02 UTC
**Deleted** false
**Body** There is also one of ours from Teslic who is fighting.

**Recipients** Medy UmmuLuna (1464797848)
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-08-01 18:36:05 UTC
**Deleted** false
**Body** May Allah make it easier on you and accept your prayers. Just take it easy and we'll talk again in a few days, God willing.

**Recipients** Siki Ramiz Hodzic (1304677927)
Medy UmmuLuna (1464797848)
**Author** Medy UmmuLuna (1464797848)
**Sent** 2013-08-01 18:36:32 UTC
**Deleted** false
**Body** Amen, amen, amen. May Allah protect him and for that fight to be clearly only in His name.

**Recipients** Medy UmmuLuna (1464797848)
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-08-01 18:36:45 UTC
**Deleted** false
**Body** Amen.

UNCLASSIFIED
10

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Facebook Business Record** — Page 6548

| | |
|---|---|
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:36:47 UTC |
| Deleted | false |
| Body | I heard, but I also heard that he came back |

| | |
|---|---|
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:36:58 UTC |
| Deleted | false |
| Body | to Bosnia, but Allah knows best. |

| | |
|---|---|
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:37:15 UTC |
| Deleted | false |
| Body | They say that he goes a little bit there and a little bit home ……… |

| | |
|---|---|
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:37:31 UTC |
| Deleted | false |
| Body | May Allah protect him from all evil. Amen. |

| | |
|---|---|
| Recipients | Medy UmmuLuna (1464797848) |
| | Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-08-01 18:38:01 UTC |
| Deleted | false |
| Body | It's not that one. This one left from St Louis I have his Alija [sic] that he sent me but I can't post them as his family is here. |

| | |
|---|---|
| Recipients | Medy UmmuLuna (1464797848) |

UNCLASSIFIED

11

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

|  | |
|---|---|
|  | Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-08-01 18:38:32 UTC |
| Deleted | false |
| Body | I have his pictures. |
| | |
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:39:06 UTC |
| Deleted | false |
| Body | Awww send me one via a private message so I can see, but don't-don't post it you know our people know how to abuse it and it is not really the safest. |
| | |
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:39:13 UTC |
| Deleted | false |
| Body | But I am curious if we are talking about the same one. |
| | |
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:39:24 UTC |

UNCLASSIFIED
12

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Facebook Business Record** — Page 6549

| | |
|---|---|
| Deleted | false |
| Body | Where is that brother from? Which village by Teslic? |
| | |
| Recipients | Medy UmmuLuna (1464797848) |
| | Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-08-01 18:39:28 UTC |
| Deleted | false |
| Body | He's not a *boy* … |
| | |
| Recipients | Medy UmmuLuna (1464797848) |
| | Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-08-01 18:39:52 UTC |
| Deleted | false |
| Body | I will send you a picture but do not post it anywhere. |
| | |
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:40:19 UTC |
| Deleted | false |
| Body | Nooo way, I wouldn't, I swear by God. Don't worry, I'll delete it the same second, *just in case*. |
| | |
| Recipients | Medy UmmuLuna (1464797848) |
| | Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-08-01 18:40:57 UTC |
| Deleted | false |
| Body | Did you get the picture? |
| Attachments | 18697_10200342802715069_1136239452_n.jpg (10200342804675118) |
| | **Type** image/jpeg |
| | **URL** |
| | https://attachment.fbsbx.com/messaging_attachment.php?aid=5 3a46e9474888962cc77f79418cf5945&mid=mid.1375382457557 |

UNCLASSIFIED
13

Trans 00248

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

%3A495d91032c8263d600&uid=1304677927&accid=1304677927&preview=0&hash=AQBjL9fTTXo59dKgPSTZVBhchLm7PFR4RSw7O3BeiRV8dlLJ

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED



UNCLASSIFIED
15

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Facebook Business Record** — Page 6551

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:41:31 UTC |
| **Deleted** | false |
| **Body** | I have, I have. I do not know him. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:41:41 UTC |
| **Deleted** | false |
| **Body** | Never seen him and you say [he is] from Teslic. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:41:43 UTC |
| **Deleted** | false |
| **Body** | Right? |

| | |
|---|---|
| **Recipients** | Medy UmmuLuna (1464797848) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-01 18:43:21 UTC |
| **Deleted** | false |
| **Body** | The brother has tremendous amount of faith. He left everything, even a paid off truck and everything. May Allah strengthen him and allow him to do only what He will be satisfied with. |

| | |
|---|---|
| **Recipients** | Medy UmmuLuna (1464797848) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-01 18:43:39 UTC |
| **Deleted** | false |
| **Body** | Yes, ours up there, *list*. |

