UNCLASSIFIED

Jasminka Ramic/Abdullah Ramo Pazara emails

**Date:** Wed, 14 Aug 2013 06:18:13 -0700 (PDT)
**From:** jasminka ramic <jasminka.ramic@att.net>
**Reply-To:** jasminka ramic <jasminka.ramic@att.net>
**Subject:** Re: may peace be upon you
**To:** ramo pazara ramopazara@live.com

And peace, Allah's mercy and blessing be upon you brother and all believers in Allah who are putting forth the effort and battling on the path of Allah so that Allah's word is SUPERIOR and the word of non-believers inferior. My family and I are good, thank God! May Allah reward you for contacting me. I am wondering if you have a person (that is with you) that we could send, if nothing to an address in a Turkish city, at least some support to you (you know what I mean) in $... or *first aid kits*. May the Merciful make it easier on you and help you against non-believers. May Allah grant you victory soon. Amen, oh Lord of the worlds! ==Are you in one of these brigades: Akhrar al Sham, Jabhat al Nusra, Ahmad Assaf, Fajr Islam, or Salahuddin Ayyubi?== P.S. If it is easier to contact me on Facebook, God willing, contact me via the inbox, and I will delete the message after reading it. Facebook *account* spies can go in and see our private messages.

**From:** ramo pazara <ramopazara@live.com>
**Subject:** may peace be upon you

May peace be upon you, sister. How are you? What is new? I do not have Internet here so I cannot contact you often. The situation is difficult, but thanks to Allah, victory is coming from Allah.

**From:** ramo pazara <ramopazara@live.com>
**To:** <jasminka.ramic@att.net>
**Subject:**
**Date:** Thu, 15 Aug 2013 05:21:36 0700

**STAS Comment: Plain Text version**
May peace be upon you, sister. We have a brother that lives in Istanbul and visits us often. He can deliver anything here. The brother's name is ▋, he is 100% reliable. In case you send anything, money or anything else, his phone number is 00905337708484. The situation is difficult, every bit of help is needed for the Muslim people! Just say that it is for Abdullah and ▋ from Bosnia (the American) and they will know! I pray to Allah to reward you for everything with the highest level of paradise. ==All of those brigades have united into one and the Islamic State of Iraq and Sham (Syria) has been established. The caliphate is coming, God willing. Pray to Allah== to make it easier on all of us. May peace be upon you.

1
UNCLASSIFIED

GOVERNMENT
EXHIBIT
3

Trans 03421