**Image**



| | |
|---|---|
| **Id** | 457055264392734 |
| **Title** | |
| **Photo** | http://sphotos-c.ak.fbcdn.net/hphotos-ak-xap1/t1.0-9/1236754_457055264392734_1944834200_n.jpg |
| **Link** | http://www.facebook.com/photo.php?fbid=457055264392734&set=a.207468266018103.42171.100002647935197&type=1 |
| **Upload Ip** | 154.52.0.138 |
| **Album Name** | Timeline Photos |
| **Uploaded** | 2013-08-22 13:03:58 UTC |
| **Tags** | |

GOVERNMENT
EXHIBIT
4

UNCLASSIFIED

| | Facebook Business Record | Page 1081 |
|---|---|---|

| | |
|---|---|
| Title | Syria: The *mujahidin* have liberated the city of Ariha in the Idlib province |
| Url | http://vijestiummeta.com/sirija-mudzahidi-oslobodili-grad-ariha-u-provinciji-idlib/ |
| Date Created | 2013-08-24 13:15:37 UTC |
| Link | http://www.facebook.com/ramo.pazara.9/posts/458035970961330 |
| Summary | Translation by Aagib Processing by SahwaTv for www.putvjernika.com Halal distribution! |
| Text | |
| Title | Imam Anwar al-Awlaki \| Why do we not fear death? |
| Url | http://www.youtube.com/watch?v=4FERq6y1Yiw |
| Date Created | 2013-08-22 13:12:16 UTC |
| Link | http://www.facebook.com/ramo.pazara.9/posts/457058007725793 |
| Summary | Middle East, News. |
| Text | *INFIDEL* DOGS, THEY ARE DOING IT ALL IN AGREEMENT. I PRAY TO *ALLAH* TO THROW THEM TO THE BOTTOM OF *HELL*. AMEN. |
| Title | UN demands explanation about the chemical attack |
| Url | http://vijestiummeta.com/un-trazi-pojasnjenje-o-hemijskom-napadu/ |
| Date Created | 2013-08-22 12:44:21 UTC |
| Link | http://www.facebook.com/ramo.pazara.9/posts/457049501059977 |
| Text | CHILDREN OF SYRIA |
| Title | Mobile Uploads |
| Url | http://www.facebook.com/photo.php?fbid=1410586539155657&set=a.1389156151298696.1073741828.100006129729742&type=1 |
| Date Created | 2013-08-22 12:36:46 UTC |
| Link | http://www.facebook.com/ramo.pazara.9/posts/457047437726850 |
| Summary | Amazing Mujahideen Training SYRIA - Jihad Training Camp in Sham - Al Qaeda Mujahideen in Syria 2013 . This video footage released shows the awesome training ... |
| Text | |
| Title | Amazing Mujahideen Training SYRIA - Jihad Training Camp in Sham - Al Qaeda Mujahideen in Syria 2013 |
| Url | http://www.youtube.com/watch?v=YVb7lxiCKio&feature=share |
| Date Created | 2013-08-22 12:35:38 UTC |
| Link | http://www.facebook.com/ramo.pazara.9/posts/457047211060206 |
| Summary | Asia, News |
| Text | |
| Title | To date, 1350 have died and 5500 wounded by chemical poison [carried out] by Assad's [soldiers] in al-Ghouta (video and photo) |
| Url | http://vijestiummeta.com/do-sada-1350-mrtvih-a-5500-ranjenih-napadom-esedovacabojnim-otrovima-u-el-gutu-video-i-foto/ |

1
UNCLASSIFIED

Trans 03763

**Date Created** 2013-08-22 12:28:57 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/457045811060346
**Summary** https://www.facebook.com/UsefulIslami... Korisni Islamski Video(Like)
**Text** ALLAHU EKBER
**Title** Ezan koji je proučen od strane mudžahida u trenutku borbe u Siriji
**Url** http://www.youtube.com/watch?v=qVN2TMsdST4&sns=fb

**Date Created** 2013-08-22 12:23:59 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/457044614393799
**Text** ALLAHU EKBER
**Title** SIRIJA ZOVE! JAKO EMOTIVNO - (POGLEDATI) [2012.][HD]
**Url** http://www.youtube.com/watch?v=mkHe7bShpBw&sns=fb

**Date Created** 2013-08-22 12:01:40 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/457038051061122
**Text**
**Title** ISLAMIC STATE OF IRAQ AND SHAM - NASHEED
**Url** http://www.youtube.com/watch?v=6ec7Jh256eg&sns=fb

**Date Created** 2013-08-22 11:45:26 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/457033804394880
**Summary** Rise Up - Jihad Nasheed - English Subtittles
**Text**
**Title** Rise Up - Jihad Nasheed - English Subtittles
**Url** http://www.youtube.com/watch?v=tCSXrpItYhU&sns=fb

**Date Created** 2013-08-22 11:42:43 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/457033154394945
**Summary** Posjetite: http://allahova-milost.blogspot.com/ Učlanite se na FB stranicu "Allahova Milost"- http://www.facebook.com/pages/Allahova-Milost/157851404304136?s...
**Text**
**Title** Naš put je džihad - Nasheed
**Url** http://www.youtube.com/watch?v=IrtQrtpZrI4&sns=fb

**Date Created** 2013-08-22 11:41:07 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/457032817728312
**Summary** http://www.solidarnost-bosnia.com/ "A svetili su im se samo zato što su u Allaha, Silnoga i Hvale dostojnoga, vjerovali, čija je vlast i na nebesima i na Zem...
**Text** ALLAHU EKBER
**Title** SIRIJA GORI!
**Url** http://www.youtube.com/watch?v=mRMyAY_C07I&sns=fb

**Date Created** 2013-08-21 15:50:49 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/456656874432573
**Text**
**Title** استعراض لبعض مدرعات و آليّات اولاء الإسلام
**Url** http://www.facebook.com/photo.php?v=207496909416256

**Date Created** 2013-08-21 15:48:54 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/456656397765954
**Text**
**Title** Untitled Album
**Url** http://www.facebook.com/photo.php?fbid=606322196057873&set=a.606322156057877.1073742008.268277186529044&type=1

**Date Created** 2013-08-21 15:09:18 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/456643477767246
**Text**
**Title** Timeline Photos
**Url** http://www.facebook.com/photo.php?fbid=576948059013536&set=a.493428784032131.102639.493425054032504&type=1