MUHAMMAD IS THE MESSENGER OF ALLAH
**Title** Mobile Uploads
**Url** http://www.facebook.com/photo.php?fbid=415077835257144&set=a.1055375462111
76.7624.100002647935197&type=1

**Date Created** 2013-09-23 11:37:47 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/471328149632112
**Text**
**Title** Mobile Uploads
**Url** http://www.facebook.com/photo.php?fbid=424213211010273&set=a.1055375462111
76.7624.100002647935197&type=1

**Date Created** 2013-09-23 11:37:00 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/471328009632126
**Text**
**Title** Mobile Uploads
**Url** http://www.facebook.com/photo.php?fbid=432449153520012&set=a.1055375462111
76.7624.100002647935197&type=1

**Date Created** 2013-09-22 14:33:18 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/470966579668269
**Summary** Earlier on Sunday morning, the Russian Embassy in Damascus was hit by the mine-thrower
missile, which resulted in a minor wounding of at least two people. A spokesman and
one of the Russian embassy officials addressed the media agency "News" and said:
"Mine-thrower grenade exploded in the embassy circuit ...
**Text** Praise God, we will destroy it God willing, these are the dogs who help Assad to kill the Muslims.

**Title** SYRIA: The Russian embassy in Damascus was attacked
**Url** http://vijestiummeta.com/sirija-gadana-ruska-ambasada-u-damasku/

**Date Created** 2013-09-22 14:25:43 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/470963503001910
**Text**
**Title** Cover Photos
**Url** http://www.facebook.com/photo.php?fbid=585158908212809&set=a.4209684046318
61.101833.100001561142489&type=1

**Date Created** 2013-09-22 13:25:14 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/470943666337227
**Summary** Reciter of the ruqya prof. Senad Brkic. against black magic in America. Contact:
senadramza@gmail.com or (207) 209-9678 Quranica healing by the rules...
**Text** http://youtu.be/0KqRT9J7J5c
**Title** Qur'an verse 49 - Al-Hujurat -- Sobe - Mishari Rashid
**Url** http://youtu.be/0KqRT9J7J5c

**Date Created** 2013-09-22 12:15:24 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/470920839672843
**Text**
**Title** Profile Pictures
**Url** http://www.facebook.com/photo.php?fbid=540212056040828&set=a.1007525499867
83.882.100001561142489&type=1

**Date Created** 2013-09-22 12:13:37 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/470920433006217
**Text**
**Title** Profile Pictures
**Url** http://www.facebook.com/photo.php?fbid=533468620048505&set=a.1007525499867
83.882.100001561142489&type=1

**Date Created** 2013-09-22 11:14:22 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/470895443008716
**Summary** According to the latest information, hundreds of Syrian rebels that they have recently claimed to

GOVERNMENT
EXHIBIT
5

Trans 02631

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

| Facebook Business Record | Page 1070 |
|---|---|

be moderate, they now move to al-Nusra Front, ISIL (Islamic State of Iraq and Levant). Opposition activists point out in conversation for Reuters that over the past days ...

**Text** When the victory of <u>Allah</u> has come and the conquest, and you see the people entering into the religion of <u>Allah</u> in multitudes, then exalt [Him] with praise of your Lord and ask forgiveness of Him. Indeed, He is ever accepting of repentance. Qur'an, (<u>surah an-nasr</u> (help))

**Title** SYRIA: Hundreds of Syrian rebels moved to the side of al_Qaida

**Url** http://vijestiummeta.com/sirija-stotine-sirijskih-pobunjenika-prelaze-na-stranu-al-kaide/

**Date Created** 2013-09-22 10:52:08 UTC

**Link** http://www.facebook.com/ramo.pazara.9/posts/470889903009270

**Text** SISTERS FROM SYRIA

**Title** Timeline Photos

**Url** http://www.facebook.com/photo.php?fbid=462158517216130&set=a.4331154934537 66.1073741828.397853713646611&type=1

**Date Created** 2013-09-22 10:47:47 UTC

**Link** http://www.facebook.com/ramo.pazara.9/posts/470888133009447

**Text** CHILDREN FROM SYRIA

**Title** Mobile Uploads

**Url** http://www.facebook.com/TheNewSyria/photos/a.366202793488078.1073741825.185 997731508586/431286150313075/?type=1

**Date Created** 2013-09-21 14:37:04 UTC

**Link** http://www.facebook.com/ramo.pazara.9/posts/470565753041685

**Summary** 60 enemy soldiers were killed and eliminated, 70 were wounded, 14 were captured, and 100 pieces of weapons were seized, while pursuit for the rampant enemy have continued. In the offensive of Khalid ibn Walid, which lasted throughout the entire day yesterday, in the attack and then pursuit and persecution ....

**Text**

**Title** Afghanistan: 60 killed, 70 wounded, 14 captured...this is the outcome of the mujahideen offensive

**Url** http://vijestiummeta.com/afganistan-60-ubijenih-70-ranjenih-14-zarobljenih-je-ishod-o fanzive-mudzahida/

**Date Created** 2013-09-21 13:02:19 UTC

**Link** http://www.facebook.com/ramo.pazara.9/posts/470534903044770

**Text**

**Title** Cover Photos

**Url** http://www.facebook.com/photo.php?fbid=585161441545889&set=a.4209684046318 61.101833.10000156114 2489&type=1

**Date Created** 2013-09-21 12:55:36 UTC

**Link** http://www.facebook.com/ramo.pazara.9/posts/470533026378291

**Text** <u>Infidels</u>' dogs, hey are fighting against Islam and Muslims!!! And the biggest killers and terrorists are those disbelievers; I pray to Allah to put them at the bottom of <u>hell</u>, <u>Amen</u>

**Title** Mobile Uploads

**Url** http://www.facebook.com/photo.php?fbid=458009444297316&set=a.1055375462111 76.7624.100002647935197&type=1

**Date Created** 2013-09-21 12:53:33 UTC

**Link** http://www.facebook.com/ramo.pazara.9/posts/470532476378346

**Text**

**Title** Mobile Uploads

**Url** http://www.facebook.com/photo.php?fbid=408873209210940&set=a.1055375462111 76.7624.100002647935197&type=1

**Date Created** 2013-09-21 12:42:00 UTC

**Link** http://www.facebook.com/ramo.pazara.9/posts/470528623045398

**Text**

**Title** Cover Photos

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

| Facebook Business Record | Page 1071 |
|---|---|

**Url** http://www.facebook.com/photo.php?fbid=10200538162444277&set=a.31259456753
13.2121100.1464797848&type=1

**Date Created** 2013-09-21 11:58:41 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/470517976379796
**Text**
**Title** Timeline Photos
**Url** http://www.facebook.com/photo.php?fbid=341883999282351&set=a.1441957523845
11.30942.143701499100603&type=1

**Date Created** 2013-09-21 11:46:12 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/470514856380108
**Text**
**Title** Mobile Uploads
**Url** http://www.facebook.com/photo.php?fbid=425285410903053&set=a.1055375462111
76.7624.100002647935197&type=1

**Date Created** 2013-09-21 11:28:25 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/470508409714086
**Summary** Messenger of Allah said: "Whoever goes out to fight on the path of Allah and dies, he will receive a
reward for battle until the Day of Judgment." (Abu-Ya'la)
**Text** Messenger of Allah said: "Whoever goes out to fight on the path of Allah and dies, he will
receive a reward for battle until the Day of Judgment" (Abu Ya'la Sahih)

**Title** Labbaik - Nasheed
**Url** http://www.youtube.com/watch?v=YG3JaQb16x8&list=PLDCDEF4C925270DD7

**Date Created** 2013-09-21 11:08:41 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/470500946381499
**Summary** Thousands fighters of Freedom Army have crossed to the side of jihadist groups, a move that has
been described as a shock to the "moderate" rebels. Activists and military sources told Al-
Jazeera that the entire 11 division - one of the largest brigades of the Free Syrian Army took the
side….
**Text** THEY TOOK THE SIDE OF THE MUJAHIDEEN TO FIGHT THAT WORD OF ALLAH IS
GREATER !!PRAISE GOD, ALLAH IS THE GREATEST
**Title** SYRIA: Thousands of fighters of Freedom Army have crossed to the side of jihadist
groups(video)
**Url** http://vijestiummeta.com/sirija-hiljade-boraca-iz-oslobodilacke-vojske-preslo-na-stranu
-dzihadskih-skupina-video/

**Date Created** 2013-09-20 11:38:38 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/470105743087686
**Text**
**Title** Timeline Photos
**Url** http://www.facebook.com/photo.php?fbid=721450707871925&set=a.1020228631480
49.4869.100000210083344&type=1

**Date Created** 2013-09-20 11:13:53 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/470099049755022
**Text**
**Title** Timeline Photos
**Url** http://www.facebook.com/photo.php?fbid=10202377864074782&set=a.19033956314
40.2115679.1438207770&type=1

