U.S. Government property
May not be used without
U.S. Government permission

**Facebook Business Record** — Page 5597

(mid.1384662427840:f402e6ecbe3684d129)
**Recipients** Amr Sham (100006473298872)
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 04:27:07 UTC
**Deleted** false
**Body** Peace be upon you, brother! Just tell me if you are close to the brothers Abdullah and [redacted] so I can send you the scope. If you are not, find me an address where I can send it to you and God willing, you shall receive it.

**Recipients** Siki Ramiz Hodzic (1304677927)
A[redacted]
**Author** A[redacted]
**Sent** 2013-11-17 09:37:54 UTC
**Deleted** false
**Body** Yes, I am in the same group with [redacted]. He lives 100 to 200 meters from me.

**Recipients** A[redacted]
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 10:31:23 UTC
**Deleted** false
**Body** The next one coming in will be for you, God willing.

**Recipients** Siki Ramiz Hodzic (1304677927)
A[redacted]
**Author** A[redacted]
**Sent** 2013-11-17 10:31:53 UTC
**Deleted** false
**Body** Hehe. May you benefit from Allah's blessings.

**Recipients** A[redacted]
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 10:32:55 UTC
**Deleted** false
**Body** GREET THEM AND TELL ABDULAH TO CONTACT ME AS SOON AS HE COMES BACK.

**Recipients** Siki Ramiz Hodzic (1304677927)
A[redacted]
**Author** A[redacted]
**Sent** 2013-11-17 10:33:27 UTC
**Deleted** false
**Body** I will if I see him. God Willing! He is up there a bit further in another house.

**Recipients** Siki Ramiz Hodzic (1304677927)
A[redacted]
**Author** A[redacted]
**Sent** 2013-11-17 10:33:35 UTC
**Deleted** false
**Body** Abdullah, the tall one ??

**Recipients** A[redacted]
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 10:33:46 UTC
**Deleted** false
**Body** YES

**Recipients** A[redacted]
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)

GOVERNMENT EXHIBIT 6

Trans 00873

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFED

**Sent** 2013-11-17 10:34:07 UTC

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Facebook Business Record** — Page 5598

    **Deleted** false
    **Body** IS ▓▓▓ WITH YOU?

**Recipients** Siki Ramiz Hodzic (1304677927)
    A▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Author** A▓▓▓▓▓▓▓▓▓▓▓▓▓
    **Sent** 2013-11-17 10:34:21 UTC
    **Deleted** false
    **Body** Which ▓▓▓ ??

**Recipients** A▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
    **Sent** 2013-11-17 10:34:40 UTC
    **Deleted** false
    **Body** ▓▓▓▓▓

**Recipients** Siki Ramiz Hodzic (1304677927)
    A▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Author** A▓▓▓▓▓▓▓▓▓▓▓▓▓
    **Sent** 2013-11-17 10:35:33 UTC
    **Deleted** false
    **Body** He was.

**Recipients** Siki Ramiz Hodzic (1304677927)
    A▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Author** A▓▓▓▓▓▓▓▓▓▓▓▓▓
    **Sent** 2013-11-17 10:35:40 UTC
    **Deleted** false
    **Body** He stayed back in Lattakia.

**Recipients** A▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
    **Sent** 2013-11-17 10:36:15 UTC
    **Deleted** false
    **Body** How far is that from you guys?

**Recipients** Siki Ramiz Hodzic (1304677927)
    A▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Author** A▓▓▓▓▓▓▓▓▓▓▓▓▓
    **Sent** 2013-11-17 10:36:40 UTC
    **Deleted** false
    **Body** 300 kilometers.

**Recipients** Siki Ramiz Hodzic (1304677927)
    A▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Author** A▓▓▓▓▓▓▓▓▓▓▓▓▓
    **Sent** 2013-11-17 10:36:43 UTC
    **Deleted** false
    **Body** Possibly more.

**Recipients** A▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
    **Sent** 2013-11-17 10:40:29 UTC
    **Deleted** false
    **Body** OH ...

**Recipients** A▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)

UNCLASSIFIED

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFED

**Facebook Business Record** — Page 5599

**Sent** 2013-11-17 10:42:14 UTC
**Deleted** false
**Body** BROTHER, DID YOU GUYS GET USED TO THE FOOD? CAN YOU BUY FLOUR?

**Recipients** Siki Ramiz Hodzic (1304677927)
A█████████████
**Author** A█████████████
**Sent** 2013-11-17 10:42:28 UTC
**Deleted** false
**Body** Thanks to Allah everything is available, brother.

