UNCLASSIFIED

| **Facebook Business Record** | **Page 8374** |
|---|---|

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 05:59:50 UTC |
| **Deleted** | false |
| **Body** | Are you good? |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:00:45 UTC |
| **Deleted** | false |
| **Body** | Thank God, brother, it is good…What's going with you? |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:01:23 UTC |
| **Deleted** | false |
| **Body** | I'm sitting and I wanted to convey regards from the brothers. We spoke in the morning. |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:01:47 UTC |
| **Deleted** | false |
| **Body** | Praise be to Allah! |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:02:21 UTC |
| **Deleted** | false |
| **Body** | How are they? |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:02:47 UTC |
| **Deleted** | false |
| **Body** | I swear to Allah, brother. It was so difficult for me this morning. |

UNCLASSIFIED
5

GOVERNMENT
EXHIBIT
7

Trans 00745

U.S. Government property.
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:03:22 UTC |
| **Deleted** | false |
| **Body** | They are crying and praying, ESPECIALLY FOR YOU AND YOUR FAMILY. |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:03:38 UTC |
| **Deleted** | false |
| **Body** | THEY WENT ON THE OFFENSIVE THIS MORNING. |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:04:02 UTC |
| **Deleted** | false |
| **Body** | THEY WILL BE GONE FOR SEVERAL DAYS. |

UNCLASSIFIED

6

Trans 00746

U.S. Government property.
May not be used without
U.S. Government permission

UNCLASSIFIED

| | Facebook Business Record | Page 8375 |
|---|---|---|

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:05:20 UTC |
| **Deleted** | false |
| **Body** | May dear Allah grant them every blessing on this world and the one to come! |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:05:22 UTC |
| **Deleted** | false |
| | |
| **Body** | They asked me how people react when I say that money is being collected for them. I told them how you were the only one to answer the call right away. |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:06:02 UTC |
| **Deleted** | false |
| **Body** | Brother, that's our duty. |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:06:59 UTC |
| **Deleted** | false |
| **Body** | I swear to Allah, many know that, but I could not find a person to go with me to take the packages. I don't know what that is, but thank God, it is important that it went. |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:08:01 UTC |
| **Deleted** | false |
| **Body** | Did the package arrive? |
| | |
| **Recipients** | Armin Harcevic (517893580) |

UNCLASSIFIED
7

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

|  |  |
|---|---|
|  | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:08:11 UTC |
| **Deleted** | false |
| **Body** | When I was telling them about you, they started crying. Abdullah said that he always respected and loved you from day one. |
|  |  |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
|  | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:08:31 UTC |
| **Deleted** | false |
| **Body** | I have the same [feelings] toward him, brother. |
|  |  |
| **Recipients** | Armin Harcevic (517893580) |
|  | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:08:32 UTC |
| **Deleted** | false |
| **Body** | I think that they will have it by Friday, God willing. I sent three. |
|  |  |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
|  | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |

UNCLASSIFIED

Trans 00748

U.S. Government property. May not be used without U.S. Government permission

UNCLASSIFIED

| | Facebook Business Record | Page 8376 |
|---|---|---|

**Sent** 2013-08-25 06:08:48 UTC
**Deleted** false
**Body** Praise be to Allah!

**Recipients** Armin Harcevic (517893580)
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-08-25 06:10:43 UTC
**Deleted** false
**Body** My brother, anything from socks to binoculars went, thank God. Ten pairs of uniforms, 10 pairs of boots, 30 pairs of socks, 21 pairs of gloves, belts, masks for sand, and something else that I can't remember.

**Recipients** Armin Harcevic (517893580)
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-08-25 06:11:00 UTC
**Deleted** false
**Body** Big binoculars.

**Recipients** Siki Ramiz Hodzic (1304677927)
Armin Harcevic (517893580)
**Author** Armin Harcevic (517893580)
**Sent** 2013-08-25 06:12:16 UTC
**Deleted** false
**Body** May Allah reward you, brother!

**Recipients** Armin Harcevic (517893580)
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-08-25 06:12:45 UTC
**Deleted** false
**Body** If that passes, we will try to collect again. They need more. There are 25 of our [guys] in the platoon.

