U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| Facebook Business Record | Page 5478 |
|---|---|

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-24 12:39:24 UTC |
| **Deleted** | false |
| **Body** | Nothing new, brother. I just spoke to the brothers over there. |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-09-24 12:41:21 UTC |
| **Deleted** | false |
| **Body** | IS EVERYTHING ALL RIGHT? |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-24 12:41:46 UTC |
| **Deleted** | false |
| **Body** | Everything is OK, thank God! |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-24 12:41:59 UTC |
| **Deleted** | false |
| **Body** | You can call on the Skype. |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-09-24 12:42:35 UTC |
| **Deleted** | false |
| **Body** | THANK GOD! |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-24 12:48:14 UTC |
| **Deleted** | false |
| **Body** | Brother, your internet is weak. This is the situation, brother. I went yesterday to the post office and they said he did not pick up the package. So they called him to come to pick it up. Thank God. |

UNCLASSIFIED
106

GOVERNMENT
EXHIBIT
8

Trans 00484

UNCLASSIFIED

[REDACTED] called and I gave her the brother's number and she called him. I don't know how much she sent.

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-24 12:48:49 UTC |
| **Deleted** | false |
| **Body** | The sister Bosna Mexico gave $100.00 and Sedina $50.00. I sent that yesterday. |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-24 12:49:27 UTC |
| **Deleted** | false |
| **Body** | I am waiting for the money to be deposited on the account to transfer the additional 1,000.00 to 1,500.00. I am not sure. |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-24 12:49:54 UTC |

Trans 00485

U.S. Government property.
May not be used without
U.S. Government permission

UNCLASSIFIED

| Facebook Business Record | | Page 5479 |
|---|---|---|

| | |
|---|---|
| **Deleted** | false |
| **Body** | Basically, God willing, it will happen. I told them now to wait. |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-24 12:50:55 UTC |
| **Deleted** | false |
| **Body** | That 1,500.00 is going to be from Armin. I pray to Allah to honor him with paradise and to dress him up in the clothing of a martyr on Judgment day! |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-09-24 12:52:50 UTC |
| **Deleted** | false |
| **Body** | BROTHER, MAY ALLAH REWARD YOU! DON'T SPEND, YOU HAVE A FAMILY TO THINK OF! ALLAH IS SUPREME! I PRAY TO ALLAH TO REWARD ALL OF YOU! |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-24 12:53:44 UTC |
| **Deleted** | false |
| **Body** | Amen! I posted a status that they only have two days for those who wants to send it directly and only Armin and Bosna Mexico replied. |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-24 12:54:34 UTC |
| **Deleted** | false |
| **Body** | Brother, don't cry, pray. |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-24 12:55:34 UTC |
| **Deleted** | false |

UNCLASSIFIED

Trans 00486

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Body**      Your prayers are not refused. Pray, brother, especially for Armin! That man is fighting financially with all of his might for you! I pray to Allah to record that for him!

**Recipients**   Siki Ramiz Hodzic (1304677927)
              Abdullah Ramo Mudzahid (100002647935197)
**Author**      Abdullah Ramo Mudzahid (100002647935197)
**Sent**        2013-09-24 12:56:56 UTC
**Deleted**     false
**Body**        I PRAY TO ALLAH TO REWARD YOU WITH HIGHEST
              LEVEL OF PARADISE, MY BROTHER! I FEEL ALLAH'S
              MERCY! ALLAH IS SUPREME! I AM CONSTANTLY
              PRAYING FOR YOU! AMEN! AMEN!

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
              Siki Ramiz Hodzic (1304677927)
**Author**      Siki Ramiz Hodzic (1304677927)
**Sent**        2013-09-24 12:57:01 UTC
**Deleted**     false
**Body**        Mainly, if the telescope arrives we'll send the optics too.

**Recipients**   Siki Ramiz Hodzic (1304677927)
              Abdullah Ramo Mudzahid (100002647935197)
**Author**      Abdullah Ramo Mudzahid (100002647935197)
**Sent**        2013-09-24 12:57:45 UTC
**Deleted**     false

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | Facebook Business Record | Page 5480 |
|---|---|---|

| | |
|---|---|
| **Body** | BROTHER, I HAVE TO GO. GREET EVERYONE OVER THERE. WE'LL TALK LATER ON, MY BROTHER! |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-24 12:58:04 UTC |
| **Deleted** | false |
| **Body** | God willing, you too give greet everyone over there. |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-24 12:58:09 UTC |
| **Deleted** | false |
| **Body** | Peace be upon you! |
| **Recipients** | Siki Ramiz Hodzic (1304677927)<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-09-24 12:58:44 UTC |
| **Deleted** | false |
| **Body** | PEACE BE UPON YOU, MY BROTHER! |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-25 15:08:32 UTC |
| **Deleted** | false |
| **Body** | Peace be upon you, brother! |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-27 13:08:25 UTC |
| **Deleted** | false |
| **Body** | Peace be upon you, brother! |
| **Recipients** | Siki Ramiz Hodzic (1304677927)<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-09-27 13:28:38 UTC |
| **Deleted** | false |

UNCLASSIFIED

Trans 00488

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Body** | Peace be upon you, my brother! How are you? What's new? |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-27 13:30:39 UTC |
| **Deleted** | false |
| **Body** | Thank God, it is fine. Are you all right? Have the brothers arrived? Did they bring it and does it fit? |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-09-27 13:33:26 UTC |
| **Deleted** | false |
| **Body** | They haven't arrived yet. They should arrive tomorrow, God willing! They've sent a message. They said they picked up everything, thanks to Allah! I am fine, thanks to Allah! You heard that two of our brothers became martyrs, may Allah award them the highest level of paradise! Amen. |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |

UNCLASSIFIED
111

Trans 00489

U.S. Government property.
May not be used without
U.S. Government permission

UNCLASSIFIED

| | Facebook Business Record | Page 5481 |
|---|---|---|

| | |
|---|---|
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-27 13:38:45 UTC |
| **Deleted** | false |
| **Body** | Amen. Amen. The second one of ours that was wounded - how is he? |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-09-27 13:41:16 UTC |
| **Deleted** | false |
| **Body** | He had one surgery. He is fine now, thank God! |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-09-27 13:41:27 UTC |
| **Deleted** | false |
| **Body** | What's new over there? |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-27 13:45:04 UTC |
| **Deleted** | false |
| **Body** | Nothing. Actually, I don't know. I rarely visit the brothers and I am preparing new packages as well, so that I could send them when I get the new address. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-09-27 13:47:24 UTC |
| **Deleted** | false |
| **Body** | My brother, may Allah reward you with that which is best for you and your family! |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-27 13:50:45 UTC |
| **Deleted** | false |
| **Body** | Amen. Amen. Ask those in the heaven about us if we cease to exist, my brother. The brothers told me you want to get some |

UNCLASSIFIED
112

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

pickup, that it cost $5,000.00. I'll see about it. You know how it is working with people over here.

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-27 13:54:48 UTC |
| **Deleted** | false |
| **Body** | They said they are going to call me to let me know the new address, but they have not. |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-09-29 16:38:21 UTC |
| **Deleted** | false |
| **Body** | Peace be upon you, brother! Call when you can, God willing! |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-02 09:52:04 UTC |
| **Deleted** | false |

UNCLASSIFIED
113

U.S. Government property.
May not be used without
U.S. Government permission

UNCLASSIFIED

| | Facebook Business Record | Page 5482 |
|---|---|---|

| | |
|---|---|
| **Body** | PEACE, ALLAH'S MERCY AND HIS BLESSING BE UPON YOU MY BROTHER! WE CAME BACK FROM THE FIELD LAST NIGHT. THE BROTHERS ARRIVED, EVERYTHING ARRIVED. WE DIVIDED IT THIS MORNING. THE BROTHERS SEND GREETINGS TO YOU AND EVERYTHING FITS, THANKS TO ALLAH! MAY ALLAH REWARD YOU WITH THE HIGHEST LEVEL OF PARADISE, MY BROTHER! YOUR BROTHER LOVES YOU IN THE NAME OF ALLAH! LAST NIGHT TWO MORE OF OUR BROTHERS BECAME MARTYRS, CHECHENS. ALLAH IS SUPREME! |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-02 11:54:32 UTC |
| **Deleted** | false |
| **Body** | Brother, it's good that you contacted me. I've gone crazy while waiting, not knowing what's going on with you. |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-02 11:54:48 UTC |
| **Deleted** | false |
| **Body** | So, everything fits? |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-02 11:57:36 UTC |
| **Deleted** | false |
| **Body** | Everything fits, thanks to the merciful Allah, my brother! I have the new address. I'll give it to you in the upcoming days. Where are you now? |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-02 11:59:37 UTC |
| **Deleted** | false |
| **Body** | I am waiting here to do the offload, brother. So, that means I can get the same thing now? I am glad it fits, my brother, so that the brothers can put on some clothes. Is the telescope working for you? |

UNCLASSIFIED
114

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-02 12:03:07 UTC |
| **Deleted** | false |
| **Body** | It works, brother. It's very good, may Allah reward you! Just see to get those gray boots. The black ones are also good but the gray-brown color is better due to the terrain. Get the used uniforms as well, it's not a problem. You know it is of good quality. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-02 12:04:24 UTC |
| **Deleted** | false |
| **Body** | I am going. I have to do something. I am going to be on line in about an hour, brother. Ok? |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-02 12:06:20 UTC |
| **Deleted** | false |
| **Body** | Ok, peace be upon you! |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |

UNCLASSIFIED

Trans 00493

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| Facebook Business Record | Page 5483 |
|---|---|

**Sent** 2013-10-03 09:26:44 UTC
**Deleted** false
**Body** Peace be upon you!

**Recipients** Siki Ramiz Hodzic (1304677927)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-10-03 09:35:00 UTC
**Deleted** false
**Body** PEACE BE UPON YOU, MY BROTHER! HOW ARE YOU?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-10-03 09:38:38 UTC
**Deleted** false
**Body** Here, thank God! What's new? Did you guys have enough rest?
▇▇▇▇▇ asked me if she could send the money to ▇▇ I told her to
wait, and she informed me six days ago that ▇▇▇▇▇ had
sent you $500.00 through ▇▇, so check it out.

**Recipients** Siki Ramiz Hodzic (1304677927)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-10-03 09:41:57 UTC
**Deleted** false
**Body** HE DID SEND IT, MAY ALLAH GUIDE HIM AND REWARD
HIM! AMEN. WE'LL GET THAT MONEY. THE BROTHER
WILL SEND IT TO US THROUGH SOME BROTHERS, AND I
HAVE THE NEW ADDRESS. I'LL GIVE IT TO YOU TODAY
AND A NEW NAME OF THE BROTHER FOR THE MONEY.
TELL THE SISTER TO WAIT AND THEN YOU GIVE HER
THAT. HOW ARE YOU, MY BROTHER? YOUR BROTHER
ABDULLAH LOVES YOU.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Siki Ramiz Hodzic (1304677927)
**Author** Siki Ramiz Hodzic (1304677927)
**Sent** 2013-10-03 09:43:49 UTC
**Deleted** false
**Body** I am fine but I can't sleep. How many more boots and clothes do
you need?

UNCLASSIFIED
116

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 09:44:39 UTC |
| **Deleted** | false |
| **Body** | Could the packages be sent to that one or just the money? |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 09:53:24 UTC |
| **Deleted** | false |
| **Body** | BROTHER, ANYTHING [CAN BE SENT]. THE BROTHER LIVES IN TURKEY BUT IS FIGHTING WITH BROTHERS. HE LIVES NEAR THE BORDER. WE KNOW HIM WELL. THEREFORE, HE CAN BRING TO US EVERYTHING THAT ARRIVES, THANKS TO ALLAH. YOU KNOW, DON'T SEND ANYTHING THROUGH NAIL ANYMORE. |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | 2013-10-03 09:55:03 UTC |
| **Deleted** | false |
| **Body** | OK. How many boots and uniforms you are short of so that everyone in your group is suited up? |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |

Trans 00495

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| Facebook Business Record | Page 5484 |
|---|---|

| | |
|---|---|
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 10:18:20 UTC |
| **Deleted** | false |
| **Body** | There are 15 in my group. Therefore, nine of us have it and there are six people still left. But brother, as much as you are able to, may Allah reward you with everything good! You have done a lot already. The brothers send greetings. I told everyone about you and other brothers. Why can't you sleep? |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 10:20:49 UTC |
| **Deleted** | false |
| **Body** | I can't, brother. You know how it is when the heart is not at peace. I will send 10 more pairs, God willing, next Friday or Saturday, if I receive the address. What else do you need as far as the gear is concerned? |
| **Recipients** | Siki Ramiz Hodzic (1304677927)<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 10:26:15 UTC |
| **Deleted** | false |
| **Body** | Brother, when it comes to me I have everything now, thanks to Allah! Send it to the brothers and, if there is a room, get the uniform you were talking about, for when I go to town, pants and a shirt, nothing else. Brother, I am praying for you all the time. I pray to Allah to make things easier for you. My brother, you would leave now if I could only give you a second of how I feel! Take it easy, be patient, it will happen, God willing! My brother, it will be the way Allah allows it. REMEMBER MY DREAM, WHEN I DREAMED ABOUT ME AND YOU! |
| **Recipients** | Siki Ramiz Hodzic (1304677927)<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 10:27:54 UTC |
| **Deleted** | false |
| **Body** | CAN YOU GO ON THE SKYPE? |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |

UNCLASSIFIED

118

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Sent** | 2013-10-03 10:29:08 UTC |
| **Deleted** | false |
| **Body** | Brother, what else do you need?     asked about the optics...Post some pictures in those uniforms when you can...I can't brother, I am not at home and I don't have it installed on this phone. |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 10:31:59 UTC |
| **Deleted** | false |
| **Body** | It's good whatever you buy, my brother! I will, we'll take our picture, God willing! |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 10:32:30 UTC |
| **Deleted** | false |
| **Body** | Is     around? What's with him? Tell him to contact me. |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 10:35:27 UTC |
| **Deleted** | false |
| **Body** | Yes, he is here. He still did not recover from the wounding in the leg, may Allah make things easier for him. |

UNCLASSIFIED
119

Trans 00497

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | Facebook Business Record | Page 5485 |
|---|---|---|

We see each other often. I will tell him. What's new over there? Greet Armin and ▮▮▮▮ for me.

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 10:39:35 UTC |
| **Deleted** | false |
| **Body** | I found a girlfriend for ▮▮ and he may get married soon. I will forward the greetings to those two, brother. ▮▮▮▮▮ are the one who openly show support…Others, nothing. Brother ▮▮▮▮▮ has not called me in 15 days. Brother, you have no idea how it is over here. |

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 10:44:24 UTC |
| **Deleted** | false |
| **Body** | What can you do, brother? Everyone is hitting themselves on the chest about how they follow the sunnah! Allah will test it! The whole world has united against Islam and Muslims in Syria and they keep quiet, they don't dare to even say it. Everyone came here to fight against Muslims and Islam but brother, just so that you know, Allah is bringing brothers from all sides. Everything here is swarming with mujahedeen. There are going to be big battles, God willing! My gratitude is to Allah for honoring me to be his soldier! ALLAH IS SUPREME! |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 10:44:56 UTC |
| **Deleted** | false |
| **Body** | S |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 10:46:28 UTC |
| **Deleted** | false |
| **Body** | Brother, the situation here, to me, became similar to what it was like for you in Teslic during the war. I am really disappointed when it comes to the brothers. |

UNCLASSIFIED

120

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 10:50:30 UTC |
| **Deleted** | false |
| **Body** | I know brother, may Allah make things easier with everything that is best for you and your family. The temporal world is short, you have to choose the best spot! |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 10:51:50 UTC |
| **Deleted** | false |
| **Body** | Here, take a look. I posted two pictures, and I will send some more as soon as take a picture of all of us. |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 10:52:46 UTC |
| **Deleted** | false |
| **Body** | Ok, brother. Amen for the prayer. I just saw one. |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |

Trans 00499

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| Facebook Business Record | Page 5486 |
|---|---|

| | |
|---|---|
| Sent | 2013-10-03 10:58:11 UTC |
| Deleted | false |
| Body | BROTHER, THE TELESCOPE IS SOMETHING INCREDIBLE. IT IS GOING TO BE OF A GREAT BENEFIT TO US. I PRAY TO ALLAH TO REWARD YOU WITH EVERYTHING THAT IS GOOD! |
| | |
| Recipients | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-10-03 11:00:27 UTC |
| Deleted | false |
| Body | Amen. Amen. God willing, I will send one more, as well as binoculars…Brother, it is really strong. It's 20x60x60 and the binoculars are 10x42. |
| | |
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| Author | Abdullah Ramo Mudzahid (100002647935197) |
| Sent | 2013-10-03 11:01:15 UTC |
| Deleted | false |
| Body | This is incredibly good. It really brings things closer… |
| | |
| Recipients | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-10-03 11:01:33 UTC |
| Deleted | false |
| Body | Brother, they cost over 1,000.00, up to 2,000.00. I found it and bought it for 190.00. |
| | |
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| Author | Abdullah Ramo Mudzahid (100002647935197) |
| Sent | 2013-10-03 11:04:38 UTC |
| Deleted | false |
| Body | THANK GOD! |
| | |
| Recipients | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-10-03 11:06:31 UTC |
| Deleted | false |

UNCLASSIFIED
122

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Body** | Brother, expect that I am going to once again send the rest of it in 10-12 days, God willing! |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 11:09:41 UTC |
| **Deleted** | false |
| **Body** | Brother, is this brother with you too? |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 11:10:09 UTC |
| **Deleted** | false |
| **Body** | |

**Attachments** 1380457_10200689114652651_380869273_n.jpg
(10200689115212665)

> **Type** image/jpeg
> **URL**
> https://attachment.fbsbx.com/messaging_attachment
> .php?aid=0887d2536022987c77fae95fc3e0a8c&mi
> d=mid.1380798609732%3Ac067a6f9b8b46d2f19&
> uid=1304677927&accid=1304677927&preview=0
> &hash=AQC1mGXasqqFkPpFStI785z5awBuU-
> xc49Jj5vLemWag4Rr3

Trans 00501

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED



| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 11:10:56 UTC |
| **Deleted** | false |
| **Body** | YES, THAT'S ⬛⬛⬛. HE IS GOOD WITH ME. THE BROTHER IS A LION. |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 11:11:13 UTC |
| **Deleted** | false |
| **Body** | From Montenegro. |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 11:12:06 UTC |

UNCLASSIFIED

Trans 00502

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

**Deleted**     false
**Body**        I have him as a friend. I saw that he has children. You are welcome
                to tell him to let me know if they need something.

Trans 00503

UNCLASSIFIED

| | Facebook Business Record | Page 5488 |
|---|---|---|

Are those pants on him from us?

**Recipients**  Siki Ramiz Hodzic (1304677927)
Abdullah Ramo Mudzahid (100002647935197)
**Author**  Abdullah Ramo Mudzahid (100002647935197)
**Sent**  2013-10-03 11:14:08 UTC
**Deleted**  false
**Body**  They are. I gave him one uniform as well. Brother, he has a wife
and four sons, all small children, 10 years of age and younger, and
he came here. ALLAH IS SUPREME!

**Recipients**  Abdullah Ramo Mudzahid (100002647935197)
Siki Ramiz Hodzic (1304677927)
**Author**  Siki Ramiz Hodzic (1304677927)
**Sent**  2013-10-03 11:15:46 UTC
**Deleted**  false
**Body**  I know. I saw it. That's why, if something is needed, let him give
you the address. We can send clothing and footwear for them for
the winter.

**Recipients**  Siki Ramiz Hodzic (1304677927)
Abdullah Ramo Mudzahid (100002647935197)
**Author**  Abdullah Ramo Mudzahid (100002647935197)
**Sent**  2013-10-03 11:16:40 UTC
**Deleted**  false
**Body**  I will, I'll tell him.

**Recipients**  Abdullah Ramo Mudzahid (100002647935197)
Siki Ramiz Hodzic (1304677927)
**Author**  Siki Ramiz Hodzic (1304677927)
**Sent**  2013-10-03 11:18:50 UTC
**Deleted**  false
**Body**  Brother, were brothers able to pick up all the money with ▇ that
day, since they have not called me again? And have they paid off
▇ for his money, because he was paying for the packages? Is it
all evened out with him?

**Recipients**  Siki Ramiz Hodzic (1304677927)
Abdullah Ramo Mudzahid (100002647935197)
**Author**  Abdullah Ramo Mudzahid (100002647935197)
**Sent**  2013-10-03 11:20:26 UTC
**Deleted**  false
**Body**  They picked up everything, brother. And everything is evened out
with him, may Allah rewards him and you, for your efforts!

UNCLASSIFIED
126

**U.S. Government property**
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 11:20:45 UTC |
| **Deleted** | false |
| **Body** | Did you recognize ▬ on the picture with me? |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 11:21:12 UTC |
| **Deleted** | false |
| **Body** | I did. Did he get anything? |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 11:23:01 UTC |
| **Deleted** | false |
| **Body** | Brother, I forgot to ask you, that uniform for the sniper shooter, could it be used for your terrain? |

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| Facebook Business Record | Page 5489 |
|---|---|

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 11:25:13 UTC |
| **Deleted** | false |
| **Body** | It could, it could, brother, we will be able to use it. I gave him the holster for the handgun. He was not there with us at the time we were planning everything, but the next one, when it arrives, everyone will have it, thanks to the Sublimed Allah! |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 11:26:34 UTC |
| **Deleted** | false |
| **Body** | So even the holsters fit you, praise be to Allah! So, I have not sent anything that will not be of use to you! |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 11:28:10 UTC |
| **Deleted** | false |
| **Body** | One more thing, how far away from you is this connection now, so that I could send, as a trial, one package on Monday? |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 11:37:08 UTC |
| **Deleted** | false |
| **Body** | Brother, very close. So, don't hurry so much. Whenever you can, God willing! Brother, I miss you so much, good God! |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 11:39:41 UTC |
| **Deleted** | false |
| **Body** | And I miss you too. I've already started losing nerves because I have not heard from you in those five-six days. |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |

UNCLASSIFIED

128

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 11:46:51 UTC |
| **Deleted** | false |
| **Body** | Brother, we were on the [front] line. Actions are being prepared. Pray to Allah for us. If I become a martyr, God willing, my brother, I pray to Allah to bring us together in paradise, God willing! |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 11:47:06 UTC |
| **Deleted** | false |
| **Body** | "" |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 11:48:49 UTC |
| **Deleted** | false |
| **Body** | Amen. Amen. But watch after yourself. See to hit as many of them as possible but only with an intention, in the name of Allah. You brother will send you the optics, God willing, so that you can hit them from 800 meters away. |

Trans 00507

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| Facebook Business Record | Page 5490 |
|---|---|

| | |
|---|---|
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| Author | Abdullah Ramo Mudzahid (100002647935197) |
| Sent | 2013-10-03 11:49:40 UTC |
| Deleted | false |
| Body | Amen, God willing, my brother! |

| | |
|---|---|
| Recipients | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-10-03 13:57:56 UTC |
| Deleted | false |
| Body | You are still there, huh? |

| | |
|---|---|
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| Author | Abdullah Ramo Mudzahid (100002647935197) |
| Sent | 2013-10-03 13:59:50 UTC |
| Deleted | false |
| Body | Just came back again. I was not here, brother. We have two motorcycles and we use it for getting from place to place. I came to pick up brothers, you know! Hehe. What are you doing, brother? |

| | |
|---|---|
| Recipients | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-10-03 14:00:13 UTC |
| Deleted | false |
| Body | Offloading. |

| | |
|---|---|
| Recipients | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| Author | Siki Ramiz Hodzic (1304677927) |
| Sent | 2013-10-03 14:01:45 UTC |
| Deleted | false |
| Body | That brother was telling me about the pickup, but it is hard. I can only count on Armin, and I have these 8 new tires. If I sell them I will send that to you also, around 2,500.00. |

| | |
|---|---|
| Recipients | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| Author | Abdullah Ramo Mudzahid (100002647935197) |
| Sent | 2013-10-03 14:04:59 UTC |

UNCLASSIFIED
130

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Deleted** | false |
| **Body** | My brother, may Allah reward you, don't worry, it will happen, God willing! I came here in slippers, I swear by the SUBLIMED ALLAH, and here, Allah supplied us through you! We have everything. We'll have the pickup too, but that is not so important now. We were thinking about it if we get some kind of donations, to have it for fast interventions, for 10 to 12 people to be able to sit on it and hit, you know. It will happen, God willing! Don't worry about that now. You all have sent plenty of money, ALLAH IS SUPREME! |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 14:05:09 UTC |
| **Deleted** | false |
| **Body** | And send me the size numbers from your uniform so that I could buy the other one. |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 14:06:37 UTC |
| **Deleted** | false |
| **Body** | May Allah accept it from us! I cannot even explain to you how much brother Armin is for you all! |

UNCLASSIFIED
131

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | Facebook Business Record | Page 5491 |
|---|---|---|

| | |
|---|---|
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 14:07:10 UTC |
| **Deleted** | false |
| **Body** | DO YOU WANT ME TO GIVE YOU THE ADDRESS AND PHONE NUMBER NOW OR WHEN YOU COME HOME WE CAN DO IT ON SKYPE? |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 14:08:46 UTC |
| **Deleted** | false |
| **Body** | However you want. Send it now and save it for when we are on the Skype. |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 14:08:54 UTC |
| **Deleted** | false |
| **Body** | Armin is a real brother. |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 14:09:09 UTC |
| **Deleted** | false |
| **Body** | God willing! |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 14:09:40 UTC |
| **Deleted** | false |
| **Body** | I swear to Allah, I have not seen someone fight with more financial might than him! |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 14:11:31 UTC |
| **Deleted** | false |

UNCLASSIFIED
132

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

| | |
|---|---|
| **Body** | On Skype. |
| | |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | Siki Ramiz Hodzic (1304677927) |
| **Author** | Siki Ramiz Hodzic (1304677927) |
| **Sent** | 2013-10-03 14:11:51 UTC |
| **Deleted** | false |
| **Body** | Brother, we'll talk tomorrow, God willing! |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 14:14:05 UTC |
| **Deleted** | false |
| **Body** | I PRAY TO ALLAH TO GIVE HIM MORE STRENGTH AND TO REWARD HIM, AMEN, AND ALL OF YOU! WE'LL TALK, BROTHER. GREET HIM. WE WILL, GOD WILLING! |
| | |
| **Recipients** | Siki Ramiz Hodzic (1304677927) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 14:14:22 UTC |

UNCLASSIFIED
133

Trans 00511