7935197&preview=0&hash=AQAg-x0HvYRi4kjtUFBw43jRMNHy9-8oYjAtufUrk5TK0g



**Recipients**   Alen Pepeljak (100003584971699)
              Abdullah Ramo Mudzahid (100002647935197)
**Author**      Abdullah Ramo Mudzahid (100002647935197)
**Sent**        2014-05-14 09:17:39 UTC
**Deleted**     false
**Body**        ellhamdu lillah


(id.1564052211948
**Recipients**   E███████ (38501439)
              Abdullah Ramo Mudzahid (100002647935197)
**Author**      Abdullah Ramo Mudzahid (100002647935197)
**Sent**        2013-04-19 20:40:30 UTC
**Deleted**     false
**Body**        " And remember when Isa (Jesus) the son of Maryam said: 'O children of Israel! I am
              the Rasool (Messenger) of Allah (GOD) towards you, confirming the Torah which came
              before me, and to give you good news of a Rasool that will come after me whose

GOVERNMENT
EXHIBIT
9

name shall be Ahmed (another name of Muhammad, meaning 'The praised one')' But
when he (Muhammad) came to them with clear signs, they said "This is plain magic."
QUR'AN, Surat As-Saff : Verse 6

**Recipients** ▮▮▮▮▮▮▮ (38501439)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-04-19 23:09:16 UTC
**Deleted** false
**Body** http://youtu.be/YXO1ktLpGT0

**Recipients** ▮▮▮▮▮s (38501439)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-04-19 23:10:13 UTC
**Deleted** false
**Body** http://youtu.be/X01QB5RxQiI

**Recipients** ▮▮▮▮▮ (38501439)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-04-20 13:54:16 UTC
**Deleted** false
**Body** http://youtu.be/0S_A9ERJWN0

**Recipients** ▮▮▮▮▮s (38501439)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-04-25 05:06:42 UTC
**Deleted** false
**Body** http://youtu.be/JUHOsTM6CzY

**Recipients** ▮▮▮▮▮ (38501439)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-05-06 23:19:29 UTC
**Deleted** false
**Body** http://youtu.be/gHHt3PjwGJc

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮▮▮▮▮s (38501439)
**Author** ▮▮▮▮▮s (38501439)
**Sent** 2013-05-17 23:01:23 UTC
**Deleted** false
**Body** Abdullah the Federal Goverment is watching, be careful my friend.

**Recipients** ▮▮▮▮▮ (38501439)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-05-17 23:04:47 UTC
**Deleted** false
**Body** be careful about what??? what i am doing wrong ?? i am posting how people
defending them self ,they are brave women, the siryan goverment is doing genecide
on his own people !!! they are raping muslim women they are kiling muslim civilians
!!!! they are doing the same thing what hapend with us muslims in bosnia my brother
!!!! so tell me what i am doing wrong????

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮▮▮▮▮s (38501439)
**Author** ▮▮▮▮▮s (38501439)
**Sent** 2013-05-17 23:08:03 UTC
**Deleted** false

**Body** i didnt say you were wrong.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
█████████s█████████)
**Author** █████████s█████████)
**Sent** 2013-05-17 23:08:18 UTC
**Deleted** false
**Body** i said be careful.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
█████████s█████████)
**Author** █████████s█████████)
**Sent** 2013-05-17 23:08:35 UTC
**Deleted** false
**Body** theFBI is hungry for muslims

**Recipients** █████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-05-17 23:08:35 UTC
**Deleted** false
**Body** i mean why would i be careful??? about what

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
█████████)
**Author** █████████)
**Sent** 2013-05-17 23:09:02 UTC
**Deleted** false
**Body** you are pro jihad

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
█████████s█████████)
**Author** █████████s█████████)
**Sent** 2013-05-17 23:09:08 UTC
**Deleted** false
**Body** they do not like that

**Recipients** █████████s█████████)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-05-17 23:09:19 UTC
**Deleted** false
**Body** i am not doing anything wrong my friend !!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
█████████s█████████)
**Author** █████████
**Sent** 2013-05-17 23:09:35 UTC
**Deleted** false
**Body** i didnt say you were

**Recipients** █████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-05-17 23:10:56 UTC
**Deleted** false
**Body** this is free country my friend , we can watch , say , look anything we want my brother from another mother !!1

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
█████████ (38501439)
**Author** █████████ (38501439)

**Sent** 2013-05-17 23:12:49 UTC
**Deleted** false
**Body** Asmahan Bint Mohamed Mohamed

**Recipients** ████ ████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-05-17 23:12:55 UTC
**Deleted** false
**Body** when i was in bosnia i was put in concentation camp to be kiled becouse i was a MUSLIM !!!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
████ █████ █████████)
**Author** ████ █████ ████9)
**Sent** 2013-05-17 23:12:57 UTC
**Deleted** false
**Body** she is so beautifu;

**Recipients** ████ █████ ████████)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-05-17 23:13:34 UTC
**Deleted** false
**Body** brother you should become a muslim !!!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
████ █████ █████████)
**Author** ████ █████ █████████)
**Sent** 2013-05-17 23:13:55 UTC
**Deleted** false
**Body** no my Brother i a a Jew

**Recipients** ████ █████ ████████)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-05-17 23:13:59 UTC
**Deleted** false
**Body** you alredy have a bear

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
████ █████ █████████)
**Author** ████ █████ ████████)
**Sent** 2013-05-17 23:14:02 UTC
**Deleted** false
**Body** i am a christian

**Recipients** ████ █████ ████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-05-17 23:14:16 UTC
**Deleted** false
**Body** hahaaa

**Recipients** ████ █████ ████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-05-17 23:15:21 UTC
**Deleted** false
**Body** back in my contry te bigest kriminals where the goverment and police you know

**Recipients** Abdullah Ramo Mudzahid (100002647935197)

**Author** ██████████████████)

**Sent** 2013-05-17 23:15:23 UTC

**Deleted** false

**Body** i just sent u a picture

**Recipients** Abdullah Ramo Mudzahid (100002647935197)

**Author** █████████████████)

**Sent** 2013-05-17 23:15:38 UTC

**Deleted** false

**Body** i have heard

**Recipients** █████████████████
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2013-05-17 23:15:58 UTC

**Deleted** false

**Body** where is it

**Recipients** █████████████████
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2013-05-17 23:16:08 UTC

**Deleted** false

**Body** i dont see that

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
████████████████)

**Author** Ed████s (38501439)

**Sent** 2013-05-17 23:17:07 UTC

**Deleted** false

**Body** i sent it to ur phone

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
████████████████9)

**Author** █████████████

**Sent** 2013-05-17 23:19:01 UTC

**Deleted** false

**Body** do u ever go to the movie theater?

**Recipients** ████████████████
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2013-05-17 23:19:25 UTC

**Deleted** false

**Body** no

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
████████████████)

**Author** █████████████

**Sent** 2013-05-17 23:19:47 UTC

**Deleted** false

**Body** ok

**Recipients** ████████████████
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2013-05-17 23:21:05 UTC

**Deleted** false

**Body** how come you love so much the people that killed your god????

**Facebook Business Record**                                              **Page 3798**

**Recipients** ██████████████████)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-05-17 23:27:40 UTC
**Deleted** false
**Body** if you become the Muslim you will be saved my brother !!!

**Recipients** ██████████████████)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-05-17 23:28:10 UTC
**Deleted** false
**Body** ISLAM IS THE ONLY RELIGION ACEPTED BY GOD ALLAH

**Recipients** ██████████████████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-05-17 23:41:29 UTC
**Deleted** false
**Body**

**Recipients** ██████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-05-17 23:42:57 UTC
**Deleted** false
**Body** LA ILLAHE ILLALAH MUMEDEN RESULLULAH

**Recipients** ██████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-05-17 23:43:31 UTC
**Deleted** false
**Body** have a good time brother i got to go to pray it is prayer time

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
██████████████████)
**Author** ██████████████████
**Sent** 2013-05-17 23:58:58 UTC
**Deleted** false
**Body** I love you my brother! the Jews did not kill jesus, the bible says jesus ended his own life.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
██████████████████)
**Author** ██████████████████
**Sent** 2013-05-17 23:59:22 UTC
**Deleted** false
**Body** the Son of man has the power to lay down his life and to take it back up.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
██████████████████
**Sent** 2013-05-18 00:21:09 UTC
**Deleted** false
**Body** and that is what jesus did!

**Recipients** ██████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-06-18 06:13:44 UTC
**Deleted** false

**Body** http://youtu.be/A7HRERMIPxM

**Recipients** ▇▇▇▇▇▇▇▇▇▇▇ )
         Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-06-18 06:14:02 UTC
**Deleted** false
**Body** whatc this video !!!!!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
         ▇▇▇▇▇▇▇▇▇▇ )
**Author** ▇▇▇▇▇▇▇▇▇▇
**Sent** 2013-06-18 10:12:32 UTC
**Deleted** false
**Body** got it. and I did.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
         ▇▇▇▇▇▇▇▇▇▇ 9)
**Author** ▇▇▇▇▇▇▇▇▇▇
**Sent** 2013-06-18 10:18:21 UTC
**Deleted** false
**Body** you have found an evil evil people.  everyday over 300, p year old girls are raped by muslim men following mohammeds example.  aysha was different from most if not all woman. she had special maturity and wisdom from God. 99 percent of 9 year old girls are not as holy as she was.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
         ▇▇▇▇▇▇▇▇▇▇
**Author** ▇▇▇▇▇▇▇▇▇▇
**Sent** 2013-06-18 10:18:51 UTC
**Deleted** false
**Body** and they are not ready for marriage or sex

**Recipients** ▇▇▇▇▇▇▇▇▇▇
         Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-06-18 16:36:18 UTC
**Deleted** false
**Body** you people dont even want to folow your bible how you are gonna respect KUR'AN, in your bible ALLAH says wommen is redy when she got first period !!!!!!!!!!!!!!! and you are sooo smart that you gonna say somting diferent!! and for you people gay marrriage is ok or lezbians!!! comon man please!!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
         ▇▇▇▇▇▇▇▇▇▇ )
**Author** ▇▇▇▇▇▇▇▇▇▇ )
**Sent** 2013-06-18 16:37:26 UTC
**Deleted** false
**Body** Fair point.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
         ▇▇▇▇▇▇▇▇▇▇
**Sent** 2013-06-18 16:39:19 UTC
**Deleted** false
**Body** I am very curious though,

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
         ▇▇▇▇▇▇▇▇▇▇ )
**Author** ▇▇▇▇▇▇▇▇▇▇ )
**Sent** 2013-06-18 16:45:10 UTC
**Deleted** false

**Body**   You believe Isa said, there is no greater love than for One to lay down his life for his friends.
It may be hard to believe Jesus is a God but it is harder to believed a man can out love Allah.

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
**Author**   ██████████████████
**Sent**   2013-06-18 16:47:04 UTC
**Deleted**   false
**Body**   Many men have laid down their lives for their friends, but Allah has never sacrificed his life.

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
**Author**   ██████████████████
**Sent**   2013-06-18 16:47:42 UTC
**Deleted**   false
**Body**   If you want to gain life u must loose your life, if you want death you must hold on to your life.

**Recipients**   ██████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author**   Abdullah Ramo Mudzahid (100002647935197)
**Sent**   2013-06-18 16:48:01 UTC
**Deleted**   false
**Body**

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
**Author**   ██████████████████
**Sent**   2013-06-18 16:48:20 UTC
**Deleted**   false
**Body**   Jesus of Nazareth gave up his life and he gained more life!

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
**Author**   ██████████████████
**Sent**   2013-06-18 16:49:16 UTC
**Deleted**   false
**Body**   Jesus can not be out done by Issac, yes he was a willing sacrifice.

**Recipients**   ██████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author**   Abdullah Ramo Mudzahid (100002647935197)
**Sent**   2013-06-18 16:53:11 UTC
**Deleted**   false
**Body**   brother Isa alehi selam ( jesus) he was a man ( massanger of ALLAH !!! ) TRUST IN ALLAH my brother and you will be saved!!

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
**Author**   ██████████████████
**Sent**   2013-06-18 20:26:14 UTC
**Deleted**   false
**Body**   I do trust in Allah. 2nd I'm not in fear for my salvation 3rd abdullah u must have a open heart to the christian gospel message.  Jesus like a lamb with no resistance gave up his life on a cross for his friends souls! This was the greatest act of love.

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
██████████████████

| | |
|---|---|
| **Sent** | 2013-06-18 20:27:59 UTC |
| **Deleted** | false |
| **Body** | How can Jesus say the greatest act of love and not do it? How can the prophet of God say the greatest act of Love and yet God can not and will not do the greatest act of love. Open or mind, or mind is closed, open it up the truth is in front of you. |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | ███████████ ) |
| **Sent** | 2013-06-18 20:29:46 UTC |
| **Deleted** | false |
| **Body** | Dr shabir Ali is smart but he is not smarter than Jesus.  Jesus said the greatest love is to lay down your life for your friends. Shabir says Allah can not lay down his life, who is Shabir to say what Allah can not do? |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | ███████████ ) |
| **Sent** | 2013-06-18 20:30:48 UTC |
| **Deleted** | false |
| **Body** | Gods prophet says die to love than die is what happened cause Jesus is the love of God he is the perfect sacrificial love of God. |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | ███████████ |
| **Sent** | 2013-06-18 20:32:05 UTC |
| **Deleted** | false |
| **Body** | Islam has a hole in it the size of a cross and Jesus is the only one who can fill that hole completely. |

| | |
|---|---|
| **Recipients** | ███████████<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-06-18 20:34:03 UTC |
| **Deleted** | false |
| **Body** | PROBLEM IS MY FRIEND!!ISA ALEJHI SELAM ( JESUS IS NOT A GOD HE IS ONLY MASSANGER !! WORSHIP ALLAH ALMIGHTY AND YOU WILL BE SAVED!! NUMBER ONE PROBLEM YOU CRISTIAN SAYING SOMTING THAT JESUS NEVER SAIED DO YOU UNDERSTED HALO!! |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | ███████████ |
| **Sent** | 2013-06-18 20:36:30 UTC |
| **Deleted** | false |
| **Body** | At the moment I am not arguing Jesus as a God. I am pointing out that Islam doesn't believe in the sacrificial love of Allah. But chrisitians believe in the sacrificial love of Allah.  Jesus said there is no greater love than to die for your friends. |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | ███████████ ) |
| **Sent** | 2013-06-18 20:36:56 UTC |
| **Deleted** | false |
| **Body** | How can Jesus say this?! |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | ███████████ |
| **Sent** | 2013-06-18 20:37:08 UTC |
| **Deleted** | false |

**Facebook Business Record**                                      **Page 3802**

**Body** It is either true or false.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓)
**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓)
**Sent** 2013-06-18 20:38:17 UTC
**Deleted** false
**Body** Drive safe my friend, we shall continue later :)

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓)
**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓)
**Sent** 2013-06-21 09:00:21 UTC
**Deleted** false
**Body** hey listen to the video about womans bathing suits on my timeline. there are many comments.

**Recipients** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-06-21 12:59:55 UTC
**Deleted** false
**Body** http://youtu.be/wIRK4yFWGx8

**Recipients** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-06-21 13:07:39 UTC
**Deleted** false
**Body** http://youtu.be/vTdbdmbkX9E

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 2013-06-21 13:33:36 UTC
**Deleted** false
**Body** did u listen?

**Recipients** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-06-21 13:45:58 UTC
**Deleted** false
**Body** YES I DID VERY GOOD , ALL WOMMEN SHOULD WEAR BURKA NIQAB !!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓)
**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓)
**Sent** 2013-06-25 20:14:48 UTC
**Deleted** false
**Body** HIJAB!

**Recipients** Ed▓▓▓▓▓▓▓▓▓▓▓▓
        Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-06-29 08:18:33 UTC
**Deleted** false
**Body** http://youtu.be/0IR-9FzHEMM

**Recipients** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)

| | |
|---|---|
| **Sent** | 2013-06-29 08:19:02 UTC |
| **Deleted** | false |
| **Body** | http://youtu.be/0IR-9FzHEMM |

| | |
|---|---|
| **Recipients** | ██████████████ Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-06-29 10:48:19 UTC |
| **Deleted** | false |
| **Body** | http://youtu.be/f5uXxpMQOFI |

| | |
|---|---|
| **Recipients** | ██████████████) Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-08-12 15:06:16 UTC |
| **Deleted** | false |
| **Body** | HOW ARE YOU??? |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) ██████████████) |
| **Author** | ██████████████) |
| **Sent** | 2013-08-12 17:37:34 UTC |
| **Deleted** | false |
| **Body** | good.  i am working hard and going back to school to study engineering |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) ██████████████) |
| **Author** | ██████████████ |
| **Sent** | 2013-08-12 17:37:47 UTC |
| **Deleted** | false |
| **Body** | how are you? |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) ██████████████) |
| **Author** | ██████████████9) |
| **Sent** | 2013-08-13 03:10:12 UTC |
| **Deleted** | false |
| **Body** | Your profile picture looks a though u are ready for a sand storm :D |

| | |
|---|---|
| **Recipients** | ██████████████ Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-08-14 10:46:59 UTC |
| **Deleted** | false |
| **Body** | Yes i am |

| | |
|---|---|
| **Recipients** | ██████████████ Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-08-22 12:37:04 UTC |
| **Deleted** | false |
| **Body** | |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) ██████████████) |
| **Author** | ██████████████) |
| **Sent** | 2013-08-22 12:48:26 UTC |
| **Deleted** | false |
| **Body** | is america right to violently force other people to obey us? |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |

Facebook Business Record
Page 3804

**Author** ▮▮▮▮▮▮▮▮▮▮)
▮▮▮▮▮▮▮▮▮ 9)
**Sent** 2013-08-22 12:50:34 UTC
**Deleted** false
**Body** it is not right when people oppress others, even if it is to obey God. people need to choose that for themselves.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
**Author** ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent** 2013-08-22 12:51:16 UTC
**Deleted** false
**Body** the video didnt work

**Recipients** ▮▮▮▮▮▮▮▮▮▮
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-08-22 12:58:43 UTC
**Deleted** false
**Body**
**Attachments** 1184820_457054067726187_583485430_n.jpg (457054127726181)
**Type** image/jpeg
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=cb3 84f7686e8c98783e368ea5cc8cd93&mid=mid.1377176323552%3A fe565b04fd57954384&uid=100002647935197&accid=100002647 935197&preview=0&hash=AQByolAdh97Md9SsLKnEDKtDvAUaf2J9 OPfQrtshRa_Zhg



**Recipients** Abdullah Ramo Mudzahid (100002647935197)
**Author** ▮▮▮▮▮▮▮▮▮▮▮)
**Sent** 2013-08-22 12:59:22 UTC
**Deleted** false
**Body** u think that it will be a success?

**Recipients** A▮▮▮▮▮▮▮▮hid (100002647935197)
▮▮▮▮▮▮▮▮▮▮)
**Author** ▮▮▮▮▮▮▮▮▮▮
**Sent** 2013-08-22 12:59:43 UTC
**Deleted** false
**Body** i think many people will die.

**Recipients** ▮▮▮▮▮▮▮▮
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-08-22 13:00:30 UTC
**Deleted** false
**Body** YES IN SHA ALLAH SUNNET OF PROPHET MUHAMED PEACE BE UP ON HIM IS COMING,

Facebook Business Record

Page 3805

AND SHARIA LAW WILL BE APLIED !!!!

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | ████████████████ |
| **Sent** | 2013-08-22 16:49:20 UTC |
| **Deleted** | false |
| **Body** | do u believe sharia law will be established when Muhamed (pbuh) returns? |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | ████████████████ |
| **Sent** | 2013-08-22 17:35:10 UTC |
| **Deleted** | false |
| **Body** | abdullah any muslim can write quotes from the quran in all caps. |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | ████████████████ |
| **Sent** | 2013-08-22 17:38:02 UTC |
| **Deleted** | false |
| **Body** | if sharia will be established and all people will worship allah when muhammed returns then stop killing people stop encouraging violence and let allah establish his own law peacefully. allah and muhammed dont need muslims to kill and attack people because they dont follow sharia law. jesus doesnt need me shooting people and rioting and attacking people for christianity. |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | ████████████████ |
| **Sent** | 2013-08-22 17:39:06 UTC |
| **Deleted** | false |
| **Body** | jesus and muhammed and allah and yahweh can handle the earth in their own time . |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | ████████████████ |
| **Sent** | 2013-08-22 17:45:53 UTC |
| **Deleted** | false |
| **Body** | if people will be violent let it be the non believers. let the believers keep their hands free from violence and blood. let the no believers murder and let us shallah |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | ████████████████ |
| **Sent** | 2013-08-23 03:40:25 UTC |
| **Deleted** | false |
| **Body** | Abdullah, does not Allah move in the prayers of devout muslims more than in their ak47's?  can not a devout muslim do more with a prayer than with a bomb?  truely a muslim who prays is heard louder than a muslim who kills. |

| | |
|---|---|
| **Recipients** | ████████████████ Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-08-24 11:48:06 UTC |
| **Deleted** | false |
| **Body** | Halo!!! Who is killing all those muslims ha ??? Cristians and jews(pigs and monkeys) they killing myslims evrywhere and they attacking muslim land !! Muslims want sharia law and Islam Ok !!! We dont want your democratik law , gay and lazbians and alcohol ok , ISLAM WILL RULE THE WARLD SOON!!! |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |

Facebook Business Record                                    Page 3806

**Author** E███████████████████)
**Sent** 2013-08-24 12:20:00 UTC
**Deleted** false
**Body** OK, I understand, it hurts very much to see your brothers and sisters be killed and to see Allah's laws ignored . Still , UNTIL ISLAM and SHARIA LAW rule the earth, Allah can preserve islam and its laws with out Muslims blowing people up. Example, Christians missionaries die everyday, EVERYDAY, nobody says a word, and Christians don't cry about it and don't blow each other up over it. Because if we die telling people about god we go to heaven. Peace is the way abdullah.

Now,Our governments which are NOT christian and they do attack people and lands that have natural gas and oil. U must understand that church and government are separate in america they are not the same as Islam where church and government are ONE. Abdullah, You must love your enemies, Mohammed did not teach u to hate Christians and Jews but to love them and help them see the truth . The bible says seek justice BUT love mercy.

If u are going to fight and die for Allah do it with prayer beads and a Quran in your hands not an ak47.

**Recipients** E███████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-08-24 12:24:44 UTC
**Deleted** false
**Body** Prophet Muhamed peace be up on him he fought cristians ,cruseders jews and evrybody else becose they dont want to acsept the Truth that he came with, ok so i folow Muhamed and all others muslim and my friend there must be fights bettween us !!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████████)
**Author** E███████████████)
**Sent** 2013-08-24 12:29:41 UTC
**Deleted** false
**Body** I will love you anyways my brother.

**Recipients** E███████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-08-24 12:37:18 UTC
**Deleted** false
**Body** accept ISlam you will be saved

**Recipients** E███████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-08-26 13:06:01 UTC
**Deleted** false
**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████████)
**Author** E███████████████)
**Sent** 2013-08-26 15:19:16 UTC
**Deleted** false
**Body** there are many areas of Islam a person may invest their heart. Jihad with the world is only one area.

**Recipients** E███████████████)
Abdullah Ramo Mudzahid (100002647935197)

**Author**   Abdullah Ramo Mudzahid (100002647935197)
**Sent**   2013-08-31 13:22:53 UTC
**Deleted**   false
**Body**

**Recipients**   █ ███████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author**   Abdullah Ramo Mudzahid (100002647935197)
**Sent**   2013-09-11 13:16:33 UTC
**Deleted**   false
**Body**   how are you my friend???

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
█ ███████████████
**Author**   █ ███████████████
**Sent**   2013-09-11 14:20:25 UTC
**Deleted**   false
**Body**   Good. Studying hard working hard and avoiding sin

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
█ ███████████████
**Author**   █ ███████████████
**Sent**   2013-09-13 14:50:35 UTC
**Deleted**   false
**Body**   How is my friend?

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
█ ███████████████
**Author**   █ ███████████████
**Sent**   2013-09-18 21:55:30 UTC
**Deleted**   false
**Body**   Hey did u watch the video of my friend and his wife? It is on my page under your post.

**Recipients**   █ ███████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author**   Abdullah Ramo Mudzahid (100002647935197)
**Sent**   2013-09-19 12:41:05 UTC
**Deleted**   false
**Body**   I DIS NOT

**Recipients**   █ ███████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author**   Abdullah Ramo Mudzahid (100002647935197)
**Sent**   2013-09-19 12:41:10 UTC
**Deleted**   false
**Body**   DID'

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
█ ██████████████9)
**Author**   █ ██████████████
**Sent**   2013-09-19 13:16:46 UTC
**Deleted**   false
**Body**   What did u think?

**Recipients**   █ ███████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author**   Abdullah Ramo Mudzahid (100002647935197)
**Sent**   2013-09-26 12:48:11 UTC
**Deleted**   false
**Body**   http://youtu.be/2dPWBLoiDT8

**Recipients**   █ ███████████████

| | |
|---|---|
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-10-03 11:48:54 UTC |
| **Deleted** | false |
| **Body** | http://youtu.be/e-jf462h_ls |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | ██████████████ ) |
| **Author** | ██████████████ ) |
| **Sent** | 2013-10-24 14:49:27 UTC |
| **Deleted** | false |
| **Body** | Hey is your cell phone working? |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | ██████████████ |
| **Author** | ██████████████ 9) |
| **Sent** | 2013-10-24 14:50:40 UTC |
| **Deleted** | false |
| **Body** | if ur in the detroit area,  i have a run for you to chicago, to pick up a trailer. |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | ██████████████ ) |
| **Author** | ██████████████ ) |
| **Sent** | 2013-11-20 20:45:57 UTC |
| **Deleted** | false |
| **Body** | http://www.youtube.com/watch?v=kR9m6SR6wy4 |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | ██████████████ ) |
| **Author** | ██████████████ |
| **Sent** | 2013-11-20 20:46:25 UTC |
| **Deleted** | false |
| **Body** | from jihad to jesus from violence to peace |

| | |
|---|---|
| **Recipients** | ██████████████ ) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-11-21 12:29:28 UTC |
| **Deleted** | false |
| **Body** | http://youtu.be/Sp-PkLlGoAE |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | ██████████████ 9) |
| **Author** | ██████████████ ) |
| **Sent** | 2013-11-21 14:55:11 UTC |
| **Deleted** | false |
| **Body** | if islam is a religion of peace and the greater jihad is the spiritual one in your heart, why do  you cloth yourself and your facebook in violent images? the war did not come to you, you moved to syria to be closer to the war. Abdullah ur heart was made for gentleness and love for your brothers and sister, please commit your hands to rebuilding lives in syria and do not commit your hands to violence that will destroy others lives. |

| | |
|---|---|
| **Recipients** | ██████████████ |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-11-28 11:42:31 UTC |
| **Deleted** | false |
| **Body** | LISTEN !!!!! I CAN NOT SIT HOME WHILE AMERICAN SOLDIERS (DOGS) AND ALL OTHER ENEMY OF ISLAM ARE KILLING MY BROTHER AND SISTERS MUSLIM'S, AMERICA AND ALL OTHER CRISTIAN'S COUNTRYS ARE IN THE WAR WITH ISLAM !!1 THEY ARE TRYING TO HIDE THAT !!! BUT THANKS TO ALLAH HE OPEN MY HEART SO I CAN SEE |

Facebook Business Record                                              Page 3809

WHAT KIND OF GAME ARE ENEMY OF ISLAM IS DOING!!! I AM SOLDIER OF ALLAH
NOW!! AND I WILL FIGHT FOR ISLAM TILL END !! GOVERMENT IN SIRYA IS KUFFAR ,
ENEMY OF ISLAM AND MUSLIM'S, AND THEY FILL GO DOWN IN SHA ALLAH !!! WHY
DON'T YOU TALK HOW THEY ARE KILLING MUSLIMS EVRYWHEWRE ?????? THIS IS
ONLY A BEGINING OF A GREAT JIHAD !!!! ALLAHU EKBER , ISLAM WILL RULE THE
WARLD IN SHA ALLAH

| | |
|---|---|
| **Recipients** | E███████████████ |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-11-28 12:30:13 UTC |
| **Deleted** | false |
| **Body** | SIRYAN GOVRMENT DOG'S ARE KILLING MUSLIM ON A SAME WAY THAT ORTODOX SERB'S DID TO BOSNIAN MUSLIMS !!!! THEY WILL GO DOWN AND THEY WILL BE PUNISHED!!!! |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | ████████████████ |
| | 2013-11-28 20:01:22 UTC |
| **Deleted** | false |
| **Body** | Hmmmm. I wish u peace in your heart today. It is Thanksgiving here. |

| | |
|---|---|
| **Recipients** | E██████████████) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-11-29 11:42:36 UTC |
| **Deleted** | false |
| **Body** | that is not my holiday!!   let me ask you a question !? would you sit home and relex if you see your cristian brothers are being sloghter and killed !!!???? |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | E██████████████) |
| **Author** | |
| **Sent** | 2013-11-29 12:14:53 UTC |
| **Deleted** | false |
| **Body** | 1st thanks giving is everyones holiday, we give thanks to God for His many blessings. 2nd i answered that question last spring. it is the glory of God when Christians are slaughtered for their faith...unfortunantly it is the glory of Allah that muslims slaughter others for the muslim faith. when christians slaughter others they are evil and when muslims and jews slaughter others they are also evil. PEACE en shallah

Abdullah i am aware of the evils that are happening all around the world to Everyone(including muslims) but i still follow ghandi and martin luther king and mother teresa and call for Peace. Jesus said take a sword (for self protection) but do not follow men to war!

God bless you my brother and may you find peace |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | E██████████████) |
| **Author** | E██████████████) |
| **Sent** | 2013-11-29 12:17:26 UTC |
| **Deleted** | false |
| **Body** | p.s. of course i would not relax, i would pray. egypt syria israel i pray for them. |

| | |
|---|---|
| **Recipients** | E███████████████ |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-12-02 11:38:08 UTC |
| **Deleted** | false |
| **Body** | |

**Facebook Business Record**                                   **Page 3810**

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | ██████████████ 9) |
| **Author** | ██████████████ ) |
| **Sent** | 2013-12-02 17:01:34 UTC |
| **Deleted** | false |
| **Body** | You have a warrior heart |

| | |
|---|---|
| **Recipients** | ██████████████ |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-12-03 11:29:39 UTC |
| **Deleted** | false |
| **Body** | THAT IS A BLESSING FROM ALLAH , THANK'S TO ALLAH SUBHANEHU WE TEALA , |

| | |
|---|---|
| **Recipients** | ██████████████ ) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-12-03 11:32:52 UTC |
| **Deleted** | false |
| **Body** | Indeed, Allah has purchased from the believers their lives and their properties [in exchange] for that they will have Paradise. They fight in the cause of Allah , so they kill and are killed. [It is] a true promise [binding] upon Him in the Torah and the Gospel and the Qur'an. And who is truer to his covenant than Allah ? So rejoice in your transaction which you have contracted. And it is that which is the great attainment. QUR'AN ( Surat At-Tawbah, verse#111) THINK ABOUT THIS VERSE WHAT ALLAH SAYS IN QUR'AN !!!!! |

| | |
|---|---|
| **Recipients** | ██████████████ |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-12-03 13:22:14 UTC |
| **Deleted** | false |
| **Body** | |

| | |
|---|---|
| **Recipients** | ██████████████ ) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-12-08 20:58:17 UTC |
| **Deleted** | false |
| **Body** | "Fight against those who believe not in Allah, nor In the Last day, nor forbid that which has been forbidden by Allah and his Messenger and those who acknowledge not the Religion of Truth among the people of the Scripture (Jews and Christians), until they pay the Jizyah with willing submission, and feel themselves subdued." QUR'AN |
| | (At-Taubah, 9:29) |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | ██████████████ ) |
| **Author** | ██████████████ |
| **Sent** | 2013-12-08 21:04:15 UTC |
| **Deleted** | false |
| **Body** | so when the muslims take over a group of christians, the conquered group must pay a tax to the muslims. |

| | |
|---|---|
| **Recipients** | ██████████████ |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-12-08 21:04:29 UTC |
| **Deleted** | false |
| **Body** | PART 1: What is Jizyah? |

**Facebook Business Record**      **Page 3811**

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | ██████████████████ ) |
| **Author** | ██████████████████ 9) |
| **Sent** | 2013-12-08 21:05:27 UTC |
| **Deleted** | false |
| **Body** | and if the ablebodied men dont pay then allah says it is okay to kill them. is that correct? |

| | |
|---|---|
| **Recipients** | ██████████████████ ) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-12-08 21:06:33 UTC |
| **Deleted** | false |
| **Body** | IF YOU DON'T PAY JIZYA THAN YOU BECOME A SLAVE |

| | |
|---|---|
| **Recipients** | ██████████████████ |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-12-08 21:06:46 UTC |
| **Deleted** | false |
| **Body** | WARK FOR FREE |

| | |
|---|---|
| **Recipients** | ██████████████████ |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-12-08 21:07:34 UTC |
| **Deleted** | false |
| **Body** | YOU UNDERSTED |

| | |
|---|---|
| **Recipients** | ██████████████████ ) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-12-08 21:13:26 UTC |
| **Deleted** | false |
| **Body** | ?"??? |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | ██████████████████ ) |
| **Author** | ██████████████████ |
| **Sent** | 2013-12-08 21:17:55 UTC |
| **Deleted** | false |
| **Body** | ok. i understand. so u thought it would be a good idea to put the president of the USA on my fb page inquiring on the Jizya? i didnt find it funny. i didnt find it respectful. it was offensive, please dont do that again. i have not posted any 'meme' pictures of muslim leaders on your fb page. thank you. |

| | |
|---|---|
| **Recipients** | ██████████████████ ) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-12-08 21:19:53 UTC |
| **Deleted** | false |
| **Body** | THAT PRESIDENT IS TERORIST HE IS KILLING MUSLIM'S EVRYWHERE !!! |

| | |
|---|---|
| **Recipients** | ██████████████████ ) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2013-12-08 21:22:12 UTC |
| **Deleted** | false |
| **Body** | http://youtu.be/JQOYNZ7o8PU |

| | |
|---|---|
| **Recipients** | ██████████████████ ) |

**Author** Abdullah Ramo Mudzahid (100002647935197)
Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-12-08 21:30:02 UTC
**Deleted** false
**Body** THAT PRESIDENT ( DOG) IS KILLING MUSLIM'S EVRYWHERE AND HE IS TELLING  LIKE
HE IS FIGHTING TERRORIST LIER!!!! HE IS DOING THE SAME THING THAT BUSH ( DOG
) DID, BUT THEY WILL BE JUDGE BY ALLAH AND I ASK ALLAH THAT HE TROW THEM IN
THE DEEP HELL !!!!!! THAT IS WHAT THEY DESERVE

**Recipients** ████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-12-08 21:32:22 UTC
**Deleted** false
**Body** Victory is from Allah (SWT)

**Recipients** ████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-12-08 21:32:37 UTC
**Deleted** false
**Body** http://youtu.be/n9GC72qR4ww

**Recipients** ████████████████)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-12-08 21:40:04 UTC
**Deleted** false
**Body** http://youtu.be/pA5CExFcTP4

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
████████████████)
**Author** ████████████████)
**Sent** 2013-12-09 00:25:08 UTC
**Deleted** false
**Body** Abdullah i am worried for you, i think you may be possessed by a demon (jinn).

**Recipients** ████████████████)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-12-15 18:42:58 UTC
**Deleted** false
**Body** why do you think so ????

**Recipients** ████████████████)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2013-12-29 10:37:13 UTC
**Deleted** false
**Body**

**Recipients** ████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-01-01 11:56:30 UTC
**Deleted** false
**Body** http://youtu.be/J9WzdmCzziU

**Recipients** ████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-01-24 19:35:48 UTC

**Deleted** false
**Body** http://youtu.be/GE6En9e7dew

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
████████████████████ )
**Author** ████████████████ )
**Sent** 2014-01-25 03:43:46 UTC
**Deleted** false
**Body** Jannah = heaven?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
████████████████ )
**Author** ████████████████ )
**Sent** 2014-01-25 03:46:10 UTC
**Deleted** false
**Body** So through jihad, Islam will get a free army for syria? Who is in control now and who wants to be in control? War war war since the passing of the Prophet pbuh there has been jihad. Always jihad... when will there be peace?!?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
████████████████ 9)
**Author** ████████████████ )
**Sent** 2014-01-25 03:46:56 UTC
**Deleted** false
**Body** How do u say pray in Arabic? BTW?

**Recipients** ██████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-01-25 10:34:38 UTC
**Deleted** false
**Body** salat=pray

**Recipients** ████████████████ )
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-01-25 10:35:33 UTC
**Deleted** false
**Body** JIHASD WILL BE TILL ISLAM RULE THE WARLD!!

**Recipients** ████████████████ )
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-01-25 10:36:25 UTC
**Deleted** false
**Body** JIHAD''

**Recipients** ████████████████ )
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-01-25 11:31:09 UTC
**Deleted** false
**Body** http://youtu.be/FIjsbPXVCfk

**Recipients** ████████████████ )
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-01-25 12:10:32 UTC
**Deleted** false
**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)

**Author** ███████████████)

**Sent** 2014-01-25 14:09:19 UTC

**Deleted** false

**Body** Jesus said , they will know you follow me by your love for one another.

**Recipients** ███████████)
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-01-26 10:49:23 UTC

**Deleted** false

**Body** IF YOU LOVE JESUS WHY CRISTIAN AND AMERICAN ARMY GO TO MUSLIM COUNTRY AND THEY ARE KILLING MUSLIM PEOPLE CHILDREN AND WOMMEN !!!?? AND THEY SAY WE FIGT TERRORISM !! WHAT A LIE !!!! YOU DON'T LOVE JESUS YOU LIERS YOU FOLLOW EVEL SEJTAN!!! THAT IS A TRUE!!!JESUS WORSHIP ALLAH AND HE SAID THAT HE WAS MESSANGER OF ALLAH !!!! AND YOU FOLLOW SEJTAN YOU WORSHIP JESUS PBUH !!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
███████████████)

**Author** ███████████)

**Sent** 2014-01-26 15:45:21 UTC

**Deleted** false

**Body** Abdullah, I'm talking about u and me, not other people. You and I have to show love to the people around us, and not join the army's of people who are making war. Please leave the war, the jihad.

**Recipients** ███████████)
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-02-08 13:39:51 UTC

**Deleted** false

**Body** http://youtu.be/ntsjTTW4dZg

**Recipients** ███████████)
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-02-08 14:10:08 UTC

**Deleted** false

**Body** http://youtu.be/d3aJaDiA8XM

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
███████████)

**Author** ███████████)

**Sent** 2014-02-18 15:55:59 UTC

**Deleted** false

**Body** Ok my brother, i have listen to this last video. your warrior heart has lead you to Syria as a 'stranger' coming to defend Islam and the honor of ALLLAH MOST BENEFICENT. please tell me, when in this video it says we are ready to fight the americans, is that the 'america' in your hearts(personal jihad)? or American troops in Syria (external Jihad)?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
███████████)

**Au** ███████████████

**Deleted** false

**Body**

**Attachments** sticker.png (10100770644060306)

**Type** image/png

**Size** 0

**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=dd2

bd7e7de4ff35f73da35084a0d750d&mid=mid.1392853641086%3A
932a0e33891e70b802&uid=100002647935197&accid=10000264
7935197&preview=0&hash=AQCP6wpb7L0GHupy675hrtsl3TeS_Fa
4dxPhkxk_Cn-SVA



| | |
|---|---|
| Recipients | Abdullah Ramo Mudzahid (100002647935197) |
| | █████████████████ ) |
| Author | █████████████████ ) |
| Sent | 2014-02-23 21:37:25 UTC |
| Deleted | false |
| Body | hello, Abdullah. |

| | |
|---|---|
| Recipients | Edwin Feys (38501439) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| Author | Abdullah Ramo Mudzahid (100002647935197) |
| Sent | 2014-02-24 14:57:15 UTC |
| Deleted | false |
| Body | american troops ocupied afganistan,  iraq palestina wit help of jews, america is number 1 enemy of ISLAM AND RETURN OF HILAFET ( DO YOU NOW WHAT IS HILAFET ?? ) AND AMERICANS ARE WORKING SO HARD TO PUT DEMOCRACY IN TO SYRIA BUT WE WANT SHARIALAW!!! THEY DONT HAVE TROOPS ON JET BUT THEY ARE WORKING ON THAT, AND SEE WHAT THEY AMERICAN TROOPS AING IN IRAQ AFGANISTAN !!!! |

| | |
|---|---|
| Recipients | Abdullah Ramo Mudzahid (100002647935197) |
| | ███████████████████ |
| Sent | 2014-02-24 16:44:17 UTC |
| Deleted | false |
| Body | Wow, it sounds like Syria is a hot box ready to pop! |

| | |
|---|---|
| Recipients | █████████████████ ) |
| | Abdullah Ramo Mudzahid (100002647935197) |
| Author | Abdullah Ramo Mudzahid (100002647935197) |
| Sent | 2014-02-27 11:06:43 UTC |
| Deleted | false |
| Body | |

| | |
|---|---|
| Recipients | █████████████████ |
| | Abdullah Ramo Mudzahid (100002647935197) |
| Author | Abdullah Ramo Mudzahid (100002647935197) |
| Sent | 2014-02-27 11:41:41 UTC |
| Deleted | false |
| Body | http://youtu.be/QAGW8dVz4cE |

| | |
|---|---|
| Recipients | Abdullah Ramo Mudzahid (100002647935197) |
| | █████████████████ ) |
| Author | █████████████████ ) |
| Sent | 2014-02-27 11:42:14 UTC |
| Deleted | false |

**Body**  Googood morning Abdullah

**Recipients**  █████████████ )
Abdullah Ramo Mudzahid (100002647935197)
**Author**  Abdullah Ramo Mudzahid (100002647935197)
**Sent**  2014-02-27 11:44:59 UTC
**Deleted**  false
**Body**  good morning here is afternoon how are you

**Recipients**  Abdullah Ramo Mudzahid (100002647935197)
█████████████ )
**Author**  █████████████ )
**Sent**  2014-02-27 12:04:03 UTC
**Deleted**  false
**Body**  I am well. How is the weather?

**Recipients**  █████████████ )
Abdullah Ramo Mudzahid (100002647935197)
**Author**  Abdullah Ramo Mudzahid (100002647935197)
**Sent**  2014-02-27 12:05:35 UTC
**Deleted**  false
**Body**  it is so beautifull sunny

**Recipients**  Abdullah Ramo Mudzahid (100002647935197)
█████████████ )
**Author**  █████████████ )
**Sent**  2014-02-27 12:06:46 UTC
**Deleted**  false
**Body**  Nice! That is good. I am sure you know how the weather is here. Freeeeeezing

**Recipients**  █████████████ )
Abdullah Ramo Mudzahid (100002647935197)
**Author**  Abdullah Ramo Mudzahid (100002647935197)
**Sent**  2014-02-27 12:08:33 UTC
**Deleted**  false
**Body**  thtat is bad

**Recipients**  █████████████ )
Abdullah Ramo Mudzahid (100002647935197)
**Author**  Abdullah Ramo Mudzahid (100002647935197)
**Sent**  2014-02-27 12:08:43 UTC
**Deleted**  false
**Body**  come this way

**Recipients**  Abdullah Ramo Mudzahid (100002647935197)
█████████████ )
**Author**  █████████████ )
**Sent**  2014-02-27 12:10:38 UTC
**Deleted**  false
**Body**  Ha ha ha. Are u still in aleppo?

**Recipients**  Abdullah Ramo Mudzahid (100002647935197)
█████████████ )
**Author**  █████████████ )
**Sent**  2014-02-27 12:11:14 UTC
**Deleted**  false
**Body**  I bet the country side is beautiful

**Recipients**  █████████████ )
Abdullah Ramo Mudzahid (100002647935197)
**Author**  Abdullah Ramo Mudzahid (100002647935197)
**Sent**  2014-02-27 12:12:33 UTC

**Deleted** false
**Body** yes i am in aleppo

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
**Author** ████████████████ 9)
**Sent** 2014-02-27 12:15:36 UTC
**Deleted** false
**Body** How is your family? They must miss you.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
**Author** ████████████████ )
**Sent** 2014-02-27 12:16:21 UTC
**Deleted** false
**Body** I hope you get to speak with them :)

**Recipients** ████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-02-27 12:17:46 UTC
**Deleted** false
**Body** yes i talk to them , they are proud of me becouse i am in JIHAD

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
**Author** ████████████████ )
**Sent** 2014-02-27 12:18:24 UTC
**Deleted** false
**Body** Good

**Recipients** ████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-02-27 12:18:50 UTC
**Deleted** false
**Body** how are did you become a muslim jet??

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
**Author** ████████████████ )
**Sent** 2014-02-27 12:19:36 UTC
**Deleted** false
**Body** No i am a christian. I am also growing my beard again.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
**Author** ████████████████ )
**Sent** 2014-02-27 12:21:28 UTC
**Deleted** false
**Body** I work for bosnian muslims now.

**Recipients** ████████████████ )
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-02-27 12:22:43 UTC
**Deleted** false
**Body** come to JIHAD

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
**Author** ████████████████ )

**Sent** 2014-02-27 12:22:50 UTC
**Deleted** false
**Body** Hey brother i have never asked you, and i am sorry for judging you. What specifically are you do in syria?

**Recipients** E█████████████)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-02-27 12:23:10 UTC
**Deleted** false
**Body** ACCEPT ISLAM AND COME TO JIHAD

**Recipients** E█████████████)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-02-27 12:23:14 UTC
**Deleted** false
**Body** ???!!!!

**Recipients** E█████████████)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-02-27 12:24:07 UTC
**Deleted** false
**Body** I AM FIGHTING FOR ALLAH , SO WE CAN ESTABLISH ISLAMIC STATE SHARIA LAW AND HILAFAH

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████)
**Author** E█████████████)
**Sent** 2014-02-27 12:25:01 UTC
**Deleted** false
**Body** Kalifate

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████)
**Author** E█████████████)
**Sent** 2014-02-27 12:25:14 UTC
**Deleted** false
**Body** ?

**Recipients** E█████████████)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-02-27 12:25:22 UTC
**Deleted** false
**Body** YES KHALIFET

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████)
**Author** E█████████████)
**Sent** 2014-02-27 12:25:35 UTC
**Deleted** false
**Body** OK

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████)
**Author** E█████████████)
**Sent** 2014-02-27 12:26:31 UTC
**Deleted** false
**Body** So if i came over to Jihad where would i go?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
█████████████████
**Author** █████████████████
**Sent** 2014-02-27 12:27:22 UTC
**Deleted** false
**Body** Do you where a bullet proof vest?

**Recipients** █████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-02-27 12:27:28 UTC
**Deleted** false
**Body** FIGHT WITH MUJAHEDEEN EVRYWHERE

**Recipients** █████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-02-27 12:31:45 UTC
**Deleted** false
**Body** sometimes i wear

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
█████████████████
**Author** █████████████████
**Sent** 2014-02-27 12:33:56 UTC
**Deleted** false
**Body** Wow. I figured you were just doing street patrol.

**Recipients** █████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-02-27 12:34:35 UTC
**Deleted** false
**Body** hehehe you are funny

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
█████████████████
**Author** █████████████████
**Sent** 2014-02-27 12:35:13 UTC
**Deleted** false
**Body** :)

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
█████████████████
█████████████████
**Sent** 2014-02-27 12:35:25 UTC
**Deleted** false
**Body** Lol

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
█████████████████
**Au** █████████████████
**Deleted** false
**Body** I saw the map on facebook the other day

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
█████████████████
**Author** █████████████████
**Sent** 2014-02-27 12:37:03 UTC
**Deleted** false
**Body** Hey Is jordan and lebanon helping?

**Recipients**  █████████████ )
Abdullah Ramo Mudzahid (100002647935197)

**Author**  Abdullah Ramo Mudzahid (100002647935197)

**Sent**  2014-02-27 12:37:09 UTC

**Deleted**  false

**Body**  WE ESTABLISH ISLAMIC STATE THANKS TO ALLAH SUBHANEHU WE TEALA

**Recipients**  Abdullah Ramo Mudzahid (100002647935197)
█████████████ )

**Author**  █████████████ )

**Sent**  2014-02-27 12:37:55 UTC

**Deleted**  false

**Body**  What is subhanehu we teala?

**Recipients**  Abdullah Ramo Mudzahid (100002647935197)
█████████████ )

**Author**  █████████████ )

**Sent**  2014-02-27 12:51:49 UTC

**Deleted**  false

**Body**  Ok i will look that up. I am reading about syria. I will chat with you later my brother. Salem

**Recipients**  Abdullah Ramo Mudzahid (100002647935197)
██████████████████

2014-03-04 03:27:47 UTC

**Deleted**  false

**Body**  S.W.T.

**Recipients**  Abdullah Ramo Mudzahid (100002647935197)
█████████████ )

**Author**  █████████████ )

**Sent**  2014-03-04 03:36:05 UTC

**Deleted**  false

**Body**  Good morning brother. How are you today?

**Recipients**  Abdullah Ramo Mudzahid (100002647935197)
█████████████ )

**Author**  █████████████ )

**Sent**  2014-03-04 23:18:20 UTC

**Deleted**  false

**Body**  Hey i saw the video! that looks awesome man. so you have been training?  what is it like?

**Recipients**  █████████████
Abdullah Ramo Mudzahid (100002647935197)

**Author**  Abdullah Ramo Mudzahid (100002647935197)

**Sent**  2014-03-08 12:45:53 UTC

**Deleted**  false

**Body**  http://youtu.be/l0udYKjbH90

**Recipients**  █████████████
Abdullah Ramo Mudzahid (100002647935197)

**Author**  Abdullah Ramo Mudzahid (100002647935197)

**Sent**  2014-03-08 17:36:32 UTC

**Deleted**  false

**Body**

**Recipients**  █████████████
Abdullah Ramo Mudzahid (100002647935197)

**Author**  Abdullah Ramo Mudzahid (100002647935197)

**Sent**  2014-03-09 08:06:03 UTC

**Deleted** false
**Body** TRAINING IS GOOD VERY GOOD , WATCH THAT LAST VIDEO I SENT YOU

**Recipients** ██████████████ )
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-03-10 11:35:59 UTC
**Deleted** false
**Body** HEY , I HAVE A QUESTION FOR YOU , WHY THE USA LOSE THE WAR IN AFGANISTAN WIT TALIBAN , WHAT HAPEND !!!??

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
██████████████ )
**Author** ██████████████ )
**Sent** 2014-03-10 13:35:04 UTC
**Deleted** false
**Body** i am not sure, but i will look it up.

**Recipients** ██████████████9)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-03-10 18:42:02 UTC
**Deleted** false
**Body** http://youtu.be/cDGQ6j2szmA

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
██████████████ )
**Author** ██████████████ )
**Sent** 2014-03-10 20:02:40 UTC
**Deleted** false
**Body** I understand the language

**Recipients** ██████████████ )
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-03-11 09:16:58 UTC
**Deleted** false
**Body** i though the cristians in usa they are peace lovers , but i see they drop bombs on muslim civilians kids and wommen, and they want to occupy muslim countrys , !!! how come that hapend ??? AND IN THE NEWS THEY SAY  WE FIUGHT TERRORIZM !! WHAT A LIERS !!!! AMERICA RUSIA CHINA EUROPE EVRYBODY WILL FALL DOWN !! BECOSE THE TIME OF ISLAM IS COMING BACK MY FRIEND !!! CHILL OUT AND WATCH

**Recipients** ██████████████ )
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-03-12 10:29:16 UTC
**Deleted** false
**Body**

**Recipients** ██████████████ )
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-03-12 10:50:07 UTC
**Deleted** false
**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
██████████████ )
**Author** ██████████████ )
**Sent** 2014-03-14 04:06:56 UTC
**Deleted** false

**Body** Wow i used to play a video game that was just like that video. Who was that in the video? Was it the 'idis'?

**Recipients** ████
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-03-14 13:30:47 UTC

**Deleted** false

**Body** the shooter was ISLAMIC STATE OF IRAQ AND SHAM MUJAHEDEEN , AND THE SOLDIERS WHO GOT KILLED WHERE USA ARMY  DOG'S !!  I ASKED YOU A QUESTION HOW USA LOST THE WAR IN AFGANISTAN ?? WHAT HAPEND??

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
████

**Author** ████

**Sent** 2014-03-14 14:08:02 UTC

**Deleted** false

**Body** Well i dont know what happened. I was trying to read about it

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
████

**Author** ████

**Sent** 2014-03-14 14:08:52 UTC

**Deleted** false

**Body** What i found was that the USA is still in afghanistan and there is a conflict in the northwest territorries.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
████

**Author** ████

**Sent** 2014-03-14 14:48:22 UTC

**Deleted** false

**Body** Why do you say USA lost the war?

**Recipients** ████
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-03-14 15:00:44 UTC

**Deleted** false

**Body** BECOUSE THEY DID LOST THANK TO ALLAH SUBHANEHU WE TEALA , THEY SAY THAT !!! USA GOVERMENT SAID THAT THEY LOST THE WAR IN AFGANISTAN !!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
████

**Author** ████

**Sent** 2014-03-14 15:07:25 UTC

**Deleted** false

**Body** wow i had no idea

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
████

**Author** ████

**Sent** 2014-03-14 15:08:41 UTC

**Deleted** false

**Body** are u fighting with the same people? the islamic state and the sham?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
████

**Author** ████

**Sent** 2014-03-14 18:57:00 UTC

**Deleted** false

**Body** Abdullah, the isis have defeated the us army in afghanistan, i seen from your videos

and posts that u are fighting with the isis against the syrian gov which the USA supports. Is that right?

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>E█████████████████ |
| **Author** | E█████████████████ |
| **Sent** | 2014-03-14 22:21:20 UTC |
| **Deleted** | false |
| **Body** | i will do more reading, i am going to check out Aljazeer news. dont forget my questions! |

| | |
|---|---|
| **Recipients** | E█████████████████<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-03-15 14:04:59 UTC |
| **Deleted** | false |
| **Body** | yes i am with mujahedeen ISLAMIC STATE IRAQ AND SHAM, |

| | |
|---|---|
| **Recipients** | E█████████████████<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-03-15 14:06:58 UTC |
| **Deleted** | false |
| **Body** | WE FIGHT FOR ISLAMIC STATE BASED ON KUR'AN AND SUNNET AND WE WANT TO BRING BACK HILAFAH IN SHA ALLAH BY ALLAH WILL |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>E█████████████████ |
| **Author** | E█████████████████ |
| **Sent** | 2014-03-15 14:36:47 UTC |
| **Deleted** | false |
| **Body** | InSha' Allah |

| | |
|---|---|
| **Recipients** | E█████████████████<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-03-15 15:07:46 UTC |
| **Deleted** | false |
| **Body** | ACCEPT ISLAM AND COME JOIN US !!!!?? |

| | |
|---|---|
| **Recipients** | E█████████████████<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-03-16 08:55:41 UTC |
| **Deleted** | false |
| **Body** | The Jews say, "Ezra is the son of Allah "; and the Christians say, "The Messiah is the son of Allah ." That is their statement from their mouths; they imitate the saying of those who disbelieved [before them]. May Allah destroy them; how are they deluded?QUR'AN,Surat At-Tawbah,VERSE#30. |

| | |
|---|---|
| **Recipients** | E█████████████████<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-03-16 08:58:32 UTC |
| **Deleted** | false |
| **Body** | They have taken their scholars and monks as lords besides Allah , and [also] the Messiah, the son of Mary. And they were not commanded except to worship one God; there is no deity except Him. Exalted is He above whatever they associate with Him.QUR'AN,Surat At-Tawbah,VERSE#31. |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>E█████████████████ |

**Facebook Business Record**                                    **Page 3824**

**Author** E█████████████████████

**Sent** 2014-03-16 08:58:52 UTC

**Deleted** false

**Body** I know, however it what not a widespread belief amongst the jews

**Recipients** Abdullah Ramo Mudzahid (100002647935197)

**Author** E█████████████████████

**Sent** 2014-03-16 08:59:24 UTC

**Deleted** false

**Body** Like today jews do not believe ezra is the son of god

**Recipients** E█████████████████████
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-03-16 09:02:02 UTC

**Deleted** false

**Body** WHY DO YOU CRISTIANS SAY JESUS IS LORD ( GOD) !!!!??? HE NEVER SAY THAT HE IS ONLY MASANGER OF ALLAH THAT IS IOT !!! EDWIN OPEN YOUR MIND AND LOOK FOR THE TRUE !!! CWORSHIP ALLAH ONLY !!1

**Recipients** E█████████████████████
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-03-16 09:10:19 UTC

**Deleted** false

**Body** The Day when it will be heated in the fire of Hell and seared therewith will be their foreheads, their flanks, and their backs, [it will be said], "This is what you hoarded for yourselves, so taste what you used to hoard."QUR'AN,Surat At-Tawbah,VERSE#35.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████████████

**Author** E█████████████████████

**Sent** 2014-03-16 09:12:58 UTC

**Deleted** false

**Body** Hey do you listen to shabir ally?

**Recipients** E█████████████████████
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-03-16 09:14:24 UTC

**Deleted** false

**Body** WHO IS THAT??

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████████████

**Author** E█████████████████████

**Sent** 2014-03-16 09:15:13 UTC

**Deleted** false

**Body** A muslim defender of the faith. He challenges christians and he is very good.

**Recipients** E█████████████████████
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-03-16 09:15:58 UTC

**Deleted** false

**Body** NO I DID NOT HEAR ABOUT HIM , I LISEN ENWER ALWAKI

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████████████

**Author** E█████████████████████

**Sent** 2014-03-16 09:17:27 UTC

**Deleted** false
**Body** I will check him out. Hey i am going to pray and start my day.

**Recipients** E███████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-03-16 09:21:50 UTC
**Deleted** false
**Body** PRAY TO ALLAH AND ASK HIM TO GUIDE YOU !!!???

**Recipients** E███████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-03-16 11:00:00 UTC
**Deleted** false
**Body** Say, "O People of the Scripture, come to a word that is equitable between us and you
- that we will not worship except Allah and not associate anything with Him and not
take one another as lords instead of Allah ." But if they turn away, then say, "Bear
witness that we are Muslims [submitting to Him]."QUR'AN,
Surat 'Âli `Imrān, VERSE# 64.

**Recipients** E███████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-03-18 10:15:59 UTC
**Deleted** false
**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████
**Author** E███████████
**Sent** 2014-03-18 20:00:23 UTC
**Deleted** false
**Body** Thank you my brother, i will be Praying!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████
**Author** E███████████
**Sent** 2014-03-21 14:53:24 UTC
**Deleted** false
**Body** Hamulillah my brother, today is a cool sunny day.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████
**Author** E███████████
**Sent** 2014-03-21 19:52:07 UTC
**Deleted** false
**Body** I have been watching the videos you have sent me, thank you very much!!! i really
didnot know what was going on over there.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████
**Author** E███████████
**Sent** 2014-03-21 19:52:58 UTC
**Deleted** false
**Body** Idid i see you doing the call to prayer in one of the videos? Allahu Akbur....

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████
**Author** E███████████
**Sent** 2014-03-25 14:28:48 UTC
**Deleted** false

**Facebook Business Record**                                    **Page 3826**

**Body**   i saw your IDIS photo, is that a rocket? looks cool what is that?

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
**Author**   ███████████████
**Sent**   2014-03-28 00:59:13 UTC
**Deleted**   false
**Body**   i have not heard from you in awhile, are your missions going well?

**Recipients**   ███████████████
                 Abdullah Ramo Mudzahid (100002647935197)
**Author**   Abdullah Ramo Mudzahid (100002647935197)
**Sent**   2014-03-28 12:08:00 UTC
**Deleted**   false
**Body**   everything is fine, busy in action with those kufar !!!!!

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
**Author**   ███████████████
**Sent**   2014-03-28 15:06:15 UTC
**Deleted**   false
**Body**   i have a small story,

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
**Author**   ███████████████
**Sent**   2014-03-28 15:06:40 UTC
**Deleted**   false
**Body**   all but 2 items and i am having those removed tomorrow

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
**Author**   ███████████████
**Sent**   2014-03-28 15:08:03 UTC
**Deleted**   false
**Body**   to share with you when things calm down. May Allah protect you.

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
**Author**   ███████████████
**Sent**   2014-03-30 05:56:33 UTC
**Deleted**   false
**Body**   I hope you are winning over the Kufar. i wish there were people over here fighting.
you know the Gays can get married in Michigan now!!!
tell me about the fight when you can.

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
**Author**   ███████████████
**Sent**   2014-03-31 22:11:53 UTC
**Deleted**   false
**Body**   Hey my brother, i do not think i can ever join you in AL Jihad, but i am thankful you
are fighting for Holiness and liberating people from their wickedness. you and your
brothers are in my prayers. i hope we can chat soon. be brave!

**Recipients**   ███████████████
                 Abdullah Ramo Mudzahid (100002647935197)
**Author**   Abdullah Ramo Mudzahid (100002647935197)
**Sent**   2014-04-05 08:20:14 UTC
**Deleted**   false
**Body**

**Facebook Business Record**                                   **Page 3827**

**Recipients** █████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-05 08:25:04 UTC
**Deleted** false
**Body** YOU NEVER GAVE ME ANSWER FOR THIS THING THAT PRIEST IS LYING TO A PEOPLE!!!!!????? JESUS SAID ONE THING PRIEST SAYS ANOTHER HOW COME !!!

**Recipients** █████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-05 08:29:39 UTC
**Deleted** false
**Body**

**Recipients** █████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-05 09:44:37 UTC
**Deleted** false
**Body** gay marriege they final destination will be in sha Allah HELL FIRE !!! AND ONECE WHO ALOW THAT !!!

**Recipients** █████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-06 11:27:59 UTC
**Deleted** false
**Body** TALKING 5 MINUTES WITH MUJAHEDEEN OF ISLAMIC STATE IRAQ AND SHAM

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
█████████████████
**Author** █████████████████
**Sent** 2014-04-07 11:29:20 UTC
**Deleted** false
**Body** I have given to them; that they may be one, as we also are one: 23) I in them, and thou in me; that they may be made perfect in one: and the world may know that thou hast sent me, and hast loved them, as thou hast also loved me John 17:23

Priests are men and are not perfect, but we all try to love God, Some people are stronger than others like you, Abdullah you are strong and your sword is straight, please answer my questions about Jihad!!!

**Recipients** █████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-08 15:50:27 UTC
**Deleted** false
**Body** what question about jihad you had ???/  i asked you why priest and you worship jesus and why priest is lying , why priest is saying somting that jesus never said??/

**Recipients** █████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-08 15:50:55 UTC
**Deleted** false
**Body** Jesus never said that he was God or the literal "Son of God" Jesus never ever called people to Worship him next to God or with God.

Jesus only called people to Worship the Creator alone and not his creation. Jesus was a Mighty Messenger sent by the one God calling the people to only Worship God alone.

Facebook Business Record                                    Page 3828

Very simple and easy to understand don't you think?

**Recipients** E█████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-08 15:51:16 UTC
**Deleted** false
**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
**Author** E█████████████████
**Sent** 2014-04-08 17:37:48 UTC
**Deleted** false
**Body** i will answer your questions again as i have before, but i gave you the bible and the answers are in a book called the gospel of John.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
**Author** E█████████████████
**Sent** 2014-04-08 17:41:10 UTC
**Deleted** false
**Body** i am seeing posts and watching your videos. i saw the victory over the american soliders. my questions are many. sic you have invited me to join you i want to know, many things but most important: are you and your brothers shooting the soliders would i be shooting american soliders? and what kind of Guns do you have? and do you get to use gernades and stuff? it looks excitin

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
**Author** E█████████████████
**Sent** 2014-04-08 17:42:20 UTC
**Deleted** false
**Body** you know i have a good job now and make a lot of money, maybe i can send supplies or or equipment to help you.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
**Author** E█████████████████
**Sent** 2014-04-08 17:43:42 UTC
**Deleted** false
**Body** please answer my questions. i will have scripture for you about the priests soon. God Bless stay strong!!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
**Author** E█████████████████
**Sent** 2014-04-09 02:12:51 UTC
**Deleted** false
**Body** honestly i have seen videos of other men doing, Jihad but none of you. all i see is you taking pictures next to the Flag and pointing at the sky. IF YOU ARE DOING JIHAD, SHOW ME!! im serious.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
**Author** E█████████████████
**Sent** 2014-04-09 02:13:57 UTC
**Deleted** false
**Body** Also my brother, i have the answer for you about why priests worship Jesus. when you are ready.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████████
**Author** E███████████████
**Sent** 2014-04-09 02:14:46 UTC
**Deleted** false
**Body** honestly i have seen videos of other men doing, Jihad but none of you. all i see is you taking pictures next to the Flag and pointing at the sky. IF YOU ARE DOING JIHAD, SHOW ME!! im serious.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████████
**Author** E███████████████
**Sent** 2014-04-09 02:15:23 UTC
**Deleted** false
**Body** Also my brother, i have the answer for you about why priests worship Jesus. when you are ready.

**Recipients** E███████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-09 15:14:58 UTC
**Deleted** false
**Body** listen !!! usa american soldiers are number 1 enemy of ISLAM and mujahedeen ok , so of course you will be shooting american soldiers  dogs  , if you become muslim and you join JIHAD !!! we dont need your help or your many thanks , we have suplies , we go and kill kuffar , and we god guns and evrything from them !!! and i dont neeed your lies about jesus isa alejhi selam , i have ansver in QUR'AN AND IN INDZIL BIBLE OK , WE HAVE ALL KIND OF WEAPON ELLHAMDU LILLAH , THANKS TO ALLAH SUBHANEHU WETEALA , DO YOU UNDERSTOOD WHAT I AM TALKING ABOUT !! I DO JIHAD BECOUSE OF ALLAH ,

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████████
**Author** E███████████████
**Sent** 2014-04-09 17:43:28 UTC
**Deleted** false
**Body** Now the Bible is not Lies!
What Jesus said is true!
No one comes to Father except through Jesus, Jesus is the Way!
Maybe one day  i may become a Muslim but i will always follow Jesus! you know this about me. I Love Jesus! you must love Jesus too, you have to do what Jesus said or you donot love Jesus!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████████
**Author** E███████████████
**Sent** 2014-04-09 17:43:50 UTC
**Deleted** false
**Body** I UNDERSTAND, MASHALLAH, AL JIHAD!
I was curious about the details of what Jihad is like, i see many pictures and videos and i hear the news. If you do not tell me true details then i do not know the what is happening. you are a first hand witness that is why i ask questions.

If would like to know more about Al Jihad, What is an average day like

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████████
**Author** E███████████████
**Sent** 2014-04-09 17:44:13 UTC
**Deleted** false
**Body** I UNDERSTAND, MASHALLAH, AL JIHAD!
I was curious about the details of what Jihad is like, i see many pictures and videos

Facebook Business Record                                             Page 3830

and i hear the news. If you do not tell me true details then i do not know the what is happening. you are a first hand witness that is why i ask questions.

If would like to know more about Al Jihad, What is an average day like??

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent** | 2014-04-09 17:56:33 UTC |
| **Deleted** | false |
| **Body** | I UNDERSTAND, MASHALLAH, AL JIHAD! |

I was curious about the details of what Jihad is like, i see many pictures and videos and i hear the news. If you do not tell me true details then i do not know the what is happening. you are a first hand witness that is why i ask questions.

I would like to know more about al jihad as you have experienced it, Like what is an average day like?

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent** | 2014-04-12 17:51:35 UTC |
| **Deleted** | false |
| **Body** | Abdullah, were you in that video, that i received, you sent me a couple of weeks ago?was that you in the background? |

| | |
|---|---|
| **Recipients** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-04-13 12:37:50 UTC |
| **Deleted** | false |
| **Body** | YOU DON'T FOLLOW WHAT JESUS ALEJHI SELAM SAID YOU ARE LYING?? HE NEVER SAID WORSIP HIM AND YOU ARE WORSHIPING JESUS , |

| | |
|---|---|
| **Recipients** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-04-13 12:38:25 UTC |
| **Deleted** | false |
| **Body** | |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Author** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent** | 2014-04-13 12:47:36 UTC |
| **Deleted** | false |
| **Body** | My Friend, he did not have to say, 'Worship me' . When Jesus said He was the Father (God), Priest know they must worship Jesus cause He is God. That is why the Jews tried to Kill Jesus. Jesus said I Am the Father.  this is in the Bible!!! it is not my lies or priest lies, it is in the Bible. |

| | |
|---|---|
| **Recipients** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-04-13 12:57:01 UTC |
| **Deleted** | false |
| **Body** | your grandfathers wrote lies in the bible !!!! jesus  was only massanger of ALLAH !! THAT IS IT , YOU WILL FIND OUT ON A JUGMENT DAY !!! |

| | |
|---|---|
| **Recipients** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |

**Facebook Business Record**                                    **Page 3831**

**Sent** 2014-04-13 12:57:43 UTC
**Deleted** false
**Body** Jesus never said that he was God or the literal "Son of God" Jesus never ever called people to Worship him next to God or with God.

Jesus only called people to Worship the Creator alone and not his creation. Jesus was a Mighty Messenger sent by the one God calling the people to only Worship God alone.

Very simple and easy to understand don't you think?

**Recipients** ▌
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-13 13:05:33 UTC
**Deleted** false
**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▌
**Author** ▌
**Sent** 2014-04-13 13:05:54 UTC
**Deleted** false
**Body** yes it is very simple and easy to understand, Bible says, Lean not on your own understanding but acknowledge God in all you do."

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▌
**Author** ▌
**Sent** 2014-04-13 13:06:37 UTC
**Deleted** false
**Body** btw i like the olive tree behind your friend in the picture you posted.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▌
**Author** ▌
**Sent** 2014-04-13 13:07:07 UTC
**Deleted** false
**Body** are you leading the group of men, your brothers, in Jihad?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▌
**Author** ▌
**Sent** 2014-04-13 13:11:12 UTC
**Deleted** false
**Body** Islam and Allah are easy to understand, Jesus and christianity are difficult to understand. as christians we must trust God more because we dont understand the Great Mysteries of God, of Jesus, of the Church.

**Recipients** ▌
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-13 13:13:52 UTC
**Deleted** false
**Body** YES I AM LEADING GROUP , EDWIN YOU ARE DOING SHIRK , YOU NEED TO WORSHIP ALLAH NOT JESUS DO YOU UNDERSTED !!??? JESUS WAS ONLY MASSANGER !!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▌
**Author** ▌
**Sent** 2014-04-13 13:16:21 UTC
**Deleted** false

**Body** Allah Al Makir. i must go as Allah has Planned. Mashallah.

i knew you are a good leader, your strong and focused.
how many men do you lead now? 15?

**Recipients** E█████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-13 13:18:06 UTC
**Deleted** false
**Body** YOU ARE NOT ANSWERING MY QUESTIONS????

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████████
**Author** E█████████████████
**Sent** 2014-04-13 13:19:51 UTC
**Deleted** false
**Body** I understand, what you say and what Muhammed (pbuh) say and what Islam teaches,
you know i like much of Islam!

**Recipients** E█████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-13 13:21:01 UTC
**Deleted** false
**Body** WHY DONT YOU SAVE YOUR SELF THAN ?????? YOU NEED TO ACSEPT ISLAM AND
PRAY 5 TIMES A DAY !!!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████████
**Author** E█████████████████
**Sent** 2014-04-13 13:31:07 UTC
**Deleted** false
**Body** you know, no man can save himself. man can only submit and Only God can save.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████████
**Author** E█████████████████
**Sent** 2014-04-13 13:32:11 UTC
**Deleted** false
**Body** No man can come to Jesus unless the Father call him. no man can go to the Father
except thru Jesus.

**Recipients** E█████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-13 13:45:26 UTC
**Deleted** false
**Body** YOU HAVE NO IDEA WHAT ARE YOU TALKING ABOUT !!!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████████
**Author** E█████████████████
**Sent** 2014-04-13 13:45:54 UTC
**Deleted** false
**Body** y do u say that

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████████
**Author** E█████████████████
**Sent** 2014-04-13 13:46:09 UTC
**Deleted** false

**Body**   Why do you say that??/

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
█████████████
**Author**   █████████████
**Sent**   2014-04-13 14:42:05 UTC
**Deleted**   false
**Body**   Hey i am also leading at my church. i lead a bible study of 8 people. how many guys do you lead?

**Recipients**   █████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author**   Abdullah Ramo Mudzahid (100002647935197)
**Sent**   2014-04-13 14:42:36 UTC
**Deleted**   false
**Body**   ALLAH TALKS ABOUT YOU IN THIS VERSE READ!!!!!! They have taken their scholars and monks as lords besides Allah , and [also] the Messiah, the son of Mary. And they were not commanded except to worship one God; there is no deity except Him. Exalted is He above whatever they associate with Him. QUR'AN , Surat At-Tawbah , VERSE# 31.

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
█████████████
**Author**   █████████████
**Sent**   2014-04-13 14:43:33 UTC
**Deleted**   false
**Body**   I am Famous! or infamous. no one worships me.

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
█████████████
**Author**   █████████████
**Sent**   2014-04-13 14:46:35 UTC
**Deleted**   false
**Body**   seriously though, i am also a leader. i use a sword which is gods word you use guns. i lead 8 how many do u lead?

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
█████████████
**Author**   █████████████
**Sent**   2014-04-13 15:03:53 UTC
**Deleted**   false
**Body**   if you love jesus and mary say, Long live Mary, Long live Jesus. say it Abdullah. Long live Jesus Long live Mary.

**Recipients**   █████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author**   Abdullah Ramo Mudzahid (100002647935197)
**Sent**   2014-04-13 15:16:10 UTC
**Deleted**   false
**Body**   THERE IS NO GOD BUT ALLAH AND MUHAMED IS HIS MASSANGER !!!!!

**Recipients**   █████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author**   Abdullah Ramo Mudzahid (100002647935197)
**Sent**   2014-04-13 15:20:06 UTC
**Deleted**   false
**Body**   LA ILLAHE ILLALLAH MUHAMED RESULLULLAH

**Recipients**   █████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author**   Abdullah Ramo Mudzahid (100002647935197)
**Sent**   2014-04-13 15:21:08 UTC

**Deleted** false
**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████████
**Author** E█████████████████
**Sent** 2014-04-15 03:32:26 UTC
**Deleted** false
**Body** i heard that Aleppo was bombed the other day. what area are you in?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████████
**Author** E█████████████████
**Sent** 2014-04-15 03:32:58 UTC
**Deleted** false
**Body** were you near the area bombed?

**Recipients** E█████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-16 13:56:21 UTC
**Deleted** false
**Body** yes, the kufar they drop bombs on muslim kids and woomen , but when they face
mujaheeden in field they run away !!!!!

**Recipients** E█████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-16 14:40:35 UTC
**Deleted** false
**Body**

**Recipients** E█████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-16 14:43:55 UTC
**Deleted** false
**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████████
**Author** E█████████████████
**Sent** 2014-04-16 17:11:00 UTC
**Deleted** false
**Body** do you think the world will be united under islam and stand against Israel?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████████
**Author** E█████████████████
**Sent** 2014-04-16 17:12:18 UTC
**Deleted** false
**Body** who are the different people fighting? who is ISIS fight against specifically?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████████
**Author** E█████████████████
**Sent** 2014-04-17 19:24:00 UTC
**Deleted** false
**Body** Today is an important day in Jesus Life (pbuh). you should read John chapters 14
through 18

**Recipients** E█████████████████

|        |                                                                   |
|-------:|:------------------------------------------------------------------|
|        | Abdullah Ramo Mudzahid (100002647935197)                          |
| Author | Abdullah Ramo Mudzahid (100002647935197)                          |
| Sent   | 2014-04-19 10:19:14 UTC                                           |
| Deleted| false                                                             |
| Body   | we have mujaheedeen from all over warld come here to fight for LA ILLAHE ILLALLAH , FOR SHARIA LAW TO BE APLIED IN ALL WARLD !! I DO NOT WANNA TALK TO YOU ABOUT JESUS PEACE BE UP ON HIM, BECOUSE YOU DO NOT FOLLOW HIS TEACHING OK !!!!! |

| Recipients | Abdullah Ramo Mudzahid (100002647935197) |
|-----------:|:------------------------------------------|
|            | █                                         |
| Author     | █                                         |
| Sent       | 2014-04-19 11:52:13 UTC                   |
| Deleted    | false                                     |
| Body       | That sounds good to me. tell me more about your day to day life, i am very interested as to what Jihad is like? |

| Recipients | Abdullah Ramo Mudzahid (100002647935197) |
|-----------:|:------------------------------------------|
|            | █                                         |
| Author     | █                                         |
| Sent       | 2014-04-19 11:56:00 UTC                   |
| Deleted    | false                                     |
| Body       | what would you like to talk about? you moved to another country your leading a bunch of men. do you get tired? are you having fun? etc |

| Recipients | █                                         |
|-----------:|:------------------------------------------|
|            | Abdullah Ramo Mudzahid (100002647935197)  |
| Author     | Abdullah Ramo Mudzahid (100002647935197)  |
| Sent       | 2014-04-19 12:04:45 UTC                   |
| Deleted    | false                                     |
| Body       | I AM NOT TIRED  AT ALL THANK " S TO ALLAH SUBHANEHU WE TEALA !!! THERE IS 2 TIPES OF JIHAD !!! |

| Recipients | █                                         |
|-----------:|:------------------------------------------|
|            | Abdullah Ramo Mudzahid (100002647935197)  |
| Author     | Abdullah Ramo Mudzahid (100002647935197)  |
| Sent       | 2014-04-19 12:37:08 UTC                   |
| Deleted    | false                                     |
| Body       | OFFENSIVE AND DEFFENSIVE                   |

| Recipients | █                                         |
|-----------:|:------------------------------------------|
|            | Abdullah Ramo Mudzahid (100002647935197)  |
| Author     | Abdullah Ramo Mudzahid (100002647935197)  |
| Sent       | 2014-04-19 13:06:22 UTC                   |
| Deleted    | false                                     |
| Body       |                                           |

| Recipients | Abdullah Ramo Mudzahid (100002647935197) |
|-----------:|:------------------------------------------|
|            | █                                         |
| Author     | █                                         |
| Sent       | 2014-04-22 00:36:36 UTC                   |
| Deleted    | false                                     |
| Body       | i dont completely understand the picture. but it sounds good. so what is the defensive type of Jihad like? |

| Recipients | █                                         |
|-----------:|:------------------------------------------|
|            | Abdullah Ramo Mudzahid (100002647935197)  |
| Author     | Abdullah Ramo Mudzahid (100002647935197)  |
| Sent       | 2014-04-22 11:23:53 UTC                   |
| Deleted    | false                                     |
| Body       | defensive i right know, example usa attacked afganistan iraq somalia and other playsis , so now we are doing defensive JIHAD, AFTER THIS WHEN WE BREAK USA |

Facebook Business Record                                    Page 3836

ARMY AND OTHER ONCE WHO ARE HELPING USA , WE WILL GO TO  OFENSIVE JIHAD ,
WE WILL COME TO USA IN SHA ALLAH TO MAKE IT ISLAMIC STATE !!! YOU
UNDERSTOOD KNOW!!!??

**Recipients** ▮
▮ Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-22 11:26:46 UTC
**Deleted** false
**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮ ▮
**Author** ▮
**Sent** 2014-04-23 03:42:54 UTC
**Deleted** false
**Body** ummah is a nation ummah is short for ummat al-Islamiyah or nation of Islam. very
good, i was curious, what you believed about it. i know we have talked about this
topic in the past.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮ ▮
**Author** ▮
**Sent** 2014-04-23 03:45:59 UTC
**Deleted** false
**Body** i understand the defense now, thank you. so you have to win over the USA Army and
conquer all friends of USA?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮ ▮
**Author** ▮
**Sent** 2014-04-23 03:47:14 UTC
**Deleted** false
**Body** Help me a little with the offensive Jihad please. i dont understand.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮ ▮
**Author** ▮
**Sent** 2014-04-24 21:54:49 UTC
**Deleted** false
**Body** So you are defensive Jihad right now.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮ ▮
**Author** ▮
**Sent** 2014-04-24 21:55:58 UTC
**Deleted** false
**Body** when you become Offensive Jihad, you are going to come to the USA and make it an
Islamic state through Jihad?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮ ▮
**Author** ▮
**Sent** 2014-04-24 21:56:54 UTC
**Deleted** false
**Body** So you are defensive Jihad right now. and that means you are fighting the
allies(friends) of USA?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮ ▮
**Author** ▮
**Sent** 2014-04-24 23:15:58 UTC

**Deleted** false
**Body** good morning

**Recipients** ██████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-25 10:48:57 UTC
**Deleted** false
**Body** YES THAT IS TRUE !! THE REASON WHY ALLAH SUBHANEHU WE TEALA SENT THE
QUR'AN ON EARTH AND SEND HIS MASSANGER MUHAMED SALLALLAHU ALLEJHI VE
SELLEM IS TO DOMINATE THE WHOLE PLANET !!! AND THAT WHAT IS GOING TO
HAPEND IN SHA ALLAH, THANKS TO ALLAH THAT HE GUIDE ME TO STRAIGH PATH
ELLHAMDU LILLAH

**Recipients** ██████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-25 11:09:55 UTC
**Deleted** false
**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
██████████████
**Author** ██████████████
**Sent** 2014-04-25 14:49:22 UTC
**Deleted** false
**Body** Great! i was wondering if when i were going to come back to the USA

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
██████████████
**Author** ██████████████
**Sent** 2014-04-25 14:50:07 UTC
**Deleted** false
**Body** ???

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
██████████████
**Author** ██████████████
**Sent** 2014-04-25 14:54:35 UTC
**Deleted** false
**Body** i meant, I was wondering if and when you were going to return to the USA.

**Recipients** ██████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-25 14:59:01 UTC
**Deleted** false
**Body** i would come there only if jihad start there !!! otherwise i wanna stay in JIHAD and i
want to get killed in JIHAD    ,FOR ISLAM AND I WANT TO GO TO PARADISE IN SHA
ALLAH !!!!!! YOU UNDERSTOOD !!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
██████████████
**Author** ██████████████
**Sent** 2014-04-25 15:07:53 UTC
**Deleted** false
**Body** I hear you Loud and Clear! you desire to be a Martyr for Allah. and when you come to
USA you will come here to be a Martyr. is that correct?

**Recipients** ██████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-04-25 15:10:35 UTC
**Deleted** false
**Body** I WANT TO BE MARTYR IN JIHAD FIGHTING FOR SO ALLAH WARD IS ON TOP HIGH, AND I WANT TO GET KILLED FIGHTING IN THIS WAY ,

**Recipients** E█████████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-25 15:14:08 UTC
**Deleted** false
**Body** do you understed edwin?? looks like you dont undrsted ,
???

**Recipients** E█████████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-25 15:16:54 UTC
**Deleted** false
**Body** we are ALLAH SOLDIERS AND WE LIKE DEATH MORE YHAN YOU LIKE LIFE ON THIS WARLD !!! WE LIKE TO BE KILLED IN JIHAD FIGHTING FOR ALLAH RELIGION ISLAM , BECOUSE ALLAH PRO MISE AS PARADISE FOREVER AND THIS LIFE IN THIS WARLD IS NOTHING SORT !!!  PROBABLY YOU WILL NEVER UNDRSTED THIS , ONLY IF ALLAH OPEN YOUR HEART !! MAY ALLAH GUIDE YOU TO THE TRUE PATH AMEEN

**Recipients** E█████████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-25 15:17:27 UTC
**Deleted** false
**Body** WE LOVE DEATH MORE THAN YOU LOVE LIFE ON THIS WARLD !!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████████████
**Author** E█████████████████████
**Sent** 2014-04-25 20:24:34 UTC
**Deleted** false
**Body**
**Attachments** sticker.png (10100834119075866)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=1c8 d644b850d7740b35366dcb0105fdf&mid=mid.1398457474721%3A 0bae4d7e472ac92653&uid=100002647935197&accid=100002647 935197&preview=0&hash=AQCNXG5bMVN4LvJslFeUukS40xWfa4Y ve8Us2i7yOPoWVw



**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████████████
**Author** E█████████████████████
**Sent** 2014-04-29 19:40:36 UTC
**Deleted** false
**Body** I agree and i understand, i love death more than my life. But it is better to Live masha Allah and save peoples souls with truth than to live or die murdering peoples souls with bullets and bombs.
i love that you and the boys are fighting holy fight but i hate the death of souls that you celebrate. spend your life teaching the Truth to young men not murder.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)

**Author**   E⬛⬛⬛⬛⬛⬛
**Sent**   2014-04-29 19:43:15 UTC
**Deleted**   false
**Body**   if you want to die Abdullah then die like a christian, saving people souls with truth not like a muslim murdering people with bullets while screaming God is the greatest. use your head and your heart. christian and muslim both die. christian dies trying to save others muslim dies trying to murder others. Think Abdullah.

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
**Author**   E⬛⬛⬛⬛⬛⬛
**Sent**   2014-04-29 19:44:04 UTC
**Deleted**   false
**Body**   if you want to die Abdullah then die like a christian, saving people souls with truth not like a muslim murdering people with bullets while screaming God is the greatest. use your head and your heart. christian and muslim both die. christian dies trying to save others, muslim dies trying to murder others. Think Abdullah.

**Recipients**   E⬛⬛⬛⬛⬛⬛
Abdullah Ramo Mudzahid (100002647935197)
**Author**   Abdullah Ramo Mudzahid (100002647935197)
**Sent**   2014-05-01 16:19:00 UTC
**Deleted**   false
**Body**   YOU CRISTIANS ARE THE BIGGEST KILLERS IN THE WORLD !!!!! YOU JUST PLAY LIKE YOU WANT PEACE LIERS !!!! CRISTIANS ARE DOING THE WHOLY WAR AGAINS ISLAM !!! I AM NOT STUPID EDWIN !!! I KNOW WHAT ARE CRISTIANS AND CRUSEYDERS DOING !!!!!  ALLAH CHOSE AS TO BE HIS SOLDIERS TO FIGHT FOR TRUE RELIGION ISLAM !!! YOUR CRISTIANITY IS NOTHING BUT LIE , !!!! AND LET ME TELL YOU SOMTHING , AMERICA USA RUSSIA , UK , CHINA AND ALL OTHER COUNTRYS WILL FALL DOWN ON A KNEES ON FRONT OF ISLAM !!! IN SHA ALLAH !!!  ISLAM WILL RULE THE WORLD BY ALLAH WILLS , USA AND OTHER ALIES ARE TRYING TO STOP GROWING ISLAM , BUT THEY CAN NOT !!!! I DONT WANT TO TALK TO YOU ANYMORE BECOSE YOU ARE LIER EDWIN !!

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
E⬛⬛⬛⬛⬛⬛
**Author**   E⬛⬛⬛⬛⬛⬛
**Sent**   2014-05-01 17:01:10 UTC
**Deleted**   false
**Body**   Abdullah i am not lying. look at mother teresa. she is from your lands.

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
E⬛⬛⬛⬛⬛⬛
**Author**   E⬛⬛⬛⬛⬛⬛
**Sent**   2014-05-01 17:07:21 UTC
**Deleted**   false
**Body**   you showed me, there are 2 jihad. the bigger jihad is with in the man. the small jihad is outside the man

**Recipients**   Abdullah Ramo Mudzahid (100002647935197)
E⬛⬛⬛⬛⬛⬛
**Author**   E⬛⬛⬛⬛⬛⬛
**Sent**   2014-05-01 17:13:48 UTC
**Deleted**   false
**Body**   maybe we can talk about other things. we dont need to talk about this.
i heard a plane crashed in Aleppo, was there much damage?

**Recipients**   E⬛⬛⬛⬛⬛⬛
Abdullah Ramo Mudzahid (100002647935197)
**Author**   Abdullah Ramo Mudzahid (100002647935197)
**Sent**   2014-05-01 17:14:54 UTC

**Deleted** false
**Body** BEST JIHAD IS TO TAKE A GUN AND STAND UP AND FIGHT KUFFAR , USA ARMY , CRISTIANS AND ALL OTHER ENEMY OF ISLAM !! WE ARE FIGHTING AND IMPLEMENTIGH ALLAH SUBHANEHU WE TEALA LAW  ON THIS EARTH !!!!! LISTIN ISLAM WILL RULE THE WARLD , YOU WILL BE LIVING UNDER ISLAMIC STATE RULES ACORDING BY KUR'AN AND SUNNET ( EXAMPLE OF MUHAMED SALLALLAHU ALEJHI VE SELLEM ) . LOOK THEV HISTORY MUHAMED PEACE BE UP ON HIM BY ALLAH HELP AND PERMISION HE DESTROY ROMANS AND PERSIAN EMPIRE !! ALLAHU EKBER , AND SAME THING WILL HAPEND WITH USA AND OTHER SUPER POWER NATION TODAY !!! WHY BECOUSE YOU ARE KUFFAR , YOU ARE WORSHIPING SOMBODE ELSE BESIDE ALLAH , JESUS PEACE BE UP ON HIM HE WAS MASSANGER ONLY ,!! HE NEVER TOLD PEOPLE TO WORSHIP HIM !! BUT YOU ARE FOLLOWING FOOT STEPS OF SHEJTAN ( EVIL) . YOU BETTER ACEPT ISLAM AND COME TO JIHAD FIGHT WITH US ENEMY OF ISLAM ... ALLAH WILL GIVE YOU PARADISE IN SHA ALLAH!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E
**Author** █████████████████
**Sent** 2014-05-07 02:44:31 UTC
**Deleted** false
**Body** hey maybe we can lighten up the conversation a little.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E
**Author** E█████████████████
**Sent** 2014-05-07 02:45:15 UTC
**Deleted** false
**Body** after all your not dead yet and i am still an Infidel.

**Recipients** E█████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-07 12:43:49 UTC
**Deleted** false
**Body**

**Recipients** E█████████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 11:54:57 UTC
**Deleted** false
**Body** If you send bombs to Muslim countries, what kind of packages do you expect from them, for sending to you, CHOCOLATES?
This is the way to talk to Kuffar... May the slave rulers understand

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E
**Author** E█████████████████
**Sent** 2014-05-10 12:41:04 UTC
**Deleted** false
**Body** the USA is in the Muslim lands because of oil and the rulers have invited USA into their lands, is that correct?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E
**Author** E█████████████████
**Sent** 2014-05-10 12:42:05 UTC
**Deleted** false
**Body** Now there a groups of Muslims like Alqueda  and Taliban and ISIS that dont like Infadels in their lands doing business.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)

**Author** ███████████

**Sent** 2014-05-10 12:42:44 UTC

**Deleted** false

**Body** so they start attacking other muslims and the uSA until they leave the muslim lands, is that correct?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)

**Author** ███████████

**Sent** 2014-05-10 12:42:57 UTC

**Deleted** false

**Body** i have a solution

**Recipients** Abdullah Ramo Mudzahid (100002647935197)

**Author** ███████████

**Sent** 2014-05-10 12:44:25 UTC

**Deleted** false

**Body** if we take the land away from the muslims it no longer is muslim land and then muslims dont have to be upset about kuffar and feron and infadel in their land because it is no longer their land. everybody can be happy now

**Recipients** Abdullah Ramo Mudzahid (100002647935197)

**Author** ███████████

**Sent** 2014-05-10 12:45:06 UTC

**Deleted** false

**Body** Ed Feys for President of the world. can i count on your vote?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)

**Author** ███████████

**Sent** 2014-05-10 12:45:59 UTC

**Deleted** false

**Body** of course i am joking, and i do appreciate the point of view that was raised.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)

**Author** ███████████

**Sent** 2014-05-10 12:48:12 UTC

**Deleted** false

**Body** if muslims brought big armies to america i would be upset.
however b4 america brought the Army to the Middle east it was small groups like qlqueda and taliban that started causing problems for the sheiks and rulers decades ago and the rulers of muslim lands asked USA to come and help them deal with groups like ISIS and such. so america answered the call.

**Recipients** ███████████
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-05-10 12:49:47 UTC

**Deleted** false

**Body** YOU ALL KUFFAR WILL BE FINISHED LIKE ROMAN AND PERSIAN EMPIRE FOR TIME OF PROPHET MUHAMED SALLALLAHU ALEJHI VE SELLEM IN SHA ALLAH !! JUST SIT AND WAIT !!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)

**Author** ███████████

**Sent** 2014-05-10 12:50:12 UTC

**Deleted** false

**Body** i dont want american armies in middle east but until the muslims calm down over there. america will be a big part of the middle east.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E⬛⬛⬛⬛⬛⬛⬛⬛
**Author** E⬛⬛⬛⬛⬛⬛⬛⬛
**Sent** 2014-05-10 12:50:22 UTC
**Deleted** false
**Body** really Abdullah?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E⬛⬛⬛⬛⬛⬛⬛⬛
**Author** E⬛⬛⬛⬛⬛⬛⬛⬛
**Sent** 2014-05-10 12:50:48 UTC
**Deleted** false
**Body** I would like to know what you are going to do about it.

**Recipients** E⬛⬛⬛⬛⬛⬛⬛⬛
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 12:51:04 UTC
**Deleted** false
**Body** USA ARMY WILL BE FINISHED AS ROMAN EMPIRE !!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E⬛⬛⬛⬛⬛⬛⬛⬛
**Author** E⬛⬛⬛⬛⬛⬛⬛⬛
**Sent** 2014-05-10 12:51:50 UTC
**Deleted** false
**Body** you are in Syria

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E⬛⬛⬛⬛⬛⬛⬛⬛
**Author** E⬛⬛⬛⬛⬛⬛⬛⬛
**Sent** 2014-05-10 12:52:15 UTC
**Deleted** false
**Body** i have been watching the news and the USA army is not in Syria

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E⬛⬛⬛⬛⬛⬛⬛⬛
**Author** E⬛⬛⬛⬛⬛⬛⬛⬛
**Sent** 2014-05-10 12:53:14 UTC
**Deleted** false
**Body** i think you are telling me stories. why dont you come back home. your family is here, sister brother nephews

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E⬛⬛⬛⬛⬛⬛⬛⬛
**Author** E⬛⬛⬛⬛⬛⬛⬛⬛
**Sent** 2014-05-10 12:54:24 UTC
**Deleted** false
**Body** you did your service

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E⬛⬛⬛⬛⬛⬛⬛⬛
**Author** E⬛⬛⬛⬛⬛⬛⬛⬛
**Sent** 2014-05-10 12:56:01 UTC
**Deleted** false
**Body** unless you plan on heading to pakistan and aphgahnistan just come home.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E⬛⬛⬛⬛⬛⬛⬛⬛

**Facebook Business Record**          **Page 3843**

**Author** E█████████████

**Sent** 2014-05-10 12:56:24 UTC

**Deleted** false

**Body** *Afghanistan

**Recipients** E█████████████
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-05-10 12:57:23 UTC

**Deleted** false

**Body** I DONT WANT TO LEAVE JIHAD NEVER TILL I GOT TO BECOME SEHEED IN SHA ALLAH!!!  I DONT LIKE THAT SLAVE LIFE IN USA

**Recipients** E█████████████
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-05-10 12:57:47 UTC

**Deleted** false

**Body** KHILAFAH IS COMING SOON !!!!!

**Recipients** E█████████████
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-05-10 12:58:50 UTC

**Deleted** false

**Body** USA IS NOT HERE IN SYRIA  BECOUSE WE WOULD KILL THEM BUT THEY GIVE GUNS TO THOSE KUFFAR TO FIGHT US !!!

**Recipients** E█████████████
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-05-10 13:06:05 UTC

**Deleted** false

**Body** EDWIN WE ARE NOT STUPID OK !! AND WE ARE NOT AFRAID OF NOBODY EXCEPT ALLAH !!!!

**Recipients** E█████████████
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-05-10 13:07:23 UTC

**Deleted** false

**Body** WE UNDERSTOOD VERY GOOD WHAT USA IS TRYING TO DO IN MUSLIM COUNTRYS WITH HELP OF THOSE MURTEDEEN SEIKH , THEY WANT TO SPREAD DEMOCRACY HERE !! THAT WILL NEVER HAPEND !!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████

**Author** E█████████████

**Sent** 2014-05-11 12:22:01 UTC

**Deleted** false

**Body** I am glad you brought that up. i have never understood why Democracy( giving the people the power to choose) is a bad thing for Muslim countries.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████

**Author** E█████████████

**Sent** 2014-05-13 03:38:47 UTC

**Deleted** false

**Body** do you keep a diary? a day in the life of a Jihadist?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E█████████████

**Facebook Business Record**                                    **Page 3844**

**Author** E███████████
**Sent** 2014-05-13 03:39:05 UTC
**Deleted** false
**Body** what will you do today?

**Recipients** E███████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-13 09:33:51 UTC
**Deleted** false
**Body** DEMOCRACY IS A MAN MADE LAW !! WICH HAS SO MUCH BAD THINGS , DEMOCRACY
ALOW PEOPLE TOO DO ALL KIND OF SINS!!  SEE HOW MANY WOOMEN GOT RAPED OR
KILLED IN USA EVERY DAY !!! HERE IN ISLAMIC STATE OF IRAQ AND SHAM WE DO NOT
HAVE NOBODY STILLING , WE DO NOT HAVE WOMMEN RAPING OR KILLING WE HAVE
NO GAY MARRAGE WE HAVE NO LASBIAN ...................... AND SO AND SOOO

**Recipients** E███████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-13 11:00:26 UTC
**Deleted** false
**Body**

**Recipients** E███████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-13 11:19:25 UTC
**Deleted** false
**Body** THERE IS NO GOD BUT ALLAH AND MUHAMED IS HIS MASSANGER !!!! THAT WAT IT
SAY'S ON FLAG

**Recipients** E███████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-13 11:48:58 UTC
**Deleted** false
**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████
**Author** E███████████
**Sent** 2014-05-15 04:25:57 UTC
**Deleted** false
**Body** i saw this video.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████
**Author** E███████████
**Sent** 2014-05-15 04:26:19 UTC
**Deleted** false
**Body** you would like the world to serve you wouldnt you?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████
**Author** E███████████
**Sent** 2014-05-15 04:26:46 UTC
**Deleted** false
**Body** abdullah that is not the way. muslims should serve the world not rule it

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████
**Author** E███████████

| | |
|---|---|
| **Sent** | 2014-05-15 04:27:37 UTC |
| **Deleted** | false |
| **Body** | if you make your selves low Allah will raise you but if you make yourselves high Allah will crush you. |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | E█████████████████ |
| **Sent** | 2014-05-15 04:28:52 UTC |
| **Deleted** | false |
| **Body** | this man should go back to his house and put on overall and boots and serve, no one is impressed with his fine white outfit that has never seen a day of real work. |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | E█████████████████ |
| **Sent** | 2014-05-15 04:30:54 UTC |
| **Deleted** | false |
| **Body** | you can fight for Allah or you can serve quietly and let Allah fight for you. |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | E█████████████████ |
| **Sent** | 2014-05-15 04:31:31 UTC |
| **Deleted** | false |
| **Body** | the vanity and pride in your pictures is too obvious. please stop. |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | E█████████████████ |
| **Sent** | 2014-05-15 04:32:46 UTC |
| **Deleted** | false |
| **Body** | i bet people are hungry maybe you can organize the daughters in the community to start urban gardens. i have seen vacant fields in the video maybe you could put a cow or goats in that field |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | E█████████████████ |
| **Sent** | 2014-05-15 04:33:10 UTC |
| **Deleted** | false |
| **Body** | you are a leader of men??? |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | E█████████████████ |
| **Sent** | 2014-05-15 04:34:02 UTC |
| **Deleted** | false |
| **Body** | maybe one day you get to have a glorious death screaming allahu eckbar but untill then serve like a gardener and feed people |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | E█████████████████ |
| **Sent** | 2014-05-15 04:35:48 UTC |
| **Deleted** | false |
| **Body** | a video of mujaheed always gets likes and 10 or 20 people commenting Amin. but how what impact would a video of you feeding kids and bring food to woman whose men have gone to fight? i bet it would get many many likes and many comments of Mashalla |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | E█████████████ |
| **Author** | E█████████████ |
| **Sent** | 2014-05-15 04:36:18 UTC |
| **Deleted** | false |
| **Body** | dont you agree? |

| | |
|---|---|
| **Recipients** | E█████████████ |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-05-15 09:25:05 UTC |
| **Deleted** | false |
| **Body** | WE DO THAT ALSO , BUT OUR GOOD DEEDS ONLY ALLAH KNOWS WE DO EVRYTHING IN THE NAME OF ALLAH !!!! |

| | |
|---|---|
| **Recipients** | E█████████████ |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-05-15 09:26:43 UTC |
| **Deleted** | false |
| **Body** | |

| | |
|---|---|
| **Recipients** | E█████████████ |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-05-15 09:27:30 UTC |
| **Deleted** | false |
| **Body** | |

| | |
|---|---|
| **Recipients** | E█████████████ |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-05-15 09:33:59 UTC |
| **Deleted** | false |
| **Body** | ISLAM IS A TRUE !!!! YOU DON'T LIKE TO FACE TRUE ???????? |

| | |
|---|---|
| **Recipients** | E█████████████ |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-05-15 09:45:29 UTC |
| **Deleted** | false |
| **Body** | THERE IS NO GOD BUT ALLAH AND MUHAMED IS HIS MASSANGER AND ISA ( JESUS( ALEJHI SELLAM IS HIS MASSANGER  !!!! THAT WAT IT SAY'S ON FLAG |

| | |
|---|---|
| **Recipients** | E█████████████ |
| | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-05-15 10:56:55 UTC |
| **Deleted** | false |
| **Body** | question for you !!!! ????? what should we do about cristians and other kufar who are killing muslim's , killing muslims wommen ,kids old man , they are raping muslim woomen !!! how you thing we need to deal with those kuffar ???? WE HAVE TO FIGHT THEM AND KILL THEM ,!!!!! THAT IS ONLY WAY TO STOP CRISTIANS VIOLENCE TO A MUSLIM POPULATION !!! EDWIN PLEASE DO NOT PLAY NICE , LIKE YOU CRISTIAN ARE GOOD PEOPLE , YOU ARE EVIL , YOU GO TO MUSLI M COUNTRYS TO FIGHT ISLAM !!! YOU WILL BE CRUSED AND ISLAM WILL BE RILLING THE WARLD , AND SHARIA WILL BE APLIED IN EVRY CORNER OF THE WARLD !!! AND DEMOCRACY , GAY AND LAZBIAN MARRIEGE WILL BE DESTROYED IN SHA ALLAH !!!!!!! YOU WILL BE PAYING JIZYA TO ISLAMIC STATE , AND YOU WILL BE LIVING UNDER ISLAMIC RULE IN SHA ALLAH |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
| | E█████████████ |

**Author** E⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Sent** 2014-05-15 16:23:57 UTC
**Deleted** false
**Body** that is fine by me Abdullah, bring it.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
**Author** E⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Sent** 2014-05-15 16:24:49 UTC
**Deleted** false
**Body** Now i am very interested in these pictures of your charity works. do you have more? maybe some videos?

**Recipients** E⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-17 08:42:58 UTC
**Deleted** false
**Body** I ASKED YOU A QUESTION !! WHY DON'T YOU ANSWER ME?????? READ

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Author** E⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Sent** 2014-05-17 08:44:50 UTC
**Deleted** false
**Body** ok hold a sec

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Author** E⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Sent** 2014-05-17 08:46:38 UTC
**Deleted** false
**Body** well what you should you do is NOT invade other countries

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Author** E⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Sent** 2014-05-17 08:47:09 UTC
**Deleted** false
**Body** u are up set at usa for invading muslim countries

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Author** E⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Sent** 2014-05-17 08:47:31 UTC
**Deleted** false
**Body** now you have invaded another country

**Recipients** E⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-17 08:53:29 UTC
**Deleted** false
**Body** nobody invade you or other kuffar to a muslim land , they come here alone to ocupie muslim land !!!! THEY WILL BE CRUSHED BY MUJAHEDEEN IN SHA ALLAH , AND WILL BE DEFEATED !!! HILAFAH IS COMING SOON IN SHA ALLAH !!!! ALLAHU EKBER

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Author** E⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Sent** 2014-05-17 08:53:31 UTC
**Deleted** false

**Body** Now i answer you, so why do u never send me pictures of you or cool videos.

**Recipients** ▮
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-17 08:54:31 UTC
**Deleted** false
**Body** ALLAHU EKBER ,

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮
**Author** ▮
**Sent** 2014-05-17 08:55:00 UTC
**Deleted** false
**Body** Abdullah what can i say, the middle east is a hot place and everyone wants a piece

**Recipients** ▮
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-17 08:56:18 UTC
**Deleted** false
**Body** I KNOW , YOU HAVE TO FIGHT MUJAHEEDEN BEFORE YOU GOT ANY PIECE HEHE, IT IS A BIG PRICE

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮
**Author** ▮
**Sent** 2014-05-17 08:57:03 UTC
**Deleted** false
**Body** no doubt. we have spent too much money over there

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮
**Author** ▮
**Sent** 2014-05-17 08:57:32 UTC
**Deleted** false
**Body** i am curious though about ur jihad.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮
**Author** ▮
**Sent** 2014-05-17 08:57:40 UTC
**Deleted** false
**Body** experience

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮
**Author** ▮
**Sent** 2014-05-17 08:58:11 UTC
**Deleted** false
**Body** videos and pictures of you and the guys

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮
**Author** ▮
**Sent** 2014-05-17 08:58:25 UTC
**Deleted** false
**Body** what you do all the time and stuff

**Recipients** ▮
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-05-17 08:59:13 UTC
**Deleted** false
**Body** EDWIN, CRISTIANS AND OTHER ALIES ARE TRYING TO OCUPIE MUSLIM LAND COUNTRYS AND THEY WANT TO SPREAD DEMOCRACY AND CRISTIANITY OK , WE ARE NOT STUPID !!! THIS IS LONG WAR BETTWEEN ISLAM AND KUFFAR CRISTIANITY AND OTHER MUSRIKIN HELPER OF KUFFAR !!! BUT ISLAM WILL WIN IN SHA ALLAH !! ISLAM IS ALRADY IN YOUR BACK YARD !!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E
**Author** E
**Sent** 2014-05-17 08:59:58 UTC
**Deleted** false
**Body** ok i dont understand

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E
**Author** E
**Sent** 2014-05-17 09:00:14 UTC
**Deleted** false
**Body** what are u saying?

**Recipients** E
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-17 09:00:45 UTC
**Deleted** false
**Body** WE FIGHT KUFFAR AND ENEMY OF ISLAM EVERY DAY !!!!!

**Recipients** E
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-17 09:01:32 UTC
**Deleted** false
**Body** THANK'S TO ALLAH HE CHOSE ME TO BE ONE OF HIS SOLDIERS MUJAHEEDEN ELLHAMDU LILLAH !!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E
**Author** E
**Sent** 2014-05-17 09:02:06 UTC
**Deleted** false
**Body** Right!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E
**Author** E
**Sent** 2014-05-17 09:02:15 UTC
**Deleted** false
**Body** i would like to see that

**Recipients** E
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-17 09:03:39 UTC
**Deleted** false
**Body** I SENT YOU MANY TIMES OUR FIGHTS !! WHY DO NOT YOU WATCH !!!!???

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E
**Author** E
**Sent** 2014-05-17 09:04:25 UTC

**Deleted** false
**Body** i watch but it is not u. it is people that are not you

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
                  E█████████████
**Author** E█████████████
**Sent** 2014-05-17 09:05:02 UTC
**Deleted** false
**Body** they are old videos from youtube

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
                  E█████████████
**Author** E█████████████
**Sent** 2014-05-17 09:07:05 UTC
**Deleted** false
**Body** How come you dont send picture or videos of yourself?

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
                  E█████████████
**Author** E█████████████
**Sent** 2014-05-17 09:08:39 UTC
**Deleted** false
**Body** get with the program!! ok my brother i am going to sleep good day.

**Recipients** E█████████████
                  Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-17 09:09:16 UTC
**Deleted** false
**Body** I FIGHT IN CAUSE OF ALLAH !!

**Recipients** E█████████████
                  Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-17 09:09:52 UTC
**Deleted** false
**Body** I DO NOT MAKE VIDEOS WHEN I GO TO FIGHT OK ,

**Recipients** E█████████████
                  Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-17 09:10:15 UTC
**Deleted** false
**Body** BECOUSE ALLAH KNOWS ME , HE NOWS EVRYTHING !!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
                  E█████████████
**Author** E█████████████
**Sent** 2014-05-17 09:10:51 UTC
**Deleted** false
**Body** make them for allah that i may know

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
                  E█████████████
**Author** E█████████████
**Sent** 2014-05-17 09:11:10 UTC
**Deleted** false
**Body** you share many videos

**Recipients** E█████████████
                  Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)

|          |                                                                   |
|---------:|-------------------------------------------------------------------|
| **Sent** | 2014-05-18 05:32:01 UTC |
| **Deleted** | false |
| **Body** | |

**Recipients** ▮▮▮▮▮▮▮▮▮▮▮▮▮
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-05-19 14:08:11 UTC

**Deleted** false

**Body** Allah says:

"And prepare against them whatever you are able of power and of steeds of war by which you may terrify the enemy of Allah and your enemy and others besides them whom you don't know but Allah knows" QUR'AN (SURETUL 8, VERSE 60.
(8:60

**Recipients** ▮▮▮▮▮▮▮▮▮▮▮▮▮
Abdullah Ramo Mudzahid (100002647935197)

**Author** Abdullah Ramo Mudzahid (100002647935197)

**Sent** 2014-05-19 14:48:32 UTC

**Deleted** false

**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮▮▮▮▮▮▮▮▮▮▮▮▮

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent** 2014-05-20 04:44:29 UTC

**Deleted** false

**Body** Your killing me man, Mudzahid dont have to come to america all they have to do is send your constant stream of vague pro muslim propaganda.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
▮▮▮▮▮▮▮▮▮▮▮▮▮

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent** 2014-05-20 04:59:48 UTC

**Deleted** false

**Body** I have asked you repeatedly for pictures that accurately document what you; Abdullah and his gang of merry men, are doing and you have sent NO videos NO pictures NO details of your days.

If i went to Jihad it would be documented, people would know whats happening over there!!!
i would not trust the truth to the world news, i would shows them and rie about it.
but no Abdullah floods Facebook with a stream of Crap that every other idis is shareing on facebook.

I think You are probably a fake.
you have nothing, to take videos of, or pictures of, or write because there is nothing happening except a bunch of Muslims sharing pictures of the flag on Facebook, that is the only thng that happens.

you lack content abdullah

Did Mohammed run around the desert documenting all the places he went with his finger in the air and a black flag???????

No he kicked ass and documented it and shared that document with the world!!!
One day a Muslim marched up to Rome and he could have taken over all of Europe...i do not know why he did not choose to conquer all of rome and Europe. But Everybody in the world knew about it!!! i know about it and no Catholics have ever messed with Muslims since.
you know we roman catholics fought and marched beside you in Bosnia 2 and a half

Facebook Business Record

Page 3852

decades ago. dont forget history so quick abdullah.

You can justify your invasion into syria for the sake of woman's vaginas and childrens lives but how do you justify the crap you share 18 times aday on facebook???

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████
**Author** E
**Sent** 2014-05-20 05:04:23 UTC
**Deleted** false
**Body** Please for the sake of Allah and the life of Isa and Mohammed Sallallahu alejhi ve salem.
STOP the junk and START posting real stuff that YOU are doing.
And if you arent dojng anything real then START!!
You say woman and children are hurt, then build houses an guard them, get them food and Document it! Mohammed did it so you do it!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████
**Author** E
**Sent** 2014-05-20 05:04:58 UTC
**Deleted** false
**Body** Or go back to bosnia and be quiet

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████
**Author** E
**Sent** 2014-05-20 05:10:31 UTC
**Deleted** false
**Body** here is a good reason to invade bosnia,

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████
**Author** E
**Sent** 2014-05-20 05:10:34 UTC
**Deleted** false
**Body** My heart goes out to the victims of the torrential floods in Bosnia and Serbia. Dozens perished, and over 10,000 people were left homeless. Whole small towns were literally washed away. This may seem a world away to you, but just imagine this had been about your hometown.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
E███████████
**Author** E
**Sent** 2014-05-20 05:11:09 UTC
**Deleted** false
**Body** go invde bosnia and do something to help your brothers and sister muslims.

**Recipients** E███████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-20 15:16:28 UTC
**Deleted** false
**Body** WHAT THEY HAVE IS ONLY A WORNING FROM ALLAH SUBHANEHU WE TEALA !! THEY DESERVE THE PUNISMENT  BECOUSE THEY DO NOT FOLLOW ALLAH AND MUHAMED SALLALLAHU ALEJHI VE SELLEM ORDERS FROM KUR'AN !!!! ALLAH WILL GIVE EVERYBODY WHAT THEY DESERVE ON JUGMENT DAY !!!!!!!!

**Recipients** E███████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-20 15:16:54 UTC

**Deleted** false
**Body** WHAT THEY HAVE IS ONLY A WORNING FROM ALLAH SUBHANEHU WE TEALA !! THEY DESERVE THE PUNISMENT  BECOUSE THEY DO NOT FOLLOW ALLAH AND MUHAMED SALLALLAHU ALEJHI VE SELLEM ORDERS FROM KUR'AN !!!! ALLAH WILL GIVE EVERYBODY WHAT THEY DESERVE ON JUGMENT DAY !!!!!!!!

**Recipients** E█████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-20 15:19:09 UTC
**Deleted** false
**Body**

**Recipients** E█████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-20 16:09:07 UTC
**Deleted** false
**Body**

**Recipients** E█████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-20 16:35:39 UTC
**Deleted** false
**Body** http://youtu.be/bX3a5Gtpv2A

**Recipients** E█████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-20 16:36:15 UTC
**Deleted** false
**Body** I AM WITH THOSE BROTHERS IN ISLAMIC STATE OF IRAQ AND SHAM

**Recipients** E█████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-20 17:54:34 UTC
**Deleted** false
**Body** http://youtu.be/8oAAEfxfRCE

**Recipients** E█████████████
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-20 17:54:44 UTC
**Deleted** false
**Body** ALLAHU EKBER


(mid.1397057791665:976a3d7fc0c7785883)
**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-09 15:36:31 UTC
**Deleted** false
**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-04-10 01:43:10 UTC

U.S. Government property
May not be used without
U.S. Government permission

● May 24

● 5/24, 10:01pm

Abdullah, I do not hate you. you are burdened deeply by your hate because it is your obligation to your Religious beliefs as a 'true muslim'.

i have not been sensitive to your situation. i will give you some room. thank you for everything and answering my questions.

● May 25

● 

5/25, 9:22am

**Abdullah Ramo Pazara**

you are asking to much !!! but you do not answering my questions !!

● 5/25, 9:40am

well sometimes i cant know you are asking a question. make questions like this for me. Q: ED TELL ME WHY YOUR WOMAN RUN AROUND NAKED AND GET DRUNK????? if you put the ' Q: ' then i will know it is a question.

why dont we talk about the electric chair and such??? well those people in electric chair had many court cases and a jury of their peers convict them to die.

it appears that in islam 8 men with ak are the judge jury and executioner, no court case in islam just murder

i saw the video of the yellow car with three boys/young men in it. and they were randomly shot down, no court case, no fair trial, no jury of their peers, just murder.

why do u think murder is ok as long as you are worshipping god??? murder is not ok!!!

America is a currupted Nation it is true, BUT we still try to follow laws But you run around murdering people like you are god and government. you are not!

You complain about americans that killed Kuffar muslims and you your self are killing more muslims than americans killed. you make me sick with your hypocrisy!!

what you are doing is not for glory of Allah, it is for the gLory of Hate. it is wrong, you are wrong

so please tell me abdullah how righteous you and your brothers are???

any more questions today??

● 

5/25, 9:52am

**Abdullah Ramo Pazara**

STL 00018282

U.S. Government property
May not be used without
U.S. Government permission

ALLAH CHOSE US TO FIGHT KUFFAR !! AND ALLH WANT US TO SET UP SHARIA LAW ON EARTH !!! THOSE PEOPLE IN YELOW CAR AND OTHER ARE HELPING AMERICAN TERORISTS IN IRAQ TO KILL MUSLIMS !!! THEY TESERVE TO BE KILLED !!!

- 5/25, 9:53am

  do you know about blacks in america?

  we made them slaves and rape them and beat them for 100s of years.



- 

  5/25, 9:54am

  **Abdullah Ramo Pazara**

  WHAT??

- 5/25, 9:55am

  do you know the story of what america did to black people?

- 5/25, 10:02am

  I will tell you, Blacks were slaves in america and treated like 2nd hand citizens. they were beatin and raped put in jail. then one day they started peacefully protesting, marching in streets and walking in neighbor hoods and protesting with NO violence and then they got freedom! In india the brownies wanted to be free from the british and they follow ghandi and protest peacefully and they get freedom from the 'christians'. if muslims want freedom to do sharia then all they have to do is peacefully protest and in 50 years they can have many countries. but no no u must murder murder murder and Allah will NEVER give you what you desire. Only the peacemakers shall be sons and daughters of God' not the Mudjadeen!

- 5/25, 10:07am

  now India is a respected nation and their sons and daughters go all around the world and become doctors and engineers and lawyers and help the whole world, God has blessed india so much. and in america African americans are lawyers and doctors and business owners etc and they accel at all sports except hockey (thank god, lol) seriously when people muslim or kuffar make PEACE Allah blesses those people and the whole world!!! stop your evilevil violence and God will give you all the middle east and all the world but you keep up this wickedness and he will keep you down under Israel and under the USA. peace is always triumph over violence and murder

- 5/25, 10:08am

  or just ignore the facts and keep shooting eachother



- 

  5/25, 10:37am

U.S. Government property
May not be used without
U.S. Government permission

**Abdullah Ramo Pazara**

This attachment may have been removed or the person who shared it may not have permission to share it with you.



5/25, 10:45am

**Abdullah Ramo Pazara**

DO YOU NOW THAT MUSLIMS IN SIRYA WHERE PROTESTING AND BASSAR DOG PRESIDENT START KILLING THEM !!!!!

WHEN WE WANT SOMTING YOU ARE KILLING US YOU DIRTY KUFFAR CRISTIANS AND OTHER HELPER OF YOU !!!!!

5/25, 10:46am

yes, and at first you die and get beatin and raped but God hears your cry and eventually save you, but when you use your own strength you become just like the kuffar and god does not help you.

also when you shoot ak47 in air the bullet must also far to earth...it is stupid to shoot guns in air and have bullets come down on woman and children

ISIS is killing woman and children with their bullets ??? better to be nonviolent

ISIS is sending husbands and father to their death and making more widows and orphans then kuffar are?!!

dont you see how killing people does not strengthen but weakens a nation????

mother teresa helped muslims and hindus live in peace and get education. she does not spread hate and murder.

she helps woman and children.



5/25, 10:51am

**Abdullah Ramo Pazara**

ISLAMIC STATE IRAQ AND SHAM MUJAHEDEEN ARE NOT KILLING WOMMEN AND KIDS YOU ARE LYING I AM VITNES FROM A SCENE , YOU LYER

WHY YOU ARE LYING

5/25, 10:52am

i have seen the profiles of your friends, they have wives and daughters and sons. they need to be at home protecting them not killing other womans husband and killing childrens dads in another country. you are NO BETTER than the Kuffar you hate you are just like the KUFFAr

STL 00018284

U.S. Government property
May not be used without
U.S. Government permission



5/25, 10:53am

**Abdullah Ramo Pazara**

WE HAVE TO CLEAN EART FROM YOU DIRTY KUFFAR , WE HAVE TO CLEAN IRAQ, AFGANISTAN SOMALIA BOSNA AND ALL OTHER PLACES FROM KUFFAR

5/25, 10:54am

i am not lying, do you have smart bullets??? that stop infront of woman and children??? the AK47 bullet does not stop only the man with his finger at the trigger can stop a ak 47 bullet

HEY NO YOU DONT!!!!!



5/25, 10:54am

**Abdullah Ramo Pazara**

ISLAM IS IN YOU BACK YARD !!!! YOU WILL NEED TO OBEY SHARIA LAW VERY SOON !!!!!

5/25, 10:54am

God want earth clean he can do it with fire

he does not need abdullah to clean the earth



5/25, 10:55am

**Abdullah Ramo Pazara**

NO GAY MARRIGE , NO ALCOHOL , NO CIGARETES

5/25, 10:55am

god cleaned the earth once with water

You are lying to your self



5/25, 10:55am

STL 00018285

U.S. Government property
May not be used without
U.S. Government permission

**Abdullah Ramo Pazara**

ALLAH WANT USE US TO CLEAN EARTH, HE PROMISE US THAT IN QUR'AN

- 5/25, 10:55am

God needs you to love

nope

god cand angels can do it.

- 

5/25, 10:56am

**Abdullah Ramo Pazara**

SHARIA LAW IS COMING

- 5/25, 10:56am

god cleaned sodom and gomorrah with fire and the whole earth with water and one day he will with blood he doesnt need abdullah and his ak47

- 

5/25, 10:56am

**Abdullah Ramo Pazara**

WOMMEN MUST BE COVER THEIR BODIES IN SHARIA

- 5/25, 10:57am

abdullah you are not the hand of god

- 

5/25, 10:57am

**Abdullah Ramo Pazara**

ALLAH SEND SHARIA TO EART TO BE JUGING PEOPLE, NOT DEMOCRACY

YOU HAVE NO IDIA HOW BEAUTIFUL LIFE IS TO LIVE UNDER SHARIA LAW, NO ALCOHOL, NO NAKED WOMMEN , NO GAY MARRIAGE, EVRYBODY WORSHIP ALLAH ONLY ALLAHU EKBER

- 5/25, 11:00am

STL 00018286

U.S. Government property
May not be used without
U.S. Government permission

abdullah i am SURE it is much better life. BUT muslims will only take over the world if they stay violent they MUST not be hypocrits

islam is a religion of peace??? then act peaceful put down your gun and show me a peaceful muslim. let me see allah cut down the wicked and not abdullah.



5/25, 11:02am

**Abdullah Ramo Pazara**

THIS FLAG WILL BE APLIED IN ROME ITALY, IN JERUSALEM ISRAEL , BY ALLAH WILLING , AND WILL BE FLYING ON WHITE HOSE IN AMERICA,!!!! ALLAHU EKBER, THAT IS PROMISE FROM MUHAMED AND ALLAH



**Mobile Uploads**

By: Abdullah Ramo Pazara

5/25, 11:02am

in torah! God saved israelites with his own power not the power of israel. if u are tru religion show me allah power

that is right by allah willing mashallah but allah is NOT willing

that you be violent. allah hates violence

are you whering an apron in that picture??? those are for woman!!

*wearing



5/25, 11:06am

**Abdullah Ramo Pazara**

ALLAH ORDER AS A JIHAD !!!! IN QUR'AN TO FIGHT YOU KUFFAR !!! BECOUSE YOU DO NOT WANT TO ACCSEPT TRUE RELIGION ISLAM !!! STOP LYING ANYMORE ,HOW DERE YOU ARE TALKING ABOUT PEACE YOU CRISTIAN KILL BLACK PEOPLE IN USA YOU KILL INDIANS YOU KILL MILLIONS OF PEOPLE IN EARTH FOR NOTHING!!!!!!

STL 00018287

U.S. Government property
May not be used without
U.S. Government permission

- 

  5/25, 11:08am

  **Abdullah Ramo Pazara**

  YOU WILL LIVE UNDER SHARIA LAW !!!!!!!!

- 

  5/25, 11:16am

  **Abdullah Ramo Pazara**

  

  **Timeline Photos**

  #IslamicKhilafahState #Khilafah is Allah's Promise and the Prophecy of His Messe...

  Continue Reading

  By: The Khilafah: A Shining Model for Women's Rights and Political Role.

- 5/25, 11:18am

  that is correct we have and the only people that have thrived in our culture did not fight us with violence but with peace. by peace they moved our hearts and we stopped oppressing them.

- 

  5/25, 11:18am

  **Abdullah Ramo Pazara**

  ISLAM IS A PEACE RELIGION

- 5/25, 11:19am

  bullshit

  please cut the crap

  you are a murderer

  not peace

STL 00018288

U.S. Government property
May not be used without
U.S. Government permission

put down you gun and we will see



•

5/25, 11:21am

**Abdullah Ramo Pazara**

BUT TO BRING PEACE AND SHARIA LAW WE NEED TO FIGHT YOU DIRTY KUFFAR AND KILL YOU AND REMOVE YOU FROM MUSLIM LAND THAT YOU OCUPIE YOU PIGS

WE WILL COME TO ROME AND PUT BLACK FLAG THERE

• 5/25, 11:26am

NO you dont!!! i am telling you, if you come as peace makers you will conquor american israel and the whole world but if you come with guns and bombs hate and anger you will be crushed

what happen to american when they came to afghanistan with guns and bombs? what happened in Iraq??

the people pushed them out they didnt want foreigners with guns ruling them. well if you go to europe or american with guns and bombs you will get pushed out also

only by peace will you conquer america. only if the islamics act peaceful will they win america. you cant say i am peacefull and then murder people

maybe i will join american army and go to syria, how about that??

Come here and be like Evans, or Yusef or Deen. show american about the peaceful islam and sharia and they will adopt.



•

5/25, 11:32am

**Abdullah Ramo Pazara**

I WILL KILL YOUN BY ALLAH WILL

SOMBODY MUST BE IN JIHAD AND DEFEND THIS RELIGION AND MUSLIM LAND

If defending ourselves is Terrorism then we are Terrorists _By Sheikh Abdullah Azzam (r)

• 5/25, 11:33am

Peace Abdullah Peace in the name of Jesus only Peace will rule, not your wicked violence

WRONG. only God defends not man, how man centered you are! not looking to god

who defends the flowers??? and the birds??? God.

let God defend you

let angels from heaven come to save you

STL 00018289

U.S. Government property
May not be used without
U.S. Government permission

show me tru peace

- 5/25, 1:56pm

there is no angels that fight for Allah in Islam, Allah does not fight for himself?? Is it only by the blood of Kuffar and muslims that allah is pleased? abdullah whose blood will be enough to apease your God?

-  May 26



5/26, 8:32am

**Abdullah Ramo Pazara**

YOU DONT UNDERSTED THIS RELIGION OF ALLAH ALMIGHTY BECOUSE YOU ARE UNBOLIVER KUFFAR !!!!!!!! YOU DO NOT EVEN FOLLOV ISA ALEJHI SELLAM JESUS PEACE BE UP ON HIM !!!!! YOU FOLLOOW EVIL STEPS , YOU WORSHIP PEOPLE , PICTURES OF PEPLE , STATUE , YOU ARE KUFFAR , YOU CAN NOT UNDERSTED THE TRUE ISLAM RELIGION !!! GO AND READ THE LIFE OF PROPHET MUHAMED PEACE BE UP ON HIM , HOW HE LIVED LIFE ACCORDING QUR'AN , HOW HE FIGHT KUFFAR IN JIHAD !!!! READDDDDDD, WE ARE FOLLOWING HIS FOOT STEPS BECOUSE ALLAH SAY IN QUR'AN , WE NEED TO FOLLOW MUHAMED PEACE BE UP ON HIM !!!!!! READ LIFE OF HIM!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! AND ASK ALLAH ALMIGHTY TO OPEN YOUR HEART FOR TRUE RELIGION!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

-  May 27

- 5/27, 12:32pm

Well you re welcome to tell me which surah`s in the Quran explain how mohammed lived his life

- 5/27, 12:39pm

but i am sure you will not give me those surahs cause you dont know themor cause you dont care.

-  May 28



5/28, 4:19am

**Abdullah Ramo Pazara**

QUR'AN IS A WORD OF ALLAH ALMIGHTY REVILED TO MUHAMED SALLALLAHU ALEJHI VE SELLEM, IN A MANY SURA ALLAH TALKS ABOUT MUHAMED AND HIS FOLLOWERS , AND TALKS HOW MUSLIMS SHOULD LIVE LIFE ON THIS EARTH , EVERYTHING IS IN QUR'AN !!!!!! BUT ALSO YOU CAN FIND , PEOPLE RECORD LIFE OF MUHAMED EVEN KUFFAR CRISTIANS THEY KNOW HOW PROPHET MUHAMED LIVED AND WHAT HIS TEACHING ARE !!!!!! READ IT !!!!!!!!!!!! YOU MAY LEARN SOMTHING!!!!!!!!!!!!!! THE REAL MUSLIMS ARE THOSE WHO FOLLOW MUHAMED TEACHING AND FOLLOWING HIS FOOT STEPS!!!!!!!!!!!!!!!!!!!



STL 00018290

U.S. Government property
May not be used without
U.S. Government permission

5/28, 4:19am

**Abdullah Ramo Pazara**

LOVE OF AKHIRAH AND PREPARED TO DIE AS SHAHEED

---

• May 28

• 5/28, 8:49am

Thank you Sir!



5/28, 10:20am

**Abdullah Ramo Pazara**

This attachment may have been removed or the person who shared it may not have permission to share it with you.

---

• May 30



5/30, 3:15am

**Abdullah Ramo Pazara**

This attachment may have been removed or the person who shared it may not have permission to share it with you.

---

• June 3



6/3, 6:41am

**Abdullah Ramo Pazara**

MY 5 BROTHERS MUSLIMS IS OUT OF CRISTIAN KUFFAR PRISON GUANTANAMO ELLHAMDU LILLAH ALLAHU EKBER

AND AMERICAN SOLDIER AND HIS FATHER ACCEPTED ISLAM ALLAHU EKBER



6/3, 7:02am

**Abdullah Ramo Pazara**

STL 00018291

U.S. Government property
May not be used without
U.S. Government permission



**Mobile Uploads**

Can't escape this day so prepare for it.

By: Ali Al Farsi

- June 4



6/4, 11:22am

**Abdullah Ramo Pazara**



**Mobile Uploads**

By: Ali Al Farsi

- Saturday

6/14, 7:58am

**Abdullah Ramo Pazara**

U.S. Government property
May not be used without
U.S. Government permission

http://www.militarytimes.com/article/20140612/NEWS08/306120062/How-did-800-ISIS-fighters-rout-2-Iraqi-divisions-

ISLAMIC STATE IRAQ AND SHAM

We are the MUJAHEDEEN THE SOLDIERS OF ALLAH ALMIGHTY ALLAHU EKBER

- Today



1:59am

**Abdullah Ramo Pazara**

ISLAMIC STATE IRAQ AND SHAM ,,,,,,, HILAFAH IS COMING SOON IN SHA ALLAH !!!!!!!!



**Timeline Photos**

By: Edis Djemajli

- 2:01am

Are you planning to go to Iraq soon?



2:02am

**Abdullah Ramo Pazara**

I AM IN IRAQ !!!!!!!!!!!!!

- 2:03am

What!!! when did you leave Syria?



2:03am

STL 00018293

U.S. Government property
May not be used without
U.S. Government permission

**Abdullah Ramo Pazara**

2 WEEKS AGO

- 2:03am

wow! did all your friends go with you?

- 

2:04am

**Abdullah Ramo Pazara**

we control half sirya and almost iraq total hahaha THANKS TO ALLAH ALMIGHTY

- 2:04am

heard on the news that insurgents were taking over Iraq

- 

2:05am

**Abdullah Ramo Pazara**

WE ARE TAKING IRAQ OVER FROM KUFAR SHIA!!!!!

ISLAMIC STATE OF IRAQ AND SHAM IS EVERY DAY BIGER AND BIGER ALLAHU EKBER

- 2:06am

I know.

- 

2:06am

**Abdullah Ramo Pazara**

HILAFAT IS COMING SOON IN SHA ALLAH !!!!!!!!!!!!!!!!!!!!!!

- 2:07am

who is the Hilfat? do they know who it is yet?

- 

STL 00018294

U.S. Government property
May not be used without
U.S. Government permission

2:07am

**Abdullah Ramo Pazara**

WE ARE BRINGING HILAFAH BACK !!!!!!!!!!

CALIPHATE

DO YOU NOW WHAT IS CALIPHATE ???



2:09am

**Abdullah Ramo Pazara**

http://youtu.be/3mXMtLmhQ74          (this is the web address, copy and paste it into your browser search window to view ▮▮▮▮▮▮▮ video detailing caliphate countries)



▮▮▮▮▮▮▮▮▮▮▮▮ **fear of new caliphate**

www.youtube.com

2:14am

Ha Ha Ha you just sent me a ▮▮▮▮▮▮ video?!? Abdullah you slay me you simply slay me(!

STL 00018295

U.S. Government property
May not be used without
U.S. Government permission

what next LOL

seriously though, that is really exciting that the Caliphate is coming. and you guys are bringing him.

it is a little scary for me though.



2:17am

**Abdullah Ramo Pazara**

I SENT YOU THIS VIDEO BECOUSE I WANT YOU TO UNDERSTED WHAT IS CALIPHATE THAT IS WHY!!!!!!!!

YOU SAY YOU DO NOT KNOW WHAT IS THAT!!!

2:19am

i was asking about the identity of the person. like is the guy walking around on the planet yet, as in do we know his name yet?

or will he be born soon?



2:19am

**Abdullah Ramo Pazara**

WHO???

2:21am

the caliphate.

like is he going to be an Iraqi? or a syrian? or a bosnian? maybe he is an american and he is in america right NOW

then he would have to travel to the middle east to lead the Muslims against Israel



2:23am

**Abdullah Ramo Pazara**

WATCH THE VIDEO !!!!! CALIPHATE IS NOT A MAN YOU FOOL!!!!!

2:23am

U.S. Government property
May not be used without
U.S. Government permission

ok i will watch the video.



2:23am

**Abdullah Ramo Pazara**

WATCH THE GLEN BACK VIDEO !!!!!!!!!!!!!!!!!!!!!!

2:24am

i am pretty sure he will be Lebanese though



2:24am

**Abdullah Ramo Pazara**

YOU CRISTIANS WILL BE PAYING JIZYA TO ISLAMIC STATE OF IRAQ AND SHAM

2:25am

they have the best food. when you were in syria did you get to travel to Lebanon? best shwarma on the planet!!

i have heard any way.



2:25am

**Abdullah Ramo Pazara**

THIS IS HARD TIME FOR KUFFAR INFIDELS HAHAHA

2:25am

ok i will watch the video and get back to you on thursday. be safe ttyl

i mean be brave and fearless

ttyl



3:15am

STL 00018297

**Abdullah Ramo Pazara**

OK MAY ALLAH ALMIGHTY GUIDE YOU TO ISLAM AMEEN

- 

3:45am

- 

3:45am

**Abdullah Ramo Pazara**

This attachment may have been removed or the person who shared it may not have permission to share it with you.

STL 00018298

U.S. Government property
May not be used without
U.S. Government permission

surah 14:4
Today
E▮▮▮▮▮▮▮
5:12am
E▮▮▮▮▮▮▮
goodmorning/afternoon
i saw your post on my wall...very cute
do you like that video that you sent me?
Abdullah Al Amriki
5:15am
Abdullah Al Amriki
Which one??
E▮▮▮▮▮▮▮
5:15am
E▮▮▮▮▮▮▮
the disgusting beheading of the journalist
Abdullah Al Amriki
5:16am
Abdullah Al Amriki
I LOVE IT !!!!!
Abdullah Al Amriki
5:22am
Abdullah Al Amriki
James he was happy killing muslims in afganistan iraq ...... this is
punishment for him in this world . I ask ALLAH TO THROW HIM IN A DEEP
JAHENEM ( HELL FIRE ))
E▮▮▮▮▮▮
5:23am
E▮▮▮▮▮▮
i hear they are going to behead another journalist.
Abdullah Al Amriki
5:24am
Abdullah Al Amriki
We Did !!!!!
He was a soldier of usa !!!!! Not journalist you Dirty liers !!!!!!
And he was a spy !!!!!!
E▮▮▮▮▮▮
5:26am
E▮▮▮▮▮▮
oh man.
were you at these beheadings?
Abdullah Al Amriki
5:27am
Abdullah Al Amriki
Yes
E▮▮▮▮▮▮
5:27am
E▮▮▮▮▮▮
Ha! liar.
how were you there if you were in Iraq!!!!!!
2nd you didnt put 14 explanation points behind the Yes!!!!!!!!!!
E▮▮▮▮▮▮
5:30am
E▮▮▮▮▮▮

U.S. Government property
May not be used without
U.S. Government permission

E ██████████
5:30am
E ██████████
why do you lie to me abdullah? is it because i am a dirty kuffar???
i suppose that was you wearing the black mask. sigh. i am reading koran
but u make it difficult on my spirit.
think about that abdullah
Abdullah Al Amriki
5:37am
Abdullah Al Amriki
What did I lie to you ???
E ██████████
5:42am
E ██████████
You really were there!???
Abdullah Al Amriki
5:42am
Abdullah Al Amriki
Think about what ????
Edwin !!! America and their alies are killing inosent muslims everywhere
for a long time !!! They will be deafited soon . Seat back and watch !!!
Defeated ''
E ██████████
5:45am
E ██████████
i understand and i and watching
what was the journalist like.
??
Abdullah Al Amriki
5:46am
Abdullah Al Amriki
He look like PIG
E ██████████
5:54am
E ██████████
ha ha ha
Abdullah Al Amriki
5:55am
Abdullah Al Amriki
I would like to behead gorge bush the last president !!!!
Abdullah Al Amriki
5:58am
Abdullah Al Amriki

E ██████████
6:08am
E ██████████
ha, yeah you and the Liberal Reich!
Abdullah Al Amriki
6:15am
Abdullah Al Amriki
I got to go
Read KUR'AN !!!AND ASK ALLAH ALMIGHTY TO SHOW YOU THE TRUE WAY
!!!!!!!!!!!!!!!

STL 00017917

U.S. Government property
May not be used without
U.S. Government permission



E███████████
6:18am
E███████████
adios
Today
E███████████
10:39am
E███████████
btw (by the way) when you say hehehee verses hahahaa. hehehee sounds
either more child like or more sinister. where as hahahaa is a general i
am laughing about something.
hahahaa communicates that you find something humorous or cunning but not
devious or sinister. fyi

U.S. Government property
May not be used without
U.S. Government permission

Chats between████ and Abdullah 08232014 08242014.txt

Saturday
Abdullah Al Amriki
8/23, 7:51am
Abdullah Al Amriki
What do you say you dirty kuffar !!!!????  ISLAMIC STATE CALIPHATE IS COMING TO YOUR
BACK YARD SOON IN SHA ALLAH . BLACK FLAG WILL FLY OVER ROME AND WHITE HOUSE IN SHA
ALLAH . ALLAHU EKBER
When kuffar are killing muslims you do not want bomb nobody you filty pig's!!!!!!!
ISLAMIC STATE WILL CONCRITE ALL WORLD BY ALLAH SLMIGHY WILL IN SHA ALLAH
E████
8/23, 8:04am
E████
some asshole was flying the black flag in the usa. i hope they shoot him. hey did
you read the letter the us marine wrote to ISIS?
Abdullah Al Amriki
8/23, 8:28am
Abdullah Al Amriki
Why you are hate black flag !!!!?????
IT IS FLAG OF ISLAM AND MUSLIMS
E████
8/23, 8:30am
E████
"As I sit here constantly hearing and watching you execute innocent men, women and
children in the Middle East I chuckle. why do I chuckle you may ask? Well let me
explain something to you cowardice fools who think you are so tough behind all your
propaganda videos. You are scaring a population that doesn't know how to fight,
you're bullying the weak.
You say Islam is the religion of peace, but since when does terrorizing the innocent
and beheading men, women and children constitute peace? But keep in mind, what did
Saddam's troops do when we came rolling into town? They surrendered, twice… So all
your empty threats of coming to America and raising your flag over the White House
amuse me more than any of you sick, sadistic jerks could ever imagine or comprehend.
In 2012 there was about 21.2 million veterans in the United States. Do you
understand what that means? Let me break it down for you. That means there are
literally millions of disgruntled, dysfunctional, pissed off veterans who have been
dealing with years of abuse from their government stabbing them in the backs and
having to watch their friends die because you Islamic extremist idiots can't seem to
act like normal human beings and stop terrorism and the violence.
It's one thing to take over an Islamic state, but if my memory serves me correctly,
I'm pretty sure we plowed through Fallujah in 4 days. Better yet, it took us about
month to control your entire country. At this point, with 13+ years of war under our
belts, how long do you think it would take us to do it all over again? I'll let you
draw your own conclusions on that one. Do you really think you stand a chance on US
soil? Do you really think it would be smart to poke that bear? Remember, never bite
the hand that feeds you.
Remember we are armed to the teeth in the US and I can promise you this… the Geneva
Conventions will not apply to you. You attack us and there will be no mercy. We will
bring the righteous hand of God down upon you and crush you. The ball is in your
court now ISIS. We are more than ready to arrange your so called "meeting" with your
72 virgins and send you to your "prophet" Mohamed."
─ ████
Abdullah Al Amriki
8/23, 8:32am
Abdullah Al Amriki
We will kill all your soldiers !!!!!! Send them we are wayting for them hehehe
We do not kill wommen . We kill man only kuffar but their wommen we take as a slave
!!!!
Your soldiers are defeated in afganistan iraq somalia libya yemen  and and and
BLACK FLAG WILL FLY OVET WHITE HOSE SOON !!!!!!
Tell him I will come to usa and I will kill him !!!!!!
PIG !!!!!!!
300 mujaheeden is ok to take down 21.2 milion american dirty kuffar soldiers !!!!!!
Abdullah Al Amriki

STL 00017912

U.S. Government property
May not be used without
U.S. Government permission

                    Chats between ▮▮▮ and Abdullah 08232014 08242014.txt
8/23, 8:43am
Abdullah Al Amriki

Abdullah Al Amriki
8/23, 8:44am
Abdullah Al Amriki
We will kill your soldirs All like this !!!! IN SHA ALLAH
Abdullah Al Amriki
8/23, 8:49am
Abdullah Al Amriki
You all will be dresed in Orange !!!!!!   HAHAHAHAHAHAH
E▮▮▮▮
8/23, 9:00am
E▮▮▮▮
Our president has tried to make peace with syria and muslims why would you attack
him
Abdullah Al Amriki
8/23, 10:12am
Abdullah Al Amriki
Attack who ?????
Obama want to destroy america hehehe . That is his job !!!!!!
WHY YOU HATE BLACK FLAG !!!?? BLACK FLAG IS ISLAM MUSLIM'S !!! IF YOU HATE BLACK
FLAG YOU HATE ISLAM AND MUSLIMS !!! JESUS SAID IN A BIBLE LOVE YOUR ENEMY !!!!!???
YOU DO NOT FOLLOW HIS WORDS▮▮▮▮ !!!!!!!!
E▮▮▮▮
8/23, 10:35am
E▮▮▮▮
i hate the sin and the flag but not the sinner, i do love you abdullah and i hate
what you do.
you sounded a little blood thirsty earlier and were talking about killing people. i
wanted to be sure that you didnt mean to harm the president. u are dangerous with
your words abdullah
thankfully that is where your threat ends...with your words.
Abdullah Al Amriki
8/23, 10:41am
Abdullah Al Amriki
Your soldiers kill muslims everywhere !!!!!!!!
How dere you are to say anything !!!!????
E▮▮▮▮
8/23, 10:41am
E▮▮▮▮
so i can sleep peacefully knowing you wont be visiting america or the white house
anytime soon.
Abdullah Al Amriki
8/23, 10:42am
Abdullah Al Amriki
Usa killed 1 milion muslims in iraq alone !!!!!
We will dres you all in orange suit and kill you like this dog soldier ee just kill
.!!! He was a soldier not journilist why you are lying !!!??
E▮▮▮▮
8/23, 10:44am
E▮▮▮▮
am i a soldier?
Abdullah Al Amriki
8/23, 10:46am
Abdullah Al Amriki
You support your soldier to go and kill muslims in iraq. Afganistan somalia yemen
.............. AMERICA WILL CRASH SOON YOU WILL SEE !!!!!!! BLACK FLAG WILL FLY OVER
WHITE HOUSE AND ROME AND LONDON.UK
E▮▮▮▮
8/23, 10:50am
E▮▮▮▮
so u call people soldiers so you can justify killing them?
                              Page 2

U.S. Government property
May not be used without
U.S. Government permission

Chats between ▮▮▮▮ and Abdullah 08232014 08242014.txt
you call woman kuffar so you can make them slaves and slaughter their male children
and marry their girls that have had 1 period??
abdullah u are hanging out with the biggest group of douche bags in the galaxy!!
Saturday
E▮▮▮▮▮▮▮
8/23, 3:09pm
E▮▮▮▮
why are we going to wear orange?
Today
Abdullah Al Amriki
4:30am
Abdullah Al Amriki
Did american soldiers killed muslims civilians in the warld !!!!!??????
Abdullah Al Amriki
6:35am
Abdullah Al Amriki


Abdullah Al Amriki
7:07am
Abdullah Al Amriki


E▮▮▮▮▮▮
9:19am
E▮▮▮▮
did you listen to the video i shared on my fb page? a muslim has determined jesus is
greater than mohamed
i have watched many of your video, watch this video of a muslim who came to this
conclusion.
Abdullah Al Amriki
9:24am
Abdullah Al Amriki
What do you want ?? We muslims love jesus peace be upbon him . He was massanger of
ALLAH ALMIGHTY jesus was one of the greatest prophets
E▮▮▮▮
9:25am
E▮▮▮▮
LIAR, just watch the video. stop being a scardy cat
WATCH THE VIDEO
Abdullah Al Amriki
9:25am
Abdullah Al Amriki
Muhamed peace be up on him was the last massanger of ALLAH ALMIGHTY AND WE FOLLOW
TRU RELIGION FROM ALLAH     ISLAM !!!!!!!
Edwin Feys
9:26am
E▮▮▮▮
OK fine your scared to watch christian video. i understand. it is ok
Abdullah Al Amriki
9:28am
Abdullah Al Amriki
MAY ALLAH SHOW YOU RIGHT WAY !!!!
Edwin Feys
9:29am
E▮▮▮▮▮▮
dude i cant believe you are not going to watch the video!!!
it is 3 minutes
Abdullah Al Amriki
9:40am
Abdullah Al Amriki

E▮▮▮▮ ▮▮▮▮

Page 3

U.S. Government property
May not be used without
U.S. Government permission

Chats between ▮▮▮▮ and Abdullah 08232014 08242014.txt

9:42am
E▮▮▮ ▮▮▮
i hope allah guides you to a path that is filled with less or no murder
Abdullah Al Amriki
9:45am
Abdullah Al Amriki
You see how you talk !!! You americans cristians and jews are number 1 killers in
the world !!!!!!  And you want to say something less killing . Usa started this long
period war with ISLAM AND WILL END BY AMERICA COLAPSING DOWN !!! IN SHA ALLAH . WE
WILL DRESS YOU ALL IN ORANGE AND SLAUGHTER  YOU ALL !!!!!!
Abdullah Al Amriki
9:46am
Abdullah Al Amriki

1:16
E▮▮▮
9:48am
E▮▮▮
thank you for that uplifting message on the day i am going to worship.
Abdullah Al Amriki
9:48am
Abdullah Al Amriki
Worship ALLAH ALONE !!!!!!
E▮▮▮
10:04am
E▮▮▮
stop shooting unarmed men and enslaving their woman
E▮▮▮
11:22am
▮▮▮▮
I dont hate the flag, i hate that isis is flying it while committing crimes against
humanity.
you keep telling me how us solidiers have done evil in iraq, as though it justifies
isis doing evil in iraq,  so i ask when will someone do righteousness in iraq?
Abdullah Al Amriki
2:00pm
Abdullah Al Amriki
We will open guantanamo jail for cristians and jews in iraq hehehe. And you all will
be dressed in orange hahahahaha

Sent from Kubar Mutayyaf, Halab, Syria

Page 4

STL 00017915