UNCLASSIFIED

16

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:43:53 UTC |
| **Deleted** | false |
| **Body** | Praise be to Allah! Praise be to Allah! My eyes are tearing up. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:44:09 UTC |
| **Deleted** | false |
| **Body** | Thank God! May Allah strengthen him in his faith. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:44:22 UTC |
| **Deleted** | false |
| **Body** | Allah is supreme! It is not easy to decide that. There is no God but Allah. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:44:34 UTC |
| **Deleted** | false |

UNCLASSIFIED
17

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Facebook Business Record**                                              Page 6552

| | |
|---|---|
| **Body** | My eyes are really tearing up :( |
| **Recipients** | Medy UmmuLuna (1464797848) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-01 18:46:09 UTC |
| **Deleted** | false |
| **Body** | Amen. Our lion, pride of us, Teslic believers. I also cried when he called me via Skype. |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:46:24 UTC |
| **Deleted** | false |
| **Body** | :(((((((((((( Allah is supreme! |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:46:27 UTC |
| **Deleted** | false |
| **Body** | Siki. :((((((( |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:46:36 UTC |
| **Deleted** | false |
| **Body** | How come everything is functioning for them like that? |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:46:41 UTC |
| **Deleted** | false |

UNCLASSIFIED
18

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| Body | You saw how it was with us? |
| Recipients | Siki Ramiz Hodzic (1304677927)<br>Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:46:52 UTC |
| Deleted | false |
| Body | And tell me, what does he say, is everything really like they are reporting in the news? |
| Recipients | Siki Ramiz Hodzic (1304677927)<br>Medy UmmuLuna (1464797848) |
| Author | Medy UmmuLuna (1464797848) |
| Sent | 2013-08-01 18:46:58 UTC |
| Deleted | false |
| Body | Because that is horrendous. |
| Recipients | Medy UmmuLuna (1464797848)<br>Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-08-01 18:47:27 UTC |
| Deleted | false |
| Body | Well for them to make contact they go to Zenica, at the border with Turkey. |
| Recipients | Medy UmmuLuna (1464797848)<br>Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-08-01 18:48:08 UTC |

UNCLASSIFIED
19

**Facebook Business Record** — Page 6553

**Deleted** false
**Body** It is horrible, but praise the God. Every day the brothers answer the call and are coming from all sides.

**Recipients** Siki Ramiz Hodzic (1304677927)
Medy UmmuLuna (1464797848)
**Author** Medy UmmuLuna (1464797848)
**Sent** 2013-08-01 18:48:57 UTC
**Deleted** false
**Body** Thank God! Thank God! Thank God that there are [people] like that. Allah is supreme!

**Recipients** Medy UmmuLuna (1464797848)
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-08-01 18:49:03 UTC
**Deleted** false
**Body** It is good now and Allah will grant victory, God willing. Just pray.

**Recipients** Siki Ramiz Hodzic (1304677927)
Medy UmmuLuna (1464797848)
**Author** Medy UmmuLuna (1464797848)
**Sent** 2013-08-01 18:49:10 UTC
**Deleted** false
**Body** I swear to God I thought that there aren't many of us who are answering the call, but thank God.

**Recipients** Siki Ramiz Hodzic (1304677927)
Medy UmmuLuna (1464797848)
**Author** Medy UmmuLuna (1464797848)
**Sent** 2013-08-01 18:49:17 UTC
**Deleted** false
**Body** Amen, amen, amen.

**Recipients** Medy UmmuLuna (1464797848)
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

|  |  |
|---|---|
| **Sent** | 2013-08-01 18:49:48 UTC |
| **Deleted** | false |
| **Body** | Now, there are about 150 from Bosnia that we know of thus far. |
| **Recipients** | Siki Ramiz Hodzic (1304677927)<br>Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:50:23 UTC |
| **Deleted** | false |
| **Body** | Sounds good, Siki, I won't bug you anymore, but in any case do not worry. We are in action right for now, for as long as it is meant to be. For the next one, we are definitely more active as we will make an action for that, God willing. |
| **Recipients** | Medy UmmuLuna (1464797848)<br>Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-01 18:50:29 UTC |
| **Deleted** | false |
| **Body** | Ours are mainly with the Chechens in the brigade. |
| **Recipients** | Siki Ramiz Hodzic (1304677927)<br>Medy UmmuLuna (1464797848) |
| **Author** | Medy UmmuLuna (1464797848) |
| **Sent** | 2013-08-01 18:50:32 UTC |
| **Deleted** | false |
| **Body** | Awww, thank God! Thank God! Thank God! |
| **Recipients** | Medy UmmuLuna (1464797848) |

UNCLASSIFIED
21