**Date Created** 2013-09-20 11:13:22 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/470098863088374
**Text** SYRIA: Helicopter of Assad's army that was crashed by brothers in Hama.
ALLAH IS THE GREATEST!
**Title** Timeline Photos
**Url** http://www.facebook.com/photo.php?fbid=721439104539752&set=a.1020228631480
49.4869.100000210083344&type=1

**Date Created** 2013-09-19 13:03:03 UTC

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

| Facebook Business Record | Page 1072 |
|---|---|

**Link** http://www.facebook.com/ramo.pazara.9/posts/469577326473861
**Summary** Yesterday, September 18th, mujahideen of the Islamic Emirate conducted a large attack within the "spring" offensive of Khalid-ibn-Walid, in the district of Warday of the northern Badakhshan province, which lasted about four hours, in which at least 25 puppets were killed and among them there were ANA soldiers, policemen ....
**Text**
**Title** AFGHANISTAN: New victories of the mujahideen of the Islamic Emirate
**Url** http://vijestiummeta.com/afganistan-nove-pobjede-mudzahida-islamskog-emirata/

**Date Created** 2013-09-19 12:54:16 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/469569379807989
**Text**
**Title** Timeline Photos
**Url** http://www.facebook.com/photo.php?fbid=588732331168442&set=a.4934287840321 31.102639.493425054032504&type=1

**Date Created** 2013-09-19 12:22:41 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/469557423142518
**Summary** Nasheed for the entire life :)[smiley face]
**Text**
**Title** We are helpers of Sharia *qasida
**Url** http://www.youtube.com/watch?v=aHXnGUlPN_0

**Date Created** 2013-09-19 12:22:23 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/469557326475861
**Summary** Call to prayer during the battle by mujahideen from Syria ( Haleb)
**Text**
**Title** Call to prayer during the battle by mujahideen from Syria
**Url** http://www.youtube.com/watch?v=2E9CvtPVRkQ&feature=youtube_gdata_player

**Date Created** 2013-09-19 11:31:27 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/469543926477201
**Summary** Turkey closed one border crossing towards Syria. Reuters states that the border is closed for security reasons because it is unclear what is happening on the Syrian side. This move of Turkey came after the rebel group associated with Al Qaeda conflicted with members of the Free Syrian Army....
**Text**
**Title** Turkey closed the borders to Syria
**Url** http://vijestiummeta.com/turska-zatvorila-prelaz-ka-siriji/

**Date Created** 2013-09-19 11:18:10 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/469539883144272
**Text**
**Title** Timeline Photos
**Url** http://www.facebook.com/photo.php?fbid=341162006021217&set=a.1441957523845 11.30942.143701499100603&type=1

**Date Created** 2013-09-19 11:08:33 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/469537626477831
**Summary** Mujahideen of the Islamic State of Iraq and Sham today, Wednesday, occupied the town of Azaz located 5km from the Syrian Turkish border, Reuter's indicates referring to the activists. Then, in the continuation of the text, it was added that in the attack of the mujahideen five fighters of the Freedom Army were killed and about a hundred were arrested...
**Text** ALLAH IS THE GREATEST
**Title** SYRIA: Mujahideen occupied the town of Azaz and the border crossing with Turkey
**Url** http://vijestiummeta.com/sirija-mudzahidi-zauzeli-grad-azaz-i-granicni-prelaz-sa-tursk om/

**Date Created** 2013-09-19 11:02:17 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/469535333144727
**Summary** The group associated with al-Qaida after the fierce battle took control of town Azaz from the Free Syrian Army. The conflict in Azaz was the most difficult one since the

Trans 02634

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

| Facebook Business Record | Page 1073 |
|---|---|

**Text** tensions between the rebels factions in Syria began to rise. Armed conflicts broke out in northern Syria between various anti-government forces, it was reported by agencies...

**Text** The Freedom Army group in Azaz is the worst group which denial the truth about the faith in Islam and devoting it... the briefly it is a criminal clan that was visited by a US diplomat directly ... we can understand why there is an overwhelming noise and complains of the unbelievers... so why won't it be when we can easily find on Google a lot of data about this group Asifet Simalj that they met with numerous times and crowned Americans' diplomats. So that how it is when the American comes to your yard and you take a picture with him and then you get the help from the Americans ... after that you are no longer suspicious even to the unwise person about your loyalty to America! May Allah help the mujahideen in the demolition of the Democrats, Amen! The noise is great because the pursuit of American hope for the resurgence secular authority in Sham has been extinguished, Praise

**Title** New Conflict of Al Qaeda and Rebels in Syria

**Url** http://vijestiummeta.com/novi-sukob-al-kaide-i-pobunjenika-u-siriji/

**Date Created** 2013-09-19 10:55:00 UTC

**Link** http://www.facebook.com/ramo.pazara.9/posts/469533516478242

**Summary** Syrian mujahideen of Jabhat al-Nusra seized a key air base in the southern Syrian province of Dera increasing access to the roads for main supplies..

**Text**

**Title** Mujahideen of Jabhat al-Nusra seized a key enemy military base in province of Dera

**Url** http://www.putvjernika.com/Sirija/mudzahidi-dzabhat-en-nusre-zauzeli-kljucnu-neprija teljsku-vojnu-bazu-u-pokrajini-dera.html

**Date Created** 2013-09-19 10:49:19 UTC

**Link** http://www.facebook.com/ramo.pazara.9/posts/469531723145088

**Text**

**Title** Timeline Photos

**Url** http://www.facebook.com/photo.php?fbid=1433574300200256&set=a.142094685479 6334.1073741828.100006431002902&type=1

**Date Created** 2013-09-19 10:48:34 UTC

**Link** http://www.facebook.com/ramo.pazara.9/posts/469531503145110

**Text**

**Title** Timeline Photos

**Url** http://www.facebook.com/photo.php?fbid=1426159064275113&set=a.142094685479 6334.1073741828.100006431002902&type=1

**Date Created** 2013-09-19 10:48:15 UTC

**Link** http://www.facebook.com/ramo.pazara.9/posts/469531419811785

**Text**

**Title** Timeline Photos

**Url** http://www.facebook.com/photo.php?fbid=1427418287482524&set=a.142094685479 6334.1073741828.100006431002902&type=1

**Date Created** 2013-09-18 12:58:03 UTC

**Link** http://www.facebook.com/ramo.pazara.9/posts/469077856523808

**Summary** The best warriors on earth are in Sham. Abdullah ibn Hawale al-Ezdah, may Allah be pleased with him, conveying that the Prophet s.a.w.s said, "You will form...

**Text** THE BEST WARRIORS ON EARTH ARE IN SHAM. . Abdullah ibn Hawale al-Ezdah,may Allah be pleased with him, conveying that the Prophet s.a.w.s said, "You will form a variety of military formations, one of them will be in Sham, the other in Yemen and the third one in Iraq." Ibn Hawale said: "O Messenger of Allah, choose one for me." The Prophet s.a.w.s said, "Stay in Sham, and if it doesn't work then choose Yemen. And Allah has promised me that he would save Sham and his inhabitants of disruption." (Ahmed, Ebu Davud and Hakim, hadith is Sahih based on the grade of Shaikh Albani in „Fedail al-Sham)")

**Title** Sabran ya nafsi - 'Be patient honey' _ translation

**Url** http://www.youtube.com/watch?v=x4YtMAeryJQ&list=PLDCDEF4C925270DD7

**Date Created** 2013-09-18 12:18:11 UTC

**Link** http://www.facebook.com/ramo.pazara.9/posts/469064343191826

**Text**

**Title** Profile Pictures

Trans 02635

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

| Facebook Business Record | Page 1074 |
|---|---|

    **Url** http://www.facebook.com/photo.php?fbid=502405069821527&set=a.1007525499867
83.882.100001561142489&type=1

**Date Created** 2013-09-18 12:16:50 UTC
    **Link** http://www.facebook.com/ramo.pazara.9/posts/469063963191864
    **Text**
    **Title** Cover Photos
    **Url** http://www.facebook.com/photo.php?fbid=585158908212809&set=a.4209684046318
61.101833.100001561142489&type=1

**Date Created** 2013-09-18 12:05:50 UTC
    **Link** http://www.facebook.com/ramo.pazara.9/posts/469060176525576
    **Text**
    **Title** Cover Photos
    **Url** http://www.facebook.com/photo.php?fbid=585161441545889&set=a.4209684046318
61.101833.100001561142489&type=1

**Date Created** 2013-09-18 11:40:56 UTC
    **Link** http://www.facebook.com/ramo.pazara.9/posts/469053649859562
    **Summary** A map of the current situation in Syria, in accordance to the request of our visitors to publish a map that is showing how much of the Syrian territory is under the control of the Free Army of Syria, Jabhat al-Nusra and the Islamic State of Iraq and Sham, and how much of the territory is held by the criminal regime of Bashar al-Assad ...
    **Text**
    **Title** Map of the current situation in Syria| Vijesti Ummeta
    **Url** http://vijestiummeta.com/mapa-trenutnog-stanja-u-siriji/

**Date Created** 2013-09-18 11:36:41 UTC
    **Link** http://www.facebook.com/ramo.pazara.9/posts/469052619859665
    **Summary** Yesterday 09.17, mujahid of the Islamic State in Iraq and Sham (ISIS) carried out a martyrdom operation on a communist guerrilla commander from Kurdistan Workers' Party (PKK) in Hasakah, where he killed at least 65 traitors...
    **Text**
    **Title** Syria: at least 85 Kurds have been eliminated in attacks by ISIS Mujahideen
    **Url** http://www.putvjernika.com/Sirija/sirija-u-napadima-mudzahida-idis-a-eliminirano-naj
manje-85-kurda.html

**Date Created** 2013-09-18 11:27:03 UTC
    **Link** http://www.facebook.com/ramo.pazara.9/posts/469048566526737
    **Summary** We recall that mujahideen recently killed the president of the so-called Assad government of the province of Hama, Anas Abdulrezak Naem. According to the latest information, mujahideen were very successful during the attack...
    **Text** ALLAH IS THE GREATEST
    **Title** Syria: The great success of mujahideen in Hama. They sized S-125 rocket systems (photo and video)
    **Url** http://www.putvjernika.com/Sirija/sirija-veliki-uspjeh-mudzahida-u-hami-zaplijenjeni-s-
125-raketni-sistemi.html

**Date Created** 2013-09-18 11:24:48 UTC
    **Link** http://www.facebook.com/ramo.pazara.9/posts/469047863193474
    **Summary** The United States prepare a plan of attack on mujahideen bases by unmanned aircrafts Attack tubes and the leaders of the mujahideen are at the base. This was published on Tuesday by German newspapers Bild, quoting sources from…
    **Text** Infidel dogs, they do not care that dog Assad kills Muslims and Muslim children!! Their concern is not to establish the Islamic State by the Qur'an and the Sunnah of the Prophet s.a.w.s. This is the only reason why the dogs have gathered here, but Allah s.a.w.s helps mujahideen! This is the war against Muslims and Islam!!

    **Title** Syria: The CIA is ready to attack by drones on mujahideen base and their commanders

    **Url** http://www.putvjernika.com/Sirija/sirija-cia-je-spremna-za-napade-dronovima-na-baze-
mudzahida-i-njihove-zapovjednike.html

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

| Facebook Business Record | Page 1075 |
|---|---|

**Date Created** 2013-09-18 11:16:53 UTC
  **Link** http://www.facebook.com/ramo.pazara.9/posts/469046073193653
  **Summary** Exclusive!!! According to the information we received, one of our brothers Bosniak
  from the vicinity of Zenica, was killed in Syria. Namely, this is ▇▇▇▇▇ from the
  village Smajici near Nemila, the municipality of Zenica. ▇▇▇ has changed his name to
  ▇▇▇ since he joined us and moved from the Army Brigade...
  **Text**
  **Title** Another Bosniak killed in Syria, God willing
  **Url** http://vijestiummeta.com/jos-jedan-bosnjak-insaallah-sehidio-u-siriji/

**Date Created** 2013-09-18 10:59:27 UTC
  **Link** http://www.facebook.com/ramo.pazara.9/posts/469042466527347
  **Text**
  **Title** Timeline Photos
  **Url** http://www.facebook.com/photo.php?fbid=653471711329607&set=a.1046016928832
  81.9283.100000003519549&type=1

**Date Created** 2013-09-17 12:22:21 UTC
  **Link** http://www.facebook.com/ramo.pazara.9/posts/468640693234191
  **Summary** The study conducted by the IHS Janes Intelligence Agency and published by the
  British    Telegraph shows what Islamic sites have been claiming for a long time, namely that the
  mujahideen, the fighters fighting for the Sharia ...
  **Text**
  **Title** 70 000 mujahideen are fighting in Syria. The return of the Caliphate is inevitable!
  **Url** http://www.putvjernika.com/Sirija/u-siriji-se-bori-70-000-mudzahida-povratak-hilafeta-
  neminovan.html

**Date Created** 2013-09-17 12:21:25 UTC
  **Link** http://www.facebook.com/ramo.pazara.9/posts/468640496567544
  **Text**
  **Title** Timeline Photos
  **Url** http://www.facebook.com/photo.php?fbid=718989771451352&set=a.1020228631480
  49.4869.100000210083344&type=1

**Date Created** 2013-09-17 12:19:19 UTC
  **Link** http://www.facebook.com/ramo.pazara.9/posts/468640146567579
  **Text**
  **Title** Timeline Photos
  **Url** http://www.facebook.com/photo.php?fbid=630268787006210&set=a.1305912003073
  07.14718.100000692847334&type=1

**Date Created** 2013-09-11 13:42:07 UTC
  **Link** http://www.facebook.com/ramo.pazara.9/posts/465934940171433
  **Text**
  **Title** Mobile Uploads
  **Url** http://www.facebook.com/photo.php?fbid=413696372061957&set=a.1055375462111
  76.7624.100002647935197&type=1

**Date Created** 2013-09-11 13:39:13 UTC
  **Link** http://www.facebook.com/ramo.pazara.9/posts/465933740171553
  **Text**
  **Title** Mobile Uploads
  **Url** http://www.facebook.com/photo.php?fbid=402250309873230&set=a.1055375462111
  76.7624.100002647935197&type=1

**Date Created** 2013-09-11 13:36:22 UTC
  **Link** http://www.facebook.com/ramo.pazara.9/posts/465932986838295
  **Text**
  **Title** Mobile Uploads
  **Url** http://www.facebook.com/photo.php?fbid=408873209210940&set=a.1055375462111
  76.7624.100002647935197&type=1

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

| Facebook Business Record | Page 354 |
|---|---|

**Story** Abdullah Ramo Mudzahid and ▓▓▓▓▓ are now friends.

**Time** 2013-09-09 09:07:35 UTC
**Story** Abdullah Ramo Mudzahid and ▓▓▓▓▓▓ are now friends.

**Time** 2013-09-09 09:07:34 UTC
**Story** Abdullah Ramo Mudzahid and ▓▓▓▓ are now friends.

**Time** 2013-09-08 20:52:16 UTC
**Story** Abdullah Ramo Mudzahid was tagged in a photo.
**Message** Training in the forest :)

**Time** 2013-09-05 12:19:39 UTC
**Story** Siki Ramiz Hodzic wrote on Abdullah Ramo Mudzahid's timeline.
**Message** Abdullah b. Omer (may Allah be pleased with him): "There will come a time when there will not be one believer left, but will rush to Al-Sham (Syria) and there will be a time when people will gather in the masjid, but there will be no believers among them! " (el-Sunneh, Hallal, 1308.)

**Time** 2013-09-04 15:31:26 UTC
**Story** Abdullah Ramo Mudzahid posted something via YouTube.

**Time** 2013-09-04 15:07:32 UTC
**Story** Abdullah Ramo Mudzahid shared خديجة خديجة's photo.

**Time** 2013-09-04 14:16:08 UTC
**Story** Abdullah Ramo Mudzahid posted something via YouTube.

**Time** 2013-09-04 14:03:56 UTC
**Story** Abdullah Ramo Mudzahid shared Tears-of-Kashmiri-Mothers-And-Sisters's video: Innocent children buried alive by syrian Army.
**Message** It is incredible to what extent a person can go and call himself a man. May Allah humiliate them as soon as possible. Let's help at least those that we can. For the love of Allah, share further.

**Time** 2013-09-04 13:49:03 UTC
**Story** Abdullah Ramo Mudzahid shared a photo.
**Message** ALLAH IS THE GREATEST

**Time** 2013-09-04 13:45:35 UTC
**Story** Abdullah Ramo Mudzahid shared a photo.

**Time** 2013-09-04 13:42:06 UTC
**Story** Abdullah Ramo Mudzahid shared a photo.

**Time** 2013-09-04 13:33:27 UTC
**Story** Abdullah Ramo Mudzahid shared a photo.

**Time** 2013-09-04 13:25:54 UTC
**Story** Abdullah Ramo Mudzahid shared a photo.

**Time** 2013-09-04 13:25:36 UTC
**Story** Abdullah Ramo Mudzahid shared a photo.

**Time** 2013-09-04 13:24:38 UTC
**Story** Abdullah Ramo Mudzahid shared a photo.

**Time** 2013-09-04 13:05:33 UTC
**Story** Abdullah Ramo Mudzahid shared ▓▓▓▓▓ photo.

**Time** 2013-09-04 12:56:57 UTC
**Story** Abdullah Ramo Mudzahid shared ▓▓▓▓▓ photo.
**Message** THE ISLAMIC STATE OF SHAM AND IRAQ WAS ESTABLISHED. ALLAH IS THE GREATEST! THANK ALLAH! FOR THREE YEARS, THEY'VE BEEN KILLING MUSLIMS, RAPING

Facebook Business Record                                    Page 355

MUSLIM WOMEN, KILLING CHILDREN, AND THE ENTIRE WORLD HAS BEEN WATCHING IT PEACEFULLY. NOW THAT THE MUJAHIDEEN HAVE BEEN STRENGTHENED AND THE ISLAMIC STATE HAS BEEN ESTABLISHED BY ALLAH'S WILL, THE UNBELIEVERS HAVE GATHERED TO EXTINGUISH THE LIGHT OF ALLAH, BUT THEY WON'T BE ABLE TO DO IT, I SWEAR TO ALLAH! MUJAHIDEEN ARE ONLY AFRAID OF ALLAH AND WE PROSTRATE ONLY TO HIM, ALLAH IS THE GREATEST! MARTYRDOM OR VICTORY, ALLAH IS THE GREATEST!

**Time** 2013-09-03 13:56:09 UTC
**Story** Abdullah Ramo Mudzahid updated his status.
**Message** It was reported that Abu-Zerra (may Allah be pleased with him) said: "O Messenger of Allah, which is the most valuable job? He said: "Belief in Allah and jihad on Hi s path."
( Muttefekun alejhi)

**Time** 2013-09-03 13:55:42 UTC
**Story** Abdullah Ramo Mudzahid updated his status.
**Message** Abu Hurairah reports that the Prophet (saws), was asked what the most valuable job is. He replied: "Faith (belief) in Allah and His Prophet." Then he is questioned: "What's after that?" He replied: "Jihad (fight) on the path of Allah!" Then he was asked again, "What's after that?" He replied, "An accepted hajj!" (Muttefekun alejhi)


**Time** 2013-09-03 13:54:37 UTC
**Story** Abdullah Ramo Mudzahid updated his status.
**Message** " O you who have believed, shall I guide you to a transaction that will save you from a painful punishment? [It is that] you believe in Allah and His Messenger and strive in the cause of Allah with your wealth and your lives. That is best for you, if you should know. He will forgive you your sins and admit you to gardens beneath which rivers flow and pleasant dwellings in gardens of perpetual residence. That is the great attainment." Qur'an(As- Saf,10-13)


**Time** 2013-09-03 13:54:05 UTC
**Story** Abdullah Ramo Mudzahid updated his status.
**Message** "Fighting has been enjoined upon you while it is hateful to you. But perhaps you hate a thing and it is good for you; and perhaps you love a thing and it is bad for you. And Allah Knows, but you do not know. (al-Baqarah) " Go forth, whether light or heavy, and strive with your wealth and your lives in the cause of Allah." (at-Tawbah 41)

**Time** 2013-09-03 13:52:37 UTC
**Story** Abdullah Ramo Mudzahid updated his status.
**Message** Allah (Exalted is He) says: "And fight against polytheists collectively as they fight against you collectively. And know that Allah is with the righteous [who fear Him]." Qur'an (at-Tawbah 36)


**Time** 2013-09-03 13:51:20 UTC
**Story** Abdullah Ramo Mudzahid posted something via YouTube.
**Message** "Indeed, Allah has purchased from the believers their lives and their properties [in exchange] for that  they will have Paradise. They fight in the cause of Allah, so they kill and are killed. [It is] a true promise [binding] upon Him in the Torah and the Gospel and the Qur'an. And who is truer to his covenant than Allah ? So rejoice in your transaction which you have contracted. And it is that which is the great attainment." Qur'an (at-Tawbah 111)

**Time** 2013-09-03 13:46:00 UTC
**Story** Abdullah Ramo Mudzahid posted something via YouTube.

**Time** 2013-09-03 13:45:43 UTC
**Story** Abdullah Ramo Mudzahid shared ▮▮▮▮▮▮▮ photo.

**Time** 2013-09-03 13:42:16 UTC
**Story** Abdullah Ramo Mudzahid posted something via YouTube.

**Time** 2013-09-03 11:52:58 UTC
**Story** Abdullah Ramo Mudzahid updated his status.
**Message** " The true believers are only those who believe in Allah and His Messenger, and after that..

Trans 02639

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

| Facebook Business Record | Page 1412 |
|---|---|

**Image**



| | |
|---|---|
| **Id** | 493402150758045 |
| **Title** | |
| **Photo** | http://sphotos-h.ak.fbcdn.net/hphotos-ak-xpa1/t1.0-9/s720x720/14 63599_493402150758045_1524688530_n.jpg |
| **Link** | http://www.facebook.com/photo.php?fbid=493402150758045&set =a.105537546211176.7624.100002647935197&type=1 |
| **Upload Ip** | 94.55.100.18 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2013-11-09 13:11:46 UTC |
| **Tags** | |

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

| **Facebook Business Record** | **Page 351** |
| --- | --- |

**Story** Abdullah Ramo Mudzahid shared a link.

**Time** 2013-09-18 11:27:03 UTC
**Story** Abdullah Ramo Mudzahid shared a link.
**Message** ALLAH IS THE GREATEST.

**Time** 2013-09-18 11:24:48 UTC
**Story** Abdullah Ramo Mudzahid shared a link.
**Message** Disbelieving dogs.... They do not care that the dog, Asad, is killing Muslims and
Muslim children. They worry that the Islamic state, according to the Qur'an and the Sunnah of
the Prophet (peace be upon him), will be established. That is the only reason why the dogs are
gathered here, but Allah (may He be Glorified and Exalted) is the helper of mujahedeen!! This
is a war against Muslims and Islam!!

**Time** 2013-09-18 11:16:53 UTC
**Story** Abdullah Ramo Mudzahid shared a link.

**Time** 2013-09-18 11:09:20 UTC
**Story** Abdullah Ramo Mudzahid updated his status.
**Message** Allah's Messanger said: " Whoever dies but neither fought in Allah's cause
nor     sincerely considered fighting, will die a death of hypocrisy." (Muslim) We are afraid
of Allah, we are afraid of Allah! Why don't we hurry up towards Allah's forgiveness
and satisfaction and also to the spacious paradise?? We are afraid of Allah, why??

**Time** 2013-09-18 10:59:27 UTC
**Story** Abdullah Ramo Mudzahid shared ▇▇▇▇▇▇▇▇ photo.

**Time** 2013-09-18 10:49:20 UTC
**Story** Abdullah Ramo Mudzahid and ▇▇▇▇▇▇▇ are now friends.

**Time** 2013-09-17 14:39:43 UTC
**Story** Abdullah Ramo Mudzahid and ▇▇▇▇ are now friends.

**Time** 2013-09-17 14:06:25 UTC
**Story** Abdullah Ramo Mudzahid posted something via mobile.
**Message** ALLAH IS THE GREATEST

**Time** 2013-09-17 13:44:04 UTC
**Story** Abdullah Ramo Mudzahid changed his profile picture.

**Time** 2013-09-17 13:41:34 UTC
**Story** Abdullah Ramo Mudzahid added a new photo to the album Mobile Uploads.
**Message**

**Time** 2013-09-17 13:37:27 UTC
**Story** Abdullah Ramo Mudzahid added a new photo to the album Mobile Uploads.
**Message**

**Time** 2013-09-17 13:28:55 UTC
**Story** Abdullah Ramo Mudzahid posted something via mobile.
**Message** MUSLIMS, YOU MUST WATCH THIS !!!!

**Time** 2013-09-17 13:28:33 UTC
**Story** Abdullah Ramo Mudzahid added a new photo to the album Mobile Uploads.
**Message**

**Time** 2013-09-17 13:24:37 UTC
**Story** Abdullah Ramo Mudzahid added a new photo to the album Mobile Uploads.
**Message**

**Time** 2013-09-17 13:24:00 UTC
**Story** Abdullah Ramo Mudzahid added a new photo to the album Mobile Uploads.

U.S. Government Property
May Not Be Used Without
U.S. Government Permission



Trans 02642

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

| **Facebook Business Record** | **Page 1062** |
|---|---|

**Date Created**  2013-10-04 12:18:11 UTC
    **Link**  http://www.facebook.com/ramo.pazara.9/posts/476279575803636
    **Summary**  للمتابعة صفحات على علي الفيس بوك https://www.facebook.com/rev.syr
    **Text**  Allah is the Gr eatest! !! Beautiful news from Sham!   Our troops captured 30 tanks, hundreds of tank
        grenades and a lot of other weapons in an action in the area of Aleppo.
    **Title**  صور خاص لعملية اقتحام مستودع 555 و الاستيلاء على مئات الدبابات 10-3
    **Url**  http://www.youtube.com/watch?v=YMlEeD3aRPA

**Date Created**  2013-10-04 12:14:34 UTC
    **Link**  http://www.facebook.com/ramo.pazara.9/posts/476278705803723
    **Text**  THE MESSENGER OF ALLAH ( S.A.W.S.) SAID: PARADISE IS UNDER THE
    MOTHER'S FEET ( hadith Ahmed, Ibn Majah, En-Nesai i Al -Hakim,)

    **Title**
    **Url**  http://www.facebook.com/photo.php?v=476263972471863

**Date Created**  2013-10-04 11:44:30 UTC
    **Link**  http://www.facebook.com/ramo.pazara.9/posts/476268562471404
    **Summary**  Mujahideen took over the control of the Alevian village of Kfernan in Homs after the car bomb
        attack on the checkpoint and the fierce battles with Assad's forces. In the battles that lasted until
        the evening, 30 men from the national defense were killed, the Bilad al-Sham reported. In a
        separate battle today...
    **Text**
    **Title**  SYRIA:  Mujahideen conquered the village of Kfernan in Homs, a brigadier general got
    killed **Url** http://vijestiummeta.com/sirija-mudzahidi-osvojili-selo-kfernan-u-homsu-ubijen-brigad
        ni-general/

**Date Created**  2013-10-03 14:30:31 UTC
    **Link**  http://www.facebook.com/ramo.pazara.9/posts/475894555842138
    **Summary**  The popular Facebook site "Bilad Al-Sham" reports that the mujahideen liberated the city of
        Amara Al-Husn next to Homs. Apart from this event, the same site brings news from various
        parts of Syria. In the suburbs of Damascus, a military vehicle ZIL was blown up and it was
        transporting 15 members of the Republican Guard and among them....
    **Text**
    **Title**  SYRIA: The battlefield report for 09.30. 2013.
    **Url**  http://vijestiummeta.com/sirija-izvjestaj-o-borbama-sa-ratista-za-30-09-2013/

**Date Created**  2013-10-03 14:28:55 UTC
    **Link**  http://www.facebook.com/ramo.pazara.9/posts/475893505842243
    **Summary**  قام الابطال لواء درع العاصمة بضرب تارسيس للقنابة متمركزة على 23 مدفعة و
        مبني على درع العاصمة المركبات بقنابة عنصر غاير 23 ملم الجحية الصحقة مباشرة
        والحمدلله
    **Text**  A new "toy" in the hands of the mujahideen of Syria. Allah is the Gre atest! !!
    **Title**  لواء درع العاصمة | استفادة مبني المركبة درار غاير 23 ملم | 30-09-2013:
    **Url**  http://www.youtube.com/watch?v=ODCtGK70sR8&feature=youtu.be&desktop_uri=%
        2Fwatch%3Fv%3DODCtGK70sR8%26feature%3Dyoutu.be&app=desktop

**Date Created**  2013-10-03 14:23:04 UTC
    **Link**  http://www.facebook.com/ramo.pazara.9/posts/475890345842559
    **Text**
    **Title**  Heroes of the Ummah - for brother ███ and other mujahideen
    **Url**  http://www.youtube.com/attribution_link?u=%2Fwatch%3Fv%3DW5XT6xINFhU%26fe
        ature%3Dshare&a=PK_MdvTxGWIQABByyD8ng

**Date Created**  2013-10-03 14:18:44 UTC
    **Link**  http://www.facebook.com/ramo.pazara.9/posts/475889089176018
    **Summary**  "Unidentified" militants have brought down a military helicopter in northern Iraq on Wednesday,
        killing all four crew members, police sources said, Reuter reported. The helicopter carried out a
        security mission between the city of Kirkuk and the province of Salahuddin early in the
        morning when it came under heavy fire after...
    **Text**
    **Title**  IRAQ: ISIS mujahideen brought down a millitary helicopter in the north part of the state

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

| Facebook Business Record | Page 1063 |
|---|---|

**Url** http://vijestiummeta.com/irak-mudzahidi-idis-a-oborili-vojni-helikopter-na-sjeveru-drza
ve/

**Date Created** 2013-10-03 11:55:13 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/475833472514913
**Text**
**Title** Allah is the One.
**Url** http://www.facebook.com/photo.php?fbid=102433323200415&set=a.1024331465337
66.4769.100003012431687&type=1

**Date Created** 2013-10-03 11:10:03 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/475823089182618
**Text** http://youtu.be/G0vdcXXv-6g
**Title** Three minutes that might change your life
**Url** http://youtu.be/G0vdcXXv-6g

**Date Created** 2013-10-03 10:20:57 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/475810975850496
**Text** Watch the training of the unit "Soldiers of Caliphate" in Sham!!! ALLAH IS THE GREATEST.
**Title** فرقاب المجاهدين بمعسكر تدريب جند الخلافة بأرض الشام
**Url** https://www.youtube.com/watch?v=Eb-ChF4yXus

**Date Created** 2013-10-03 10:13:12 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/475809632517297
**Text** Can you imagine the problem, members of the armed forces of Bosnia and Herzegovina wear
beard…. People, do you see that our government structures do not give Muslims to be what we
are in our country, just go ahead, just go ahead. When will you put up your mind to it, Bosnian
monsters, negligent, worthless, corrupted ...??? Qur'an... 25:44 "Do you think that most of them
hear or understand? For they are merely like cattle; nay, even worse than them." .........

**Title** About twenty members of the armed forces under terrible pressure for wearing a beard

**Url** http://www.saff.ba/bih/356-dvadesetak-pripadnika-oruzanih-snaga-pod-strasnim-pritis
kom-zbog-nosenja-brade

**Date Created** 2013-10-03 10:06:38 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/475808502517410
**Text**
**Title**
**Url** http://www.facebook.com/photo.php?fbid=402274416562090&set=gm.37038594976
0284&type=1

**Date Created** 2013-10-02 11:55:31 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/475381149226812
**Text**
**Title** Mobile Uploads
**Url** http://www.facebook.com/photo.php?fbid=408873209210940&set=a.1055375462111
76.7624.100002647935197&type=1

**Date Created** 2013-10-02 11:54:47 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/475380662560194
**Text**
**Title** Mobile Uploads
**Url** http://www.facebook.com/photo.php?fbid=402250826539845&set=a.1055375462111
76.7624.100002647935197&type=1

**Date Created** 2013-10-02 11:53:54 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/475380315893562
**Text**
**Title** Mobile Uploads
**Url** http://www.facebook.com/photo.php?fbid=402914696473458&set=a.1055375462111
76.7624.100002647935197&type=1

Trans 02644

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

| Facebook Business Record | Page 1064 |
|---|---|

**Date Created** 2013-10-02 11:53:08 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/475380125893581
**Text**
**Title** Mobile Uploads
**Url** http://www.facebook.com/photo.php?fbid=397639307000997&set=a.1055375462111 76.7624.100002647935197&type=1

**Date Created** 2013-10-02 11:50:27 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/475379535893640
**Text**
**Title** Mobile Uploads
**Url** http://www.facebook.com/photo.php?fbid=415224418575819&set=a.1055375462111 76.7624.100002647935197&type=1

**Date Created** 2013-10-02 11:48:28 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/475379115893682
**Text**
**Title** Mobile Uploads
**Url** http://www.facebook.com/photo.php?fbid=468670759897851&set=a.1055375462111 76.7624.100002647935197&type=1

**Date Created** 2013-10-02 10:30:54 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/475354352562825
**Text** Come and feel the true delight of Islam and the delight of fighting on the path of Allah. If I could only for a second express to the brothers what I feel in my chest, they would immediately go to the blessed Sham. ALLAH IS THE GREATEST!
**Title** Untitled Album
**Url** http://www.facebook.com/photo.php?fbid=475353605896233&set=a.5039678797014 72.1073741825.100002647935197&type=1

**Date Created** 2013-10-02 09:38:52 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/475341595897434
**Summary** Syrian mujahideen, including the Al-Qaeda branch, have occupied a military station on the border with Jordan after four days of fighting, report the activists. The Syrian Human Rights Observatory says that 26 Assad's soldiers were killed in Saturday's battle as well as a number of mujahideen, including seven foreign …
**Text** ALLAH IS THE GREATEST
**Title** SYRIA; Mujahideen occupied border crossing with Jordan
**Url** http://vijestiummeta.com/sirija-mudzahidi-zauzeli-granicni-prelaz-sa-jordanom/

**Date Created** 2013-09-27 11:49:00 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/473048472793413
**Text**
**Title** Timeline Photos
**Url** http://www.facebook.com/photo.php?fbid=344464265690991&set=a.1441957523845 11.30942.143701499100603&type=1

**Date Created** 2013-09-27 11:12:46 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/473038339461093
**Text** Martyrs of Syria, Allah is the Greatest, take a look at their smiles. It is passed from the Messenger of Allah (peace be upon him), so that a martyr may see his place in the paradise when he dies. Allah is the Greatest.
**Title** Mobile Uploads
**Url** http://www.facebook.com/TheNewSyria/photos/a.366202793488078.1073741825.185 997731508586/432961463478877/?type=1

**Date Created** 2013-09-27 11:07:44 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/473037302794530
**Summary** The cameras of Syrian activists have recorded many horrific crimes of the regime forces, from burning the bodies of protesters to painful images of children who. ..
**Text**
**Title** VIDEO: Assad's forces raped the woman and then fire at her from the tank  | Put vjernika

Trans 02645



**Facebook Business Record** — Page 3304

**Image**

**Id** 593574267371273
**Title** In the hands of the bride of death. In their chests is courage. They are gentle towards Muslims and SEVERE towards disbelievers, and they're destruction [for the disbelievers]. They're going towards paradise with their heads high and with the smiles of martyrs. The last supplication: Praise be to Allah. Greetings from Sham for the sincere. Supplicate. A part of the mujahideen from the Balkans in Sham.
**Photo** http://sphotos-d.ak.fbcdn.net/hphotos-ak-xap1/t1.0-9/p180x540/13 85665_593574267371273_128061271_n.jpg
**Link** http://www.facebook.com/photo.php?fbid=593574267371273&set =a.100752549986783.882.100001561142489&type=1
**Upload Ip**
**Album Name** Tagged Photos
**Uploaded** 2013-10-05 08:47:43 UTC
**Tags**
    **Subject Id** 
    **Subject Name** J
    **Creator Id** 100001561142489
    **Date Created** 2013-10-05 11:29:08 UTC
    **X** 37
    **Y** 28
    **Status** active

    **Subject Id**
    **Subject Name**
    **Creator Id** 100001561142489
    **Date Created** 2013-10-05 11:29:01 UTC
    **X** 73
    **Y** 29

Trans 02646

U.S. Government Property
May Not Be Used Without
U.S. Government Permission



**Facebook Business Record**                              **Page 3305**

**Status** active

**Subject Id** ▮▮▮▮▮▮▮▮
**Subject Name** ▮▮▮▮▮▮▮
**Creator Id** 100001561142489
**Date Created** 2013-10-05 08:53:52 UTC
**X** 48
**Y** 29
**Status** active

**Subject Id** 100002647935197
**Subject Name** Abdullah Ramo Mudzahid
**Creator Id** 100001561142489
**Date Created** 2013-10-05 08:53:29 UTC
**X** 61
**Y** 24
**Status** active

**Subject Id** ▮▮▮▮▮▮▮▮
**Subject Name** ▮▮▮▮▮
**Creator Id** 100001561142489
**Date Created** 2013-10-05 08:53:07 UTC
**X** 24
**Y** 35
**Status** active

**Comments**         **User**
                    ▮▮▮▮▮▮ (▮▮▮▮▮▮▮▮**Text**
                    My brothers. <3 [heart]
                    **Time** 2013-10-05 08:54:05 UTC
                    **User** ▮▮▮▮         ▮▮▮▮▮▮▮▮
                    **Text** Allah is the Greatest!
                    **Time** 2013-10-05 08:55:56 UTC

                    **User** ▮▮▮▮▮▮▮         ▮▮▮▮▮▮▮
                    **Text** Our lions, may Allah (Glorified and Exalted is He) protect you and
                    reward you with paradise.
                    **Time** 2013-10-05 08:57:20 UTC

                    **User** ▮▮▮▮▮▮▮▮▮
                    **Text** Allah is the Greatest!!!
                    **Time** 2013-10-05 09:23:46 UTC

                    **User** ▮▮▮▮▮▮         ▮▮▮▮▮▮
                    **Text** Allah has willed it.
                    **Time** 2013-10-05 09:39:33 UTC

                    **User** ▮▮▮▮▮▮         ▮▮▮▮▮
                    **Text** Bravo, my brothers. Allah is the Greatest.
                    **Time** 2013-10-05 09:43:16 UTC

                    **User** ▮▮▮▮▮         ▮▮▮▮▮
                    **Text** Allah is the Greatest. My brothers, you are my most beautiful and
                    greatest pride. May Allah (Glorified and Exalted is He) reward
                    you with the highest level of paradise. I wish you that from my heart,
                    just as I'd wish that for my self. May Allah (Glorified and Exalted
                    is He) be with you every second, and I know that He is. That is
                    His (Glorified and Exalted is He) promise. Just continue forward
                    with the help of Allah. Patience, supplication, and Allah
                    (Glorified and Exalted is He) will send victory. Amen.

                    **Time** 2013-10-05 10:49:55 UTC

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

| Facebook Business Record | Page 3306 |
|---|---|

**User** Abdullah Ramo Mudzahid (100002647935197)
**Text** *THEY SAY ISLAM WILL RULE THE WARLD IN SHA ALLAH*
**Time** 2013-10-05 11:02:33 UTC

**User** Abdullah Ramo Mudzahid (100002647935197)
**Text** *WORLD"*
**Time** 2013-10-05 11:46:10 UTC

**User** ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮
**Text** Allah has willed it. Allah is the Greatest. What brothers we have! We are proud of you. If Allah wills, we'll join you with the help of Allah as soon as possible. May Allah reward you and fulfill your wishes.
**Time** 2013-10-05 17:43:22 UTC

**User** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮
**Text** this is beautiful
**Time** 2013-10-05 18:05:04 UTC

**User** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮
**Text** Allah is the Greatest.
**Time** 2013-10-05 23:22:39 UTC
**User** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Text** Allah is the Greatest!!!!!!!
**Time** 2013-10-05 23:50:45 UTC

**User** ▮▮▮▮▮▮▮▮ (▮▮▮▮▮▮▮▮▮▮▮▮)
**Text** Is Revho anywhere? Which one is he? Greetings for the lions.
**Time** 2013-10-06 08:14:23 UTC

**User** ▮▮▮▮▮▮▮▮ (▮▮▮▮▮▮▮▮)
**Text** He is nowhere. Third from the left. Peace be upon you, brother.
**Time** 2013-10-06 11:11:00 UTC

**User** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮)
**Text** Hahahaha,  a great photo:-) It is the best so far: -)
**Time** 2013-10-06 21:59:09 UTC

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

Facebook Business Record | Page 3307

Image

# COLLECTIVE WORK FOR ISLAM



A HADITH QUDSI STATES: "IT'S INCUMBENT UPON ME TO LOVE THOSE WHO HELP EACH OTHER FOR MY SAKE."
(CONVEYED BY AHMAD)

## FIGHTERS OF THE ISLAMIC STATE OF IRAQ AND SHAM HELP ISLAM AND MUSLIMS IN EVERY POSSIBLE WAY!!!

### CAN WE REMEMBER THEM IN OUR SUPPLICATIONS!!!

| | |
|---|---|
| **Id** | 10201270157173356 |
| **Title** | I ask Allah to give victory to mujahideen and to give mind and guidance to those who speak against them. Amen!!! |
| **Photo** | http://sphotos-f.ak.fbcdn.net/hphotos-ak-xfa1/t1.0-9/1380542_1020 1270157173356_1437724668_n.jpg |
| **Link** | http://www.facebook.com/photo.php?fbid=10201270157173356&s et=a.1352562211503.2046055.1154831183&type=1 |
| **Upload Ip** | 93.86.181.233 |
| **Album Name** | Tagged Photos |
| **Uploaded** | 2013-10-04 18:30:49 UTC |
| **Tags** | **Subject Id** ▇▇▇▇ |
| | **Subject Name** ▇▇▇▇ |
| | **Creator Id** 100000689090991 |
| | **Date Created** 2014-02-06 21:32:11 UTC |
| | **X** 60 |
| | **Y** 20 |
| | **Status** active |
| | |
| | **Subject Id** ▇▇▇▇ |
| | **Subject Name** ▇▇▇▇ |
| | **Creator Id** 100000689090991 |
| | **Date Created** 2014-02-06 21:32:08 UTC |
| | **X** 76 |
| | **Y** 13 |
| | **Status** active |

they did good deeds and were obedient to what came from the Qur'an and Sunnah.
**Title** Timeline Photos
**Url** http://www.facebook.com/photo.php?fbid=677139665643301&set=a.3325045167734
86.86623.100000418229289&type=1

**Date Created** 2013-10-05 12:37:58 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/476695979095329
**Text** http://youtu.be/VI4mEQH0wA4
**Title** Translation of the Qur'an. DO NOT MOURN, BROTHERS (Islamic song)  dedicated to
Brother Memo (may Allah have mercy on him).
**Url** http://youtu.be/VI4mEQH0wA4
**Date Created** 2013-10-05 11:57:28 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/476682859096641
**Summary** After the Islamic State of Iraq and Sham (ISIS) clashed with the "North Storm" brigade
(formerly under the command of the Free Syrian Army (FSA) and now under the command of the
Communist Kurdish Party (PKK), fighting with them in the vicinity of the
Syrian city Azaz has continued. ISIS has started the attacks...
**Text**
**Title** SYRIA: Mujahideen launched an offensive on the postions of the Kurdis Communist party PKK
**Url** http://vijestiummeta.com/sirija-mudzahidi-pokrenuli-ofanzivu-na-polozaje-kurdske-ko
munisticke-ppk/

**Date Created** 2013-10-05 11:42:09 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/476679895763604
**Summary** "The most valuable jihad is to say the word of truth before the unrighteous ruler" ███████
█████████ Visit:  http://allahova-milost.blogspot.com/ Be a member. ...
**Text** THE PROPHET OF ALLAH (S.A.W.S.) SAID:  The most valuable jihad is to say the word of
truth before the unrighteous ruler." ████████
**Title** Speech of truth!
**Url** http://www.youtube.com/watch?v=SYhm67IkD1c&feature=c4-overview&list=UUaA-0p
vOThhSmwullV35ivA

**Date Created** 2013-10-05 11:40:16 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/476679449096982
**Text**
**Title** Islam is Allah's choice. | Allahova-milost
**Url** http://allahova-milost.blogspot.com/2013/09/islam-je-allahov-izbor.html

**Date Created** 2013-10-05 11:39:09 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/476679089097018
**Summary** "And what is (the matter) with you that you do not fight in the way of Allah, and (for) the one
who are weak among the men and the women and the children who say, 'Our Lord take us out of this town
**Text** ALLAH ALMIGHTY SAYS IN THE QUR'AN: And what is (the matter) with you that you do not fight in
the way of Allah, and (for) the one who are weak among the men and the women and the children who
say, 'Our Lord take us out of this town whose people are oppressors and appoint for us from Yourself a
protector and a helper." QUR'AN (An-Nissa 75)
**Title** Come to jihad!  Hayy 'ala l jihad! (Islamic song)  - Al Mukalla
**Url** http://www.youtube.com/watch?v=80zyNQT2r4Y&list=PLDCDEF4C925270DD7

**Date Created** 2013-10-05 11:35:24 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/476678415763752
**Summary** Visit: http://allahova-milost.blogspot.com/ Be a member of the FB site "Allahova
Milost"- http://www.facebook.com/pages/Allahova-Milost/157851404304136?s...
**Text**
**Title** Who are the heroes to our children
**Url** http://www.youtube.com/watch?v=Shm6KDPgrls

**Date Created** 2013-10-05 11:31:15 UTC
**Link** http://www.facebook.com/ramo.pazara.9/posts/476677589097168
**Text**
**Title** Mobile Uploads
**Url** http://www.facebook.com/photo.php?fbid=425285410903053&set=a.1055375462111

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

| Facebook Business Record | Page 3297 |
|---|---|

**Image**





| | |
|---|---|
| **Id** | 10201378167273541 |
| **Title** | |
| **Photo** | http://sphotos-f.ak.fbcdn.net/hphotos-ak-xfp1/t1.0-9/1383021_1020 1378167273541_1332367393_n.jpg |
| **Link** | http://www.facebook.com/photo.php?fbid=10201378167273541&s et=a.1352562211503.2046055.1154831183&type=1 |
| **Upload Ip** | 109.245.1.83 |
| **Album Name** | Tagged Photos |
| **Uploaded** | 2013-10-21 19:26:39 UTC |
| **Tags** | |

| | |
|---|---|
| **Subject Id** | |
| **Subject Name** | ▬▬▬▬ |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:35:33 UTC |
| **X** | 74 |
| **Y** | 15 |
| **Status** | active |

| | |
|---|---|
| **Subject Id** | |
| **Subject Name** | ▬▬▬▬ |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:35:28 UTC |
| **X** | 57 |
| **Y** | 10 |
| **Status** | active |

| | |
|---|---|
| **Subject Id** | |
| **Subject Name** | ▬▬▬▬ |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:35:17 UTC |
| **X** | 76 |
| **Y** | 16 |
| **Status** | active |

| | |
|---|---|
| **Subject Id** | |
| **Subject Name** | ▬▬▬▬ |
| **Creator Id** | 1154831183 |

U.S. Government Property
May Not Be Used Without
U.S. Government Permission



| | | |
|---|---|---|
| **Facebook Business Record** | | **Page 3298** |

**Date Created** 2013-10-21 19:35:12 UTC
**X** 56
**Y** 27
**Status** active

**Subject Id**
**Subject Name**
**Creator Id** 1154831183
**Date Created** 2013-10-21 19:35:00 UTC
**X** 78
**Y** 16
**Status** active

**Subject Id**
**Subject Name**
**Creator Id** 1154831183
**Date Created** 2013-10-21 19:34:35 UTC
**X** 67
**Y** 21
**Status** active

**Subject Id**
**Subject Name**
**Creator Id** 1154831183
**Date Created** 2013-10-21 19:34:17 UTC
**X** 73
**Y** 19
**Status** active

**Subject Id**
**Subject Name**
**Creator Id** 1154831183
**Date Created** 2013-10-21 19:34:10 UTC
**X** 58
**Y** 23
**Status** active

**Subject Id**
**Subject Name**
**Creator Id** 1154831183
**Date Created** 2013-10-21 19:34:03 UTC
**X** 76
**Y** 19
**Status** active

**Subject Id**
**Subject Name**
**Creator Id** 1154831183
**Date Created** 2013-10-21 19:33:55 UTC
**X** 55
**Y** 20
**Status** active

**Subject Id**
**Subject Name**
**Creator Id** 1154831183
**Date Created** 2013-10-21 19:33:49 UTC
**X** 70
**Y** 9
**Status** active

**Subject Id**



U.S. Government Property
May Not Be Used Without
U.S. Government Permission

**Facebook Business Record**      **Page 3299**

**Subject Name** ███████
**Creator Id** ███████
**Date Created** 2013-10-21 19:33:42 UTC
**X** 51
**Y** 6
**Status** active

**Subject Id** ███████
**Subject Name** ███████
**Creator Id** 1154831183
**Date Created** 2013-10-21 19:33:26 UTC
**X** 70
**Y** 16
**Status** active

**Subject Id** ███████
**Subject Name** ███████
**Creator Id** 1154831183
**Date Created** 2013-10-21 19:33:16 UTC
**X** 56
**Y** 15
**Status** active

**Subject Id** ███████
**Subject Name** ███████
**Creator Id** 1154831183
**Date Created** 2013-10-21 19:33:01 UTC
**X** 74
**Y** 15
**Status** active

**Subject Id** ███████
**Subject Name** ███████
**Creator Id** 1154831183
**Date Created** 2013-10-21 19:32:55 UTC
**X** 60
**Y** 23
**Status** active

**Subject Id** ███████
**Subject Name** ███████
**Creator Id** 1154831183
**Date Created** 2013-10-21 19:32:49 UTC
**X** 73
**Y** 13
**Status** active

**Subject Id** ███████
**Subject Name** ███████
**Creator Id** 1154831183
**Date Created** 2013-10-21 19:32:39 UTC
**X** 49
**Y** 10
**Status** active

**Subject Id** ███████
**Subject Name** ███████
**Creator Id** 1154831183
**Date Created** 2013-10-21 19:32:28 UTC
**X** 60
**Y** 21
**Status** active

U.S. Government Property
May Not Be Used Without
U.S. Government Permission



| | |
|---|---|
| **Facebook Business Record** | **Page 3300** |

Subject Id ██████████
Subject Name ███████████
Creator Id 1154831183
Date Created 2013-10-21 19:32:22 UTC
X 81
Y 9
Status active

Subject Id ██████████
Subject Name ██████████
Creator Id 1154831183
Date Created 2013-10-21 19:32:17 UTC
X 50
Y 10
Status active

Subject Id █████████
Subject Name ████████████
Creator Id 1154831183
Date Created 2013-10-21 19:32:11 UTC
X 71
Y 15
Status active

Subject Id ██████████
Subject Name ████████████
Creator Id 1154831183
Date Created 2013-10-21 19:32:03 UTC
X 56
Y 10
Status active

Subject Id ████████
Subject Name █████████
Creator Id 1154831183
Date Created 2013-10-21 19:31:51 UTC
X 79
Y 11
Status active

Subject Id █████████
Subject Name ██████████
Creator Id 1154831183
Date Created 2013-10-21 19:31:38 UTC
X 63
Y 16
Status active

Subject Id █████████
Subject Name ██████████
Creator Id 1154831183
Date Created 2013-10-21 19:31:30 UTC
X 80
Y 21
Status active

Subject Id ██████████
Subject Name █████████
Creator Id 1154831183
Date Created 2013-10-21 19:31:18 UTC
X 57
Y 25

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

| Facebook Business Record | Page 3301 |
|---|---|

| | |
|---|---|
| **Status** | active |
| **Subject Id** | ███████████ |
| **Subject Name** | ███████████ |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:31:13 UTC |
| **X** | 77 |
| **Y** | 13 |
| **Status** | active |
| **Subject Id** | ███████████ |
| **Subject Name** | ███████████ |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:30:59 UTC |
| **X** | 64 |
| **Y** | 11 |
| **Status** | active |
| **Subject Id** | 100002647935197 |
| **Subject Name** | Abdullah Ramo Mudzahid |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:30:35 UTC |
| **X** | 66 |
| **Y** | 20 |
| **Status** | active |
| **Subject Id** | ███████████ |
| **Subject Name** | ███████████ |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:30:27 UTC |
| **X** | 81 |
| **Y** | 7 |
| **Status** | active |
| **Subject Id** | ███████████ |
| **Subject Name** | ███████████ |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:30:20 UTC |
| **X** | 57 |
| **Y** | 11 |
| **Status** | active |
| **Subject Id** | ███████████ |
| **Subject Name** | ███████████ |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:30:03 UTC |
| **X** | 90 |
| **Y** | 7 |
| **Status** | active |
| **Subject Id** | ███████████ |
| **Subject Name** | ███████████ |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:29:40 UTC |
| **X** | 81 |
| **Y** | 11 |
| **Status** | active |
| **Subject Id** | ███████████ |
| **Subject Name** | ███████████ |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:29:34 UTC |

Trans 02655

U.S. Government Property
May Not Be Used Without
U.S. Government Permission



| | | |
|---|---|---|
| **Facebook Business Record** | | **Page 3302** |

| | |
|---|---|
| **X** | 63 |
| **Y** | 11 |
| **Status** | active |
| **Subject Id** | |
| **Subject Name** | |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:29:29 UTC |
| **X** | 89 |
| **Y** | 8 |
| **Status** | active |
| **Subject Id** | |
| **Subject Name** | |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:29:05 UTC |
| **X** | 66 |
| **Y** | 4 |
| **Status** | active |
| **Subject Id** | |
| **Subject Name** | |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:28:58 UTC |
| **X** | 85 |
| **Y** | 8 |
| **Status** | active |
| **Subject Id** | |
| **Subject Name** | |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:28:53 UTC |
| **X** | 66 |
| **Y** | 10 |
| **Status** | active |
| **Subject Id** | |
| **Subject Name** | |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:28:46 UTC |
| **X** | 59 |
| **Y** | 3 |
| **Status** | active |
| **Subject Id** | |
| **Subject Name** | |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:28:41 UTC |
| **X** | 75 |
| **Y** | 7 |
| **Status** | active |
| **Subject Id** | |
| **Subject Name** | |
| **Creator Id** | 1154831183 |
| **Date Created** | 2013-10-21 19:28:36 UTC |
| **X** | 57 |
| **Y** | 15 |
| **Status** | active |
| **Subject Id** | |
| **Subject Name** | |

**Facebook Business Record**                    **Page 3303**

**Creator Id** 1154831183
**Date Created** 2013-10-21 19:28:33 UTC
**X** 77
**Y** 35
**Status** active

**Subject Id** ▮▮▮▮▮▮
**Subject Name** ▮▮▮▮▮▮
**Creator Id** 1154831183
**Date Created** 2013-10-21 19:28:28 UTC
**X** 61
**Y** 5
**Status** active

**Comments**

**User** ▮▮▮▮▮▮▮▮▮▮▮
**Text** May the peace, mercy, and blessings of Allah be upon you.
**Time** 2013-10-21 19:28:12 UTC

**User** ▮▮▮▮▮▮▮▮▮▮▮)
 **Text** PEACE BE UPON YOU.
**Time** 2013-10-21 19:29:17 UTC

**User** ▮▮▮▮▮▮▮▮▮▮
**Text** And may the peace, mercy, and blessings of Allah (Exalted is He) be upon you :)
**Time** 2013-10-21 19:30:16 UTC

**User** ▮▮▮▮▮▮▮▮▮▮
**Text** http://www.youtube.com/watch?v=y377D9fJFic& list=PLDCDEF4C925270DD7
**Time** 2013-10-21 19:30:33 UTC

**User** ▮▮▮▮▮▮▮▮
**Text** MAY THE PEACE, MERCY, AND BLESSINGS OF ALLAH BE UPON YOU.
**Time** 2013-10-21 19:41:16 UTC

**User** ▮▮▮▮▮▮▮▮▮
**Text** And peace be upon you, brother. I'm thinking somewhat: For some reason, my brother is not online. Is he well?
**Time** 2013-10-21 20:00:41 UTC

**User** ▮▮▮▮▮▮▮▮▮▮▮
**Text** And may the peace, mercy, and blessings of Allah (Exalted is He) be upon you.
**Time** 2013-10-21 22:28:04 UTC

**User** ▮▮▮▮▮▮▮▮
**Text** ان الله مع صبرين
**Time** 2013-10-22 04:13:13 UTC

**User** ▮▮▮▮▮▮▮▮▮▮▮
**Text** ان الله مع الصابرين
**Time** 2013-10-22 07:32:49 UTC

**User** ▮▮▮▮▮▮▮▮▮
**Text** Peace be upon you, brother. May Allah protect you from every evil. If Allah wills, you'll return so that we'll all be together.
**Time** 2013-10-22 07:55:16 UTC

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

| Facebook Business Record | Page 3218 |
|---|---|

**Image**



| | |
|---|---|
| **Id** | 1382845855285849 |
| **Title** | Bosnian lions......ALLAH IS THE GREATEST !!! |
| **Photo** | http://sphotos-a.ak.fbcdn.net/hphotos-ak-xap1/t1.0-9/p180x540/13 79791_1382845855285849_1677689026_n.jpg |
| **Link** | http://www.facebook.com/photo.php?fbid=1382845855285849&se t=a.1377319705838464.1073741827.100006813422880&type=1 |
| **Upload Ip** | 178.148.232.76 |
| **Album Name** | Tagged Photos |
| **Uploaded** | 2013-10-05 23:16:48 UTC |
| **Tags** | |

| | |
|---|---|
| **Subject Id** | ████████ |
| **Subject Name** | ████████ |
| **Creator Id** | 100006813422880 |
| **Date Created** | 2014-02-25 14:00:31 UTC |
| **X** | 48 |
| **Y** | 29 |
| **Status** | active |

| | |
|---|---|
| **Subject Id** | 100002647935197 |
| **Subject Name** | Abdullah Ramo Mudzahid |
| **Creator Id** | 100006813422880 |
| **Date Created** | 2014-02-25 14:00:24 UTC |
| **X** | 61 |
| **Y** | 24 |
| **Status** | active |

| | |
|---|---|
| **Subject Id** | 100001561142489 |

Trans 02658



Trans 02659

U.S. Government Property
May Not Be Used Without
U.S. Government Permission



**Facebook Business Record**                      **Page 3219**

**Subject Name** ▮▮▮▮▮
**Creator Id** 100001021462233
**Date Created** 2013-10-06 06:17:07 UTC
**X** 24
**Y** 35
**Status** active

**Subject Id** ▮▮▮▮▮▮▮
**Subject Name** ▮▮▮▮▮
**Creator Id** 100006813422880
**Date Created** 2014-02-25 14:00:42 UTC
**X** 24
**Y** 35
**Status** active

**Comments**

**User** ▮▮▮▮▮▮▮▮▮▮
**Text** God had willed it for the brothers, but look how big this one is, Glory be to God. : )
**Time** 2013-10-06 08:07:28 UTC

**User** ▮▮▮▮▮▮▮▮▮▮
**Text** HE IS ONE OF THE BEST : d
**Time** 2013-10-06 09:08:06 UTC

**User** ▮▮▮▮▮▮▮
**Text** ALLAH IS THE GREATEST.
**Time** 2013-10-06 11:42:49 UTC

**User** ▮▮▮▮▮▮▮
**Text** May peace be with you, brothers, lucky you, God has willed it.
**Time** 2013-10-06 13:38:05 UTC

**User** ▮▮▮▮▮
**Text** What is it that prevents us from being lucky as they are, they do not have much benefits of the likes and comments, in fact not at all
**Time** 2014-02-25 14:09:18 UTC

**User** ▮▮▮▮▮ ▮▮▮▮▮
**Text** Loce loce, you are confused. :D
**Time** 2014-02-25 15:05:25 UTC

**User** ▮▮▮▮▮
**Text** God had willed it, lucky you..........
**Time** 2014-02-25 15:07:47 UTC

**User** ▮▮▮▮▮▮
**Text** Allah is the Greatest.
**Time** 2014-02-25 15:27:16 UTC

**User** ▮▮▮▮▮▮▮▮
**Text** Allah is the Greatest.
**Time** 2014-02-25 15:40:20 UTC