**Recipients** A█████████████
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 10:42:58 UTC
**Deleted** false
**Body** PRAISE BE TO ALLAH! MAY ALLAH STRENGTHEN AND HELP YOU!

**Recipients** Siki Ramiz Hodzic (1304677927)
A█████████████
**Author** A█████████████
**Sent** 2013-11-17 10:43:36 UTC
**Deleted** false
**Body** Amen, and you too, brother.

**Recipients** Siki Ramiz Hodzic (1304677927)
A█████████████
**Author** A█████████████
**Sent** 2013-11-17 10:43:38 UTC
**Deleted** false
**Body** And reward…

**Recipients** Siki Ramiz Hodzic (1304677927)
A█████████████
**Author** A█████████████
**Sent** 2013-11-17 10:43:42 UTC
**Deleted** false
**Body** [with the] highest level of paradise.

**Recipients** A█████████████
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 10:43:48 UTC
**Deleted** false
**Body** ==WHEN THE BROTHERS BRING THE SCOPES, CHECK IT OUT AND LET ME KNOW IF YOU WANT ONE LIKE ████ OR ABDULAH AND I WILL SEND IT NEXT TIME.==

**Recipients** A█████████████
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 10:44:11 UTC
**Deleted** false
**Body** GOD WILLING!

**Recipients** Siki Ramiz Hodzic (1304677927)
A█████████████
**Author** A█████████████
**Sent** 2013-11-17 10:44:54 UTC
**Deleted** false
**Body** ==Are they night vision?==

**Recipients** Siki Ramiz Hodzic (1304677927)

UNCLASSIFIED
4

U.S. Government property
May not be used without
U.S. Government permission

| Facebook Business Record | Page 5600 |
|---|---|

**Author** A[redacted]
**Sent** 2013-11-17 10:45:02 UTC
**Deleted** false
**Body** ?

**Recipients** A[redacted]
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 10:45:57 UTC
**Deleted** false
**Body** BROTHER, YES THEY ARE GOOD. THAT IS WHAT I CAN SEND, I CANNOT SEND THE ORIGINAL MILITARY ONES, BUT THOSE TWO ARE FOR LONG RANGE.

**Recipients** Siki Ramiz Hodzic (1304677927)
A[redacted]
**Author** A[redacted]
**Sent** 2013-11-17 10:46:57 UTC
**Deleted** false
**Body** Well, thank God!

**Recipients** Siki Ramiz Hodzic (1304677927)
A[redacted]
**Author** A[redacted]
**Sent** 2013-11-17 10:47:04 UTC
**Deleted** false
**Body** Which ever ones are available, are available. :)

**Recipients** Siki Ramiz Hodzic (1304677927)
A[redacted]
**Author** A[redacted]
**Sent** 2013-11-17 10:47:20 UTC
**Deleted** false
**Body** Does it take regular batteries?

**Recipients** A[redacted]
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 10:48:04 UTC
**Deleted** false
**Body** BROTHER, THEY ARE GOOD, THANK GOD. I DID NOT SEE THAT IT TAKES BATTERIES.

**Recipients** Siki Ramiz Hodzic (1304677927)
A[redacted]
**Author** A[redacted]
**Sent** 2013-11-17 10:48:15 UTC
**Deleted** false
**Body** OK :)

**Recipients** Siki Ramiz Hodzic (1304677927)
A[redacted]
**Author** A[redacted]
**Sent** 2013-11-17 10:48:45 UTC
**Deleted** false
**Body** I got to go brother, I have some work to do. May Allah reward you with all good things.

**Recipients** A[redacted]
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 10:50:08 UTC
**Deleted** false
**Body** Amen brother! I just sent those.

Trans 00877

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Facebook Business Record**    Page 5601

**Attachments** 1454756_10200957220035118_882356692_n.jpg (10200957220795137)
**Type** image/jpeg
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=6754803d657b148cc8ca647911e0574a&mid=mid.1384685409292%3A8a266328e46544f626&uid=1304677927&accid=1304677927&preview=0&hash=AQBtLgpUkLrzeRcN8DPIGG6f_PYZ1V01gMCvSg9up hFpnEXz



**Recipients** Siki Ramiz Hodzic (1304677927)
   A▮
**Author** A▮
**Sent** 2013-11-17 13:16:28 UTC
**Deleted** false
**Body** Thank God, they look good and I will take a look at them. Do you possibly know what the magnification ratio is?

**Recipients** A▮
   Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 13:17:47 UTC
**Deleted** false
**Body** Two are up to 400 meters and two are a longer distance. There is another one not in the picture, those I have already promised [to someone]. The next one is yours. God willing!

**Recipients** Siki Ramiz Hodzic (1304677927)
   A▮
**Author** A▮
**Sent** 2013-11-17 13:19:10 UTC
**Deleted** false
**Body** OK. May Allah reward you.

**Recipients** A▮
   Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 13:22:17 UTC

UNCLASSIFIED

Trans 00878

U.S. Government property
May not be used without
U.S. Government permission

**Facebook Business Record** — Page 5602

**Deleted** false
**Body** Amen, and you too!

**Recipients** A[REDACTED]
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 13:22:22 UTC
**Deleted** false
**Body** You all pray for us.

**Recipients** Siki Ramiz Hodzic (1304677927)
A[REDACTED]
**Author** A[REDACTED]
**Sent** 2013-11-17 13:22:51 UTC
**Deleted** false
**Body** We will brother. Here, Allah gave his blessing in food and many other things. However, we are short on war gear.

**Recipients** Siki Ramiz Hodzic (1304677927)
A[REDACTED]
**Author** A[REDACTED]
**Sent** 2013-11-17 13:23:11 UTC
**Deleted** false
**Body** And brothers, at times, don't realize how much a thing like this means.

**Recipients** Siki Ramiz Hodzic (1304677927)
[REDACTED]
**Author** [REDACTED]
**Sent** 2013-11-17 13:23:22 UTC
**Deleted** false
**Body** May Allah reward every brother that is helping jihad.

**Recipients** A[REDACTED]
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 13:27:15 UTC
**Deleted** false
**Body** I know, the brothers told me. That is why I only send gear.

**Recipients** Siki Ramiz Hodzic (1304677927)
A[REDACTED]
**Author** A[REDACTED]
**Sent** 2013-11-17 13:28:36 UTC
**Deleted** false
**Body** That is wise. A brother sends a lot of money to be distributed and everyone gets a small amount so they end up buying chocolates and juices.

**Recipients** A[REDACTED]
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 13:33:21 UTC
**Deleted** false
**Body** Brother, I am low on money. I am doing all of this with three brothers and a sister. The brothers that are helping me do not have a lot, but thanks to Allah I earn a good wage. The rest of the brothers don't want to be with us or are afraid or are not on my side. Most of them avoid me. They came to my house and said that I need to stop so they would not be endangered.

**Recipients** Siki Ramiz Hodzic (1304677927)
A[REDACTED]
**Author** A[REDACTED]
**Sent** 2013-11-17 13:35:19 UTC
**Deleted** false

U.S. Government property
May not be used without
U.S. Government permission

Case: 4:15-cr-00049-CDP   Doc. #: 569   Filed: 06/03/19   Page: 8 of 14 PageID #: 3223

UNCLASSIFIED

**Facebook Business Record**  Page 5603

**Body** Brother everything is clear to me. This is our path. I had brothers, all loved and hated for the sake of Allah. They were telling me how we needed to renounce the non-believers and everything. When I went on this path I received more support from my old non-believing associates than the brothers.

**Recipients** A▬
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 13:35:49 UTC
**Deleted** false
**Body** I know, brother.

**Recipients** Siki Ramiz Hodzic (1304677927)
A▬
**Author** A▬
**Sent** 2013-11-17 13:35:52 UTC
**Deleted** false
**Body** I am praying to Allah to help you. This is a big tribulation.

**Recipients** A▬
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-17 13:36:16 UTC
**Deleted** false
**Body** Amen and you guys, too. You guys pray and whatever Allah gives.

**Recipients** Siki Ramiz Hodzic (1304677927)
A▬
**Author** A▬
**Sent** 2013-11-22 16:56:59 UTC
**Deleted** false
**Body** Peace be upon you, my brother!

**Recipients** A▬
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-22 16:57:36 UTC
**Deleted** false
**Body** Peace be upon you, my brother!

**Recipients** Siki Ramiz Hodzic (1304677927)
A▬
**Author** A▬
**Sent** 2013-11-22 16:58:08 UTC
**Deleted** false
**Body** How are you, brother?

**Recipients** Siki Ramiz Hodzic (1304677927)
A▬
**Author** A▬
**Sent** 2013-11-22 16:58:17 UTC
**Deleted** false
**Body** What is new??

**Recipients** A▬
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-22 16:59:18 UTC
**Deleted** false
**Body** Good. thank God! I am handling some stuff in regard to the doctor. My little one had surgery yesterday so I am taking care of some papers.

**Recipients** Siki Ramiz Hodzic (1304677927)

UNCLASSIFIED
8

Trans 00880

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Facebook Business Record** — Page 5604

**Author** A▮
**Sent** 2013-11-22 16:59:40 UTC
**Deleted** false
**Body** What happened? What type of surgery?

**Recipients** A▮
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-22 17:02:22 UTC
**Deleted** false
**Body** Thanks to Allah they finished it in two hours and by the will of Allah, everything is good now and in a month, God willing, everything will once again be all right.

**Recipients** Siki Ramiz Hodzic (1304677927)
A▮
**Author** A▮
**Sent** 2013-11-22 17:02:53 UTC
**Deleted** false
**Body** Thanks to Allah!

**Recipients** A▮
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-22 17:05:34 UTC
**Deleted** false
**Body** How are you and the rest of the brothers?

**Recipients** A▮
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-22 17:05:34 UTC
**Deleted** false
**Body** How are you and the rest of the brothers?

**Recipients** Siki Ramiz Hodzic (1304677927)
A▮
**Author** A▮
**Sent** 2013-11-22 17:05:53 UTC
**Deleted** false
**Body** Good! Thanks to Allah!

**Recipients** A▮
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-22 17:06:23 UTC
**Deleted** false
**Body** Praise be to Allah!

**Recipients** Siki Ramiz Hodzic (1304677927)
A▮
**Author** A▮
**Sent** 2013-11-22 17:06:23 UTC
**Deleted** false
**Body** We are waiting for weapons from Dawla.

**Recipients** Siki Ramiz Hodzic (1304677927)
A▮
**Author** A▮
**Sent** 2013-11-22 17:06:40 UTC

UNCLASSIFIED
9

Trans 00881

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Facebook Business Record** — Page 5605

**Deleted** false
**Body** And we spoke to brothers from other battalions.

**Recipients** Siki Ramiz Hodzic (1304677927)
A▮
**Author** A▮
**Sent** 2013-11-22 17:06:48 UTC
**Deleted** false
**Body** They said they would call us when there are actions.

**Recipients** Siki Ramiz Hodzic (1304677927)
A▮
**Author** A▮
**Sent** 2013-11-22 17:06:52 UTC
**Deleted** false
**Body** We shall see. God willing!

**Recipients** Siki Ramiz Hodzic (1304677927)
A▮
**Author** A▮
**Sent** 2013-11-22 17:08:45 UTC
**Deleted** false
**Body** Brother, forgive me but I have to go.

**Recipients** Siki Ramiz Hodzic (1304677927)
A▮
**Author** A▮
**Sent** 2013-11-22 17:08:50 UTC
**Deleted** false
**Body** May Allah help you!

**Recipients** Siki Ramiz Hodzic (1304677927)
A▮
**Author** A▮
**Sent** 2013-11-22 17:08:54 UTC
**Deleted** false
**Body** Peace be upon you!

**Recipients** A▮
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-22 17:09:00 UTC
**Deleted** false
**Body** May Allah reward you all with paradise.

**Recipients** A▮
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-22 17:09:15 UTC
**Deleted** false
**Body** Peace be upon you!

**Recipients** A▮
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-11-26 17:48:51 UTC
**Deleted** false
**Body** Peace be upon you, brother!

**Recipients** Siki Ramiz Hodzic (1304677927)
A▮
**Author** A▮

UNCLASSIFIED

**Facebook Business Record**     **Page 5606**

    **Sent** 2013-11-26 17:49:34 UTC
  **Deleted** false
  **Body** Peace be upon you, brother!

**Recipients** Siki Ramiz Hodzic (1304677927)
    A[REDACTED]
  **Author** A[REDACTED]
    **Sent** 2013-11-26 17:49:37 UTC
  **Deleted** false
  **Body** How are you?

**Recipients** A[REDACTED]
    Siki Ramiz Hodzic (1304677927)
  **Author** Siki Ramiz Hodzic (1304677927)
    **Sent** 2013-11-26 17:50:19 UTC
  **Deleted** false
  **Body** ==I wanted to let you know that I have bought the scope that I promised you. Now I just need to send it with this shipment that I am getting together.==

**Recipients** Siki Ramiz Hodzic (1304677927)
    A[REDACTED]
  **Author** A[REDACTED]
    **Sent** 2013-11-26 17:53:34 UTC
  **Deleted** false
  **Body** Ah, thank you brother. May Allah reward you!

**Recipients** Siki Ramiz Hodzic (1304677927)
    A[REDACTED]
  **Author** A[REDACTED]
    **Sent** 2013-11-26 17:53:42 UTC
  **Deleted** false
  **Body** ==I also got a rifle.==

**Recipients** Siki Ramiz Hodzic (1304677927)
    A[REDACTED]
  **Author** A[REDACTED]
    **Sent** 2013-11-26 17:53:56 UTC
  **Deleted** false
  **Body** ==The scope will perfectly fit for it.==

**Recipients** A[REDACTED]
    Siki Ramiz Hodzic (1304677927)
  **Author** Siki Ramiz Hodzic (1304677927)
    **Sent** 2013-11-26 17:54:35 UTC
  **Deleted** false
  **Body** ==May Allah make it precise and strengthen you so that you destroy as many non-believers as possible with the permission of Allah.==

**Recipients** Siki Ramiz Hodzic (1304677927)
    A[REDACTED]
  **Author** A[REDACTED]
    **Sent** 2013-11-26 17:56:26 UTC
  **Deleted** false
  **Body** Amen brother!

**Recipients** Siki Ramiz Hodzic (1304677927)
    A[REDACTED]
  **Author** A[REDACTED]
    **Sent** 2013-11-26 17:56:48 UTC
  **Deleted** false
  **Body** So that you too can have a piece of the reward.

**Recipients** Siki Ramiz Hodzic (1304677927)

U.S. Government Property
May not be used without
U.S. Government permission

(mid.1388966850171:c30817c7cd71441916)

**Recipients** M███████ ███████ Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2014-01-06 00:07:30 UTC
**Deleted** false
**Body** MAY PEACE BE UPON YOU, BROTHER. DO YOU KNOW WHAT IS GOING ON WITH ABDULLAH?

**Recipients** M███████ ███████ Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2014-01-06 04:27:23 UTC
**Deleted** false
**Body** May peace be upon you, brother.

**Recipients** Siki Ramiz Hodzic (1304677927) M███████ ███████
**Author** M███████ ███████
**Sent** 2014-01-06 04:27:49 UTC
**Deleted** false
**Body** And peace be upon you. Well, [he] is alright.

**Recipients** M███████ ███████ Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2014-01-06 04:28:31 UTC
**Deleted** false
**Body** Are you okay? Has it calmed down at all? May Allah help you.

**Recipients** Siki Ramiz Hodzic (1304677927) M███████ ███████
**Author** M███████ ███████
**Sent** 2014-01-06 04:35:53 UTC
**Deleted** false
**Body** It has not.

UNCLASSIFIED

**Facebook Business Record** — Page 9068

**Recipients** M██████ ████████████
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2014-01-06 04:37:23 UTC
**Deleted** false
**Body** Brother, are there enough of you? Can you hold your own against those freemen [Free Syrian Army]?

**Recipients** Siki Ramiz Hodzic (1304677927)
M██████ ████████████
**Author** M██████ ████████████
**Sent** 2014-01-06 04:38:48 UTC
**Deleted** false
**Body** There are tens of thousands of us, thank God. We are destroying them.

**Recipients** Siki Ramiz Hodzic (1304677927)
M██████ ████████████
**Author** M██████ ████████████
**Sent** 2014-01-06 04:39:14 UTC
**Deleted** false
**Body** In one place yesterday, we killed 30 of them.

**Recipients** M██████ ████████████
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2014-01-06 04:39:28 UTC
**Deleted** false
**Body** I pray to Allah to grant you a victory.

**Recipients** M██████ ████████████
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2014-01-06 04:39:43 UTC
**Deleted** false
**Body** ALLAH IS THE GREATEST.

**Recipients** M██████ ████████████
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2014-01-06 04:40:45 UTC
**Deleted** false

51
UNCLASSIFIED

U.S. Government Property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Body** Are there any of our [people] under their siege?

**Recipients** Siki Ramiz Hodzic (1304677927)
M▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Author** M▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent** 2014-01-06 04:43:59 UTC
**Deleted** false
**Body** ==Well, we are under siege as well.==

**Recipients** M▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2014-01-06 04:44:43 UTC
**Deleted** false
**Body** May Allah help you, brother.

**Recipients** Siki Ramiz Hodzic (1304677927)
M▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Author** M▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent** 2014-01-06 04:46:16 UTC
**Deleted** false
**Body** Amen.

52
UNCLASSIFIED