**Recipients** Armin Harcevic (517893580)
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-08-25 06:12:52 UTC
**Deleted** false
**Body** Amen, all of us!

UNCLASSIFIED
9

Trans 00749

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:12:56 UTC |
| **Deleted** | false |
| **Body** | Praise be to Allah! |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:13:59 UTC |
| **Deleted** | false |
| **Body** | When are you thinking about sending? |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:15:04 UTC |
| **Deleted** | false |
| **Body** | I will tell my wife to give something to ▮▮▮, so that he can bring it to you. |
| | |
| **Recipients** | Armin Harcevic (517893580) |

UNCLASSIFIED

**Trans 00750**

U.S. Government property.
May not be used without
U.S. Government permission

UNCLASSIFIED

| Facebook Business Record | Page 8377 |
|---|---|

|  | Siki Ramiz Hodzic (1304677927) |
|---|---|
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:15:14 UTC |
| **Deleted** | false |
| **Body** | Well, in two to three weeks. I must go work a little bit. |
|  |  |
| **Recipients** | Armin Harcevic (517893580) |
|  | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:15:43 UTC |
| **Deleted** | false |
| **Body** | Don't worry about it, it can wait until you arrive. May Allah reward you and increase your blessings! |
|  |  |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
|  | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:16:08 UTC |
| **Deleted** | false |
| **Body** | Amen, all of us, brother! |
|  |  |
| **Recipients** | Armin Harcevic (517893580) |
|  | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:17:07 UTC |
| **Deleted** | false |
| **Body** | |

https://www.facebook.com/ajax/mercury/attachments/photo.php?fbid=102004047
66144116&mode=contain&width=468&height=468

| **Recipients** | Armin Harcevic (517893580) |
|---|---|
|  | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:17:28 UTC |
| **Deleted** | false |
| **Body** | |

https://sphotos-b-iad.xx.fbcdn.net/hphotos-
prn1/v/954345_10200404768864184_591570776_n.jpg?oh=e5545755288d1dff7
58fa19ee9fbfd6b&oe=521B4500

| **Recipients** | Armin Harcevic (517893580) |
|---|---|
|  | Siki Ramiz Hodzic (1304677927) |

UNCLASSIFIED
11

Trans 00751

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Author**          Siki Ramiz Hodzic (1304677927)
**Sent**            2013-08-25 06:17:45 UTC
**Deleted**         false
**Body**
https://www.facebook.com/ajax/mercury/attachments/photo.php?fbid=102004047
74224318&mode=contain&width=468&height=468

**Recipients**      Armin Harcevic (517893580)
                    Siki Ramiz Hodzic (1304677927)
**Author**          Siki Ramiz Hodzic (1304677927)
**Sent**            2013-08-25 06:18:19 UTC
**Deleted**         false
**Body**
https://www.facebook.com/ajax/mercury/attachments/photo.php?fbid=102004490
10250191&mode=contain&width=468&height=468

**Recipients**      Armin Harcevic (517893580)
                    Siki Ramiz Hodzic (1304677927)
**Author**          Siki Ramiz Hodzic (1304677927)
**Sent**             2013-08-25 06:18:29 UTC
**Deleted**          false
**Body**
https://www.facebook.com/ajax/mercury/attachments/photo.php?fbid=102004490
12370244&mode=contain&width=468&height=468

**Recipients**      Armin Harcevic (517893580)
                    Siki Ramiz Hodzic (1304677927)

UNCLASSIFIED
12

Trans 00752

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | Facebook Business Record | Page 8378 |
|---|---|---|

**Author**      Siki Ramiz Hodzic (1304677927)
**Sent**        2013-08-25 06:18:46 UTC
**Deleted**     false
**Body**
https://www.facebook.com/ajax/mercury/attachments/photo.php?fbid=102004490
14530298&mode=contain&width=468&height=468

**Recipients**  Armin Harcevic (517893580)
                Siki Ramiz Hodzic (1304677927)
**Author**      Siki Ramiz Hodzic (1304677927)
**Sent**        2013-08-25 06:18:57 UTC
**Deleted**      false
**Body**
https://www.facebook.com/ajax/mercury/attachments/photo.php?fbid=102004490
16610350&mode=contain&width=468&height=468

**Recipients**  Armin Harcevic (517893580)
                Siki Ramiz Hodzic (1304677927)
**Author**      Siki Ramiz Hodzic (1304677927)
**Sent**        2013-08-25 06:19:09 UTC
**Deleted**      false
**Body**
https://www.facebook.com/ajax/mercury/attachments/photo.php?fbid=102004490
18170389&mode=contain&width=468&height=468

**Recipients**  Armin Harcevic (517893580)
                Siki Ramiz Hodzic (1304677927)
**Author**      Siki Ramiz Hodzic (1304677927)
**Sent**        2013-08-25 06:19:24 UTC
**Deleted**     false
**Body**
https://www.facebook.com/ajax/mercury/attachments/photo.php?fbid=102004490
28330643&mode=contain&width=468&height=468

**Recipients**   Armin Harcevic (517893580)
                Siki Ramiz Hodzic (1304677927)
**Author**      Siki Ramiz Hodzic (1304677927)
**Sent**        2013-08-25 06:19:39 UTC
**Deleted**      false
**Body**
https://www.facebook.com/ajax/mercury/attachments/photo.php?fbid=102004490
55891332&mode=contain&width=468&height=468

UNCLASSIFIED
13

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:19:49 UTC |
| **Deleted** | false |
| **Body** | Can you open the pictures? |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:20:45 UTC |
| **Deleted** | false |
| **Body** | I opened the one with the boots. |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:21:00 UTC |
| **Deleted** | false |
| **Body** | Read this! |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |

Trans 00754

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | Facebook Business Record | Page 8379 |
|---|---|---|

**Sent** 2013-08-25 06:21:10 UTC
**Deleted** false
**Body** 8:35am

Siki Ramiz Hodzic
Brother, I think that the packages will arrive by Friday and I will also send you money the same day, so that it can be brought to you together the same day and such.
.

Is it expensive?
.
...

8:37am

Abdullah Ramo Pazara

God willing, not really, Allah granted blessings, everything is blooming here. Brother, thank god, if I eat once a day, my heart is full.

**Recipients** Siki Ramiz Hodzic (1304677927)
Armin Harcevic (517893580)
**Author** Armin Harcevic (517893580)
**Sent** 2013-08-25 06:22:53 UTC
**Deleted** false
**Body** Did you write that to them?

**Recipients** Armin Harcevic (517893580)
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-08-25 06:23:00 UTC
**Deleted** false
**Body** I did.

**Recipients** Siki Ramiz Hodzic (1304677927)
Armin Harcevic (517893580)
**Author** Armin Harcevic (517893580)
**Sent** 2013-08-25 06:23:52 UTC

UNCLASSIFIED
15

Trans 00755

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | Facebook Business Record | Page 8380 |
|---|---|---|

| | |
|---|---|
| **Deleted** | false |
| **Body** | Uh-huh. I get it now. |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:25:28 UTC |
| **Deleted** | false |
| **Body** | Abdullah Ramo Pazara |
| | Peace be upon you, brother! I forgot to tell you something else – Take off the price tags of the footwear and the clothing and write on the package that they are used items or a present. See if you can get a big plastic [box] from Wal-Mart and put everything in it, you know? You know best, brother. I pray to Allah to reward you all with the highest gardens in Paradise. Send regards to everyone there and let me know when you send all of that. If you think it is smart, get *insurance* on those packages, in case they get lost, although I don't think they will. Your brother Abdullah loves you. Peace be upon you! |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:27:59 UTC |
| **Deleted** | false |
| **Body** | To whom Allah grants something, no one can take it away. |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:28:16 UTC |
| **Deleted** | false |
| **Body** | That is true, my brother. |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:28:43 UTC |
| **Deleted** | false |
| **Body** | Well, you see brother, the brothers are thriving on fruit. |

UNCLASSIFIED

16

Trans 00756

UNCLASSIFIED

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:28:58 UTC |
| **Deleted** | false |
| **Body** | Has ▮ arrived? I have not seen him. I must call him. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:29:15 UTC |
| **Deleted** | false |
| **Body** | He has. |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:29:42 UTC |
| **Deleted** | false |
| **Body** | He said, "Allah granted blessings out of 15 potatoes. Fifty of them mostly eat olives and figs." |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |

UNCLASSIFIED
17

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | Facebook Business Record | Page 8381 |
|---|---|---|

|  |  |
|---|---|
|  | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:29:55 UTC |
| **Deleted** | false |
| **Body** | He is up there where you are. |

|  |  |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
|  | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:30:14 UTC |
| **Deleted** | false |
| **Body** | I must contact him tomorrow, God willing. |

|  |  |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
|  | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:30:16 UTC |
| **Deleted** | false |
| **Body** | Praise be to Allah! |

|  |  |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
|  | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:30:43 UTC |
| **Deleted** | false |
| **Body** | Call him. |

|  |  |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
|  | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:31:01 UTC |
| **Deleted** | false |
| **Body** | I don't have his phone number. |

|  |  |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
|  | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:31:12 UTC |
| **Deleted** | false |
| **Body** | I will get it through ▮▮▮ . |

|  |  |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |

UNCLASSIFIED

18

Trans 00758

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

|  |  |
|---|---|
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:31:26 UTC |
| **Deleted** | false |
| **Body** | Father says that he got a phone just today. |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:31:42 UTC |
| **Deleted** | false |
| **Body** | Sounds good, God willing! |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:32:35 UTC |
| **Deleted** | false |
| **Body** | Brother, pray tonight. They start a new offensive today. Our guys are in the frontline. Pray Allah to make it easier for them. I'm also going [to pray] and talk to you later, God willing. |

UNCLASSIFIED
19

Trans 00759

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| Facebook Business Record | Page 8382 |
|---|---|

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-25 06:32:40 UTC |
| **Deleted** | false |
| **Body** | Peace be upon you! |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-08-25 06:33:13 UTC |
| **Deleted** | false |
| **Body** | Peace be upon you! Talk to you later, brother! |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-26 05:20:52 UTC |
| **Deleted** | false |
| **Body** | Peace be upon you, *brother*! What's going on? |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-08-31 12:53:50 UTC |
| **Deleted** | false |
| **Body** | |

**Attachments** 1290032_10200505220295407_1433465405_n.jpg (10200505220295407)

> **Type** image/jpeg
> **URL**
> https://attachment.fbsbx.com/messaging_attachment.php?aid=776
> 3ac9fb3070162ef1e54a340a68897&mid=mid.1377953630650%3
> Abc174dd6a39272d944&uid=1304677927&accid=1304677927&p
> review=0&hash=AQAXOoGANeJClDJq2GCKS9fsy7ymNhBHJ-
> vFr5uOyAWiba28

UNCLASSIFIED
20

**U.S. Government property**
May not be used without
U.S. Government permission

UNCLASSIFIED



UNCLASSIFIED

Trans 00761

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

<table>
<tr><td colspan="2" align="center">**Facebook Business Record**</td><td align="right">**Page 8384**</td></tr>
</table>

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-01 03:35:45 UTC |
| **Deleted** | false |
| **Body** | Peace be upon you, *bro*! |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-01 03:36:29 UTC |
| **Deleted** | false |
| **Body** | Call me. I'm usually awake for morning prayer. Call when you leave. |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-01 03:37:33 UTC |
| **Deleted** | false |
| **Body** | Forgive me, I wrote to you instead to ▆▆▆ |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-15 13:23:38 UTC |
| **Deleted** | false |
| **Body** | Peace be upon you, my dear *brother*! What's going on? |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-15 13:23:43 UTC |
| **Deleted** | false |
| **Body** | Are you doing well? |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-15 13:42:33 UTC |
| **Deleted** | false |
| **Body** | Thank God. |

UNCLASSIFIED

22

**Trans 00762**

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-15 13:43:01 UTC |
| **Deleted** | false |
| **Body** | How is it going with you, brother? |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-15 13:43:40 UTC |
| **Deleted** | false |
| **Body** | It is good, thank God. I want to visit ▮ for a little bit and such. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-15 13:43:50 UTC |
| **Deleted** | false |
| **Body** | Did the package arrive? |

Trans 00763

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-15 13:46:54 UTC |
| **Deleted** | false |
| **Body** | The post office called. I think that it is already with him today, but the brother is gone. He left. It was at the post office by him on Thursday. |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-15 13:47:34 UTC |
| **Deleted** | false |
| **Body** | I mean our *brother* is gone. He is in the field. I did not let him know for them to visit the man. |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-15 13:48:32 UTC |
| **Deleted** | false |
| **Body** | I'm also going to send some money today. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-15 13:48:38 UTC |
| **Deleted** | false |
| **Body** | *Ok*, good, God willing! |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-15 13:49:56 UTC |
| **Deleted** | false |
| **Body** | Greet ▮ for me. |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-15 13:50:27 UTC |

UNCLASSIFIED
24

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Deleted** | false |
| **Body** | I will. You also send regards there. Talk to you later, God willing. Peace be upon you, my brother. |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-15 13:51:06 UTC |
| **Deleted** | false |
| **Body** | May Allah's peace and mercy be upon you, brother! |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-19 03:26:04 UTC |
| **Deleted** | false |
| **Body** | PEACE BE UPON YOU, BROTHER! |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-19 03:27:14 UTC |
| **Deleted** | false |

UNCLASSIFIED

25

Trans 00765

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| Facebook Business Record | | Page 8386 |
|---|---|---|

| | |
|---|---|
| **Body** | Peace, Allah's mercy and blessings be upon you, brother! How are you? |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-19 03:27:44 UTC |
| **Deleted** | false |
| **Body** | THANK GOD, IT IS GOOD. HOW ARE YOU? WHAT'S UP? |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-19 03:28:45 UTC |
| **Deleted** | false |
| **Body** | I'm fine, thank God. We are working on a house. |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-19 03:29:07 UTC |
| **Deleted** | false |
| **Body** | PRAISE BE TO ALLAH! HOW IS THE YOUNGER BROTHER? |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-19 03:40:02 UTC |
| **Deleted** | false |
| **Body** | He is fine. He is working with me. |
| | |
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-19 03:41:07 UTC |
| **Deleted** | false |
| **Body** | BROTHER, GREET HIM AND I PRAY TO ALLAH TO GRANT YOU BLESSINGS AND EVERYTHING THAT IS BEST FOR YOU AND YOUR FAMILIES. TALK TO YOU LATER, GOD WILLING! |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |

UNCLASSIFIED

26

Trans 00766

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

|  |  |
|---|---|
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-19 04:15:32 UTC |
| **Deleted** | false |
| **Body** | God willing, *bro*! |

|  |  |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-19 04:16:00 UTC |
| **Deleted** | false |
| **Body** | Peace be upon you, brother! |

|  |  |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-23 14:21:21 UTC |
| **Deleted** | false |
| **Body** | Peace be upon you, *brother*! What's new? How are you? |

|  |  |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |

UNCLASSIFIED

Trans 00767

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| Facebook Business Record | Page 8387 |
|---|---|

| **Sent** | 2013-09-23 14:22:14 UTC |
|---|---|
| **Deleted** | false |
| **Body** | May Allah's peace and mercy be upon you! Thank God, *bro*. |

| **Recipients** | Siki Ramiz Hodzic (1304677927) |
|---|---|
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-23 14:22:27 UTC |
| **Deleted** | false |
| **Body** | How is it with you? |

| **Recipients** | Armin Harcevic (517893580) |
|---|---|
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-23 14:23:14 UTC |
| **Deleted** | false |
| **Body** | Good, thank God. I'm drinking coffee and will go to the company to see whether there is any available trip. |

| **Recipients** | Armin Harcevic (517893580) |
|---|---|
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-23 14:23:25 UTC |
| **Deleted** | false |
| **Body** | When will you come to us? |

| **Recipients** | Siki Ramiz Hodzic (1304677927) |
|---|---|
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-23 14:23:58 UTC |
| **Deleted** | false |
| **Body** | God willing, I should come for Eid. |

| **Recipients** | Siki Ramiz Hodzic (1304677927) |
|---|---|
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-23 14:24:38 UTC |
| **Deleted** | false |
| **Body** | Did you hear that the brothers bought a church near you? |

| **Recipients** | Armin Harcevic (517893580) |
|---|---|
| | Siki Ramiz Hodzic (1304677927) |

UNCLASSIFIED
28

Trans 00768

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-23 14:25:27 UTC |
| **Deleted** | false |
| **Body** | I did not, brother. No one has told me anything. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-23 14:25:58 UTC |
| **Deleted** | false |
| **Body** |          told me late last night. |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-23 14:26:39 UTC |
| **Deleted** | false |
| **Body** |      called me yesterday, but he did not say anything. I hope only good to come from it and the faith to be taught in it. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |

UNCLASSIFIED
29

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | Facebook Business Record | Page 8388 |
|---|---|---|

| | Armin Harcevic (517893580) |
|---|---|
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-23 14:26:57 UTC |
| **Deleted** | false |
| **Body** | God willing! |

| **Recipients** | Siki Ramiz Hodzic (1304677927) |
|---|---|
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-23 14:27:24 UTC |
| **Deleted** | false |
| **Body** | Did the brothers get the clothing? |

| **Recipients** | Armin Harcevic (517893580) |
|---|---|
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-23 14:27:32 UTC |
| **Deleted** | false |
| **Body** | Brother, send regards to ▮▮▮ I miss you guys. |

| **Recipients** | Armin Harcevic (517893580) |
|---|---|
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-23 14:27:45 UTC |
| **Deleted** | false |
| **Body** | They took it. They are still in Turkey. |

| **Recipients** | Armin Harcevic (517893580) |
|---|---|
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-23 14:28:11 UTC |
| **Deleted** | false |
| **Body** | I also sent them money, so they will go back tomorrow. I talk to them on the phone. |

| **Recipients** | Siki Ramiz Hodzic (1304677927) |
|---|---|
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-23 14:28:47 UTC |
| **Deleted** | false |
| **Body** | So, you sent it. |

UNCLASSIFIED
30

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-23 14:29:16 UTC |
| **Deleted** | false |
| **Body** | I did, but they needed more for something else and I will send it to them now when I go to the company. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-23 14:30:28 UTC |
| **Deleted** | false |
| **Body** | Send 1,500 from me, if you have it. I will give it to you when I come down there, God willing. |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-23 14:31:13 UTC |
| **Deleted** | false |
| **Body** | There, message on the phone. |

UNCLASSIFIED
31

Trans 00771

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | Facebook Business Record | Page 8389 |
|---|---|---|

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-23 14:33:03 UTC |
| **Deleted** | false |
| **Body** | They need another 300 and I will send it now, God willing. And that, I'll send after speaking with the brother. He needs to send me a new address now. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-23 14:35:01 UTC |
| **Deleted** | false |
| **Body** | Send 1,500 from me, if you have it. I will give it to you when I come down there, God willing. |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-23 14:35:27 UTC |
| **Deleted** | false |
| **Body** | Ok, no problem, brother. |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-23 14:35:58 UTC |
| **Deleted** | false |
| **Body** | May Allah reward you in this passing world and with Paradise in the hereafter! |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-23 14:36:43 UTC |
| **Deleted** | false |
| **Body** | Amen, all of us! |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |

UNCLASSIFIED

Trans 00772

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Sent** | 2013-09-23 14:36:49 UTC |
| **Deleted** | false |
| **Body** | Amen! |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-23 14:38:29 UTC |
| **Deleted** | false |
| **Body** | I can transfer it to the bank account, if you send it to me. |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-23 14:38:52 UTC |
| **Deleted** | false |
| **Body** | Do you have PayPal? |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Armin Harcevic (517893580) |
| **Author** | Armin Harcevic (517893580) |
| **Sent** | 2013-09-23 14:39:43 UTC |
| **Deleted** | false |

UNCLASSIFIED
33

Trans 00773

U.S. Government propety.
May not be used without
U.S. Government permission

UNCLASSIFIED

| | Facebook Business Record | Page 8390 |
|---|---|---|

**Body**      My wife has it. I am not good with that.

**Recipients**   Armin Harcevic (517893580)
             Siki Ramiz Hodzic (1304677927)
**Author**      Siki Ramiz Hodzic (1304677927)
**Sent**        2013-09-23 14:40:14 UTC
**Deleted**     false
**Body**        I also have hard time with it. My wife deals with it, too.

**Recipients**   Siki Ramiz Hodzic (1304677927)
             Armin Harcevic (517893580)
**Author**       Armin Harcevic (517893580)
**Sent**        2013-09-23 14:40:16 UTC
**Deleted**      false
**Body**        What's your PayPal number?

**Recipients**    Armin Harcevic (517893580)
             Siki Ramiz Hodzic (1304677927)
**Author**       Siki Ramiz Hodzic (1304677927)
**Sent**         2013-09-23 14:43:32 UTC
**Deleted**     false
**Body**        You have to wait until my wife comes! Give me a minute.

**Recipients**   Siki Ramiz Hodzic (1304677927)
             Armin Harcevic (517893580)
**Author**      Armin Harcevic (517893580)
**Sent**        2013-09-23 14:44:22 UTC
**Deleted**     false
**Body**        Ok, God willing!

**Recipients**    Armin Harcevic (517893580)
             Siki Ramiz Hodzic (1304677927)
**Author**      Siki Ramiz Hodzic (1304677927)
**Sent**        2013-09-23 14:45:04 UTC
**Deleted**      false
**Body**         sedinaunkich@gmail.com

**Recipients**    Armin Harcevic (517893580)
             Siki Ramiz Hodzic (1304677927)
**Author**      Siki Ramiz Hodzic (1304677927)
**Sent**        2013-09-23 14:45:18 UTC
**Deleted**     false
**Body**        There's the PayPal address.

UNCLASSIFIED
34

Trans 00774

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-24 12:40:41 UTC |
| **Deleted** | false |
| **Body** | Peace be upon you, brother! I just want to let you know that the money is not in the account yet. I will go to the bank at 8:00 to see what the issue is, God willing. I just spoke with the brothers and told them to wait. |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-24 19:02:29 UTC |
| **Deleted** | false |
| **Body** | That 1,500 will be from Armin. I pray to Allah to bless him with Paradise and to clothe him with martyr's clothes on the Day of Judgment. |
| | 7:52am |
| | BROTHER, ALLAH TO REWARD YOU! DON'T SPEND MUCH, YOU HAVE A FAMILY, ALLAH IS SUPREME! |

Trans 00775

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| Facebook Business Record | Page 8391 |
|---|---|

I PRAY TO ALLAH TO REWARD ALL OF YOU.

Amen, I posted a status that whoever wants to send it directly, they only have two days. Only Armin and Bosna Mexico answered. Brother, don't cry, but rather pray!
Your prayer is not rejected. Brother, pray especially for Armin. That man is fighting with full forces financially for you guys. I pray to Allah to record that for him.

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-24 19:06:34 UTC |
| **Deleted** | false |
| **Body** | I PRAY TO ALLAH TO BLESS YOU WITH THE HIGHEST GARDENS OF PARADISE, MY BROTHER.  I FEEL ALLAH'S GRACE. ALLAH IS SUPREME! I PRAY CONSTANTLY FOR YOU. AMEN, AMEN. |
| | |
| | 7:57am |
| | Basically, if the binoculars come, we will send the optics, as well. |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-26 21:17:23 UTC |
| **Deleted** | false |
| **Body** | Peace be upon you, brother! |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-11 05:58:19 UTC |
| **Deleted** | false |
| **Body** | PEACE BE UPON YOU, BROTHER! WHAT'S UP? HOW ARE YOU? |

| | |
|---|---|
| **Recipients** | Armin Harcevic (517893580) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-12 15:29:14 UTC |
| **Deleted** | false |

UNCLASSIFIED
36

Trans 00776