U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

▮▮▮▮▮▮▮▮

Call Files Ending In: _56, _62, _61, _21, _76, _49, _14, and _51

**S3144941342_20140516191059_76.WAV**

[noise]

RH:   Peace be upon you, sheikh.

AH:   May Allah's peace, mercy, and blessing be upon you. Well, where are you, brother?

RH:   Here I'm watching you showing off, having a window opened, going [by car], not recognizing anyone, going [by car], driving around—

AH:   [laugh] [UI]—Here I was searching on the phone to call Haris. And you were going home from, uh, ▮▮▮▮▮ over there, huh?

RH:   Uh-huh.

AH:   Um-hum, um-hum, um-hum, um-hum, um-hum, um-hum.

RH:   I saw you at a traffic light over here, uh, when you were turning, and before I grab the phone, my brother left.

AH:   Uh-huh. [laugh]

RH:   [UI]. [laugh]

AH:   [laugh] Praise be to God. Here I'm going to ▮▮▮▮▮▮ for a bit and so.

RH:   Praise be to God.

AH:   Uh—

RH:   [UI].

AH:   [UI] some car--He is selling some car and, uh, well, he said—so that I can see it. He has some Ford Escort; he got it—it has 120,000 [miles] on it. It is older, uh, but the A/C is working, everything is working, and it's working well. I'm going to see how---how it looks like.

RH:   Yeah, yeah, praise be to God.

AH:   He is at home. Well, what's up by you? That means you are back, you're here, huh?

RH:   Here I came, brother. I was just able to take a bath, and I went to [UI], uh, still wet. The main thing is that I was able to come over here.

GOVERNMENT
EXHIBIT
12

Trans 01095

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

Call Files Ending In: _56, _62, _61, _21, _76, _49, _14, and _51

AH:     Um-hum, um-hum, um-hum, um-hum.

RH:     Uh, well, so I came [UI].

AH:     It's okay, praise be to God, it's okay, it's okay.

RH:     [OV] Praise be to God.

AH:     It's okay. How is your family over there in Bosnia? Is there anything by your [family] regarding this flooding?

RH:     Well, there is. Everything is [UI] flooded. My [family] is well, you know, since we are, uh, brother, there is—between us—we are a kilometer away from the water, you know, and there is a little hill. My [family] is well but the rest [of people] around are not, you know?

AH:     Um-hum, um-hum, um-hum, um-hum. You don't know what is worse, if you are—if there is, uh, a hill, you are then afraid of a mudslide, but if there is—

RH:     Well, brother, whatever it is, it is from Allah—in order to come to their senses.

AH:     Well, yes, that's it. That is—that is a clear warning, uh, only a fool can see it differently, but that's the whole point of it—as one said—he said, "This is for those who have good sense." And that means whoever is smart, he will understand, and whoever is not—and when even the war didn't make a majority of them wiser, dear brother, hopefully…

RH:     Brother, it's time to supplicate to Allah, and they, too, understand, if they supplicate now, maybe Allah will accept their supplication, understand?

AH:     Yes, glory be to—

RH:     [UI] because, understand, uh, especially now, let's say his house is [UI], you know, and one should say, "O Allah, help him and guide him." Maybe Allah will accept the supplication and guide both of them, you know?

AH:     Amen, amen. Brother, I would love with my whole heart if Bosnia—

RH:     Brother, let a thousand of them—how many are there? There are two million—if He accepts a thousand, that's still good, praise be to God.

AH:     Of course, yeah, bravo, bravo, bravo, and that one has its place.

18
UNCLASSIFIED

Trans 01096

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

[REDACTED]

Call Files Ending In: _56, _62, _61, _21, _76, _49, _14, and _51

RH:  No matter how many respond—probably they will respond after this, uh, praise be to God.

AH:  Yes, uh. Brothers should now, you know, step in regarding assistance, you know, a little of da'wah [Islamic missionary activities] and this—the brothers over there should be n— now helped a little with money if needed, you know, to go outside, to bring water, to bring bread—

RH:  Well, I don't know. I posted it there in order to see if I could send anything for water and for bread because they have—they give bread since I'm— The o—ones by me over there —the ones by me over there transport it to Maglaj, you know?

AH:  Uh-huh.

RH:  And these—these where I am from are okay, uh, because the people over there are well-off. Right--right there, a man from my place gave 30,000 loaves of bread from the bakery this morning, you know?

AH:  Um-hum.

RH:  They gave--but there are many [in need] since the municipalities around us are bad and poor, uh, Zepce, Maglaj, and those villages are in need, you know? So this one—one of my brothers calls on others to donate water and to buy something, you know?

AH:  Um-hum, um-hum, um-hum.

RH:  [UI]. God willing, whatchamacallit, uh, if am able to collect something, you know, and send it to the brothers so that they can buy it and go distribute water, let—let them buy food for children, you know?

AH:  Bravo, bravo, bravo, bravo.

RH:  There is no better da'wah than when you at this time bring a mother a box of food, which costs 4 BAM, and everything over there by her in Bosnia is under the water and her child is little, you know?

AH:  Yeah, yeah, yeah, bravo, bravo, bravo, bravo.

RH:  I thought about that, you know, to [UI]. If I am tomorrow, you know, I have to send this to brothers tomorrow, God willing, and then I'll see, uh, that around Wednesday, Thursday or on Friday, uh, if I can send them something, but tomorrow I have to [send it] to the brothers, you know, the brothers called—they need it.

19
UNCLASSIFIED

Trans 01097

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

Call Files Ending In: _56, _62, _61, _21, _76, _49, _14, and _51

AH:   Um-hum. Oo—

RH:   [OV] [UI] to the brothers tomorrow.

AH:   You'll send it over there, okay, okay, God willing.

RH:   [UI]—

AH:   Well, okay then—

RH:   --and next Saturday, you know, or Sunday to see, uh, through these, you know, many from my place [in Bosnia] are in Chicago, you know, if they want to collect something, you know?

AH:   Um-hum, um-hum, um-hum.

RH:   Aha, well, the brother just sent, uh, the number; he also sent me the address and else, uh, and so-- there are—there are wounded ones, you know? There are some--but they are in a great need, like, they don't have anything. I said there is—since I have $1,250 here, you know?

AH:   Um-hum, um-hum, um-hum.

RH:   So I'll give two hundred in your name, brother, so that, uh, to send it to them, you know?

AH:   [OV] Um-hum.

RH:   Then—they asked me then but I told them that I couldn't do it now [UI] next check. They asked me on behalf of one—the one who was just wounded, the one who is with Abdullah – that        you know?

AH:   Um-hum.

RH:   You saw him [UI], so I'll send [money] for the traveling expenses to his mother next Saturday. His mother is going [there]. His mother is going [there].

AH:   She is going over there to him, huh?

RH:   Well, yeah. His mother is going over there, and she has no money for the travel expenses, when, uh, when Abdullah said, "Could you send it to him or," he said, "take from— take," he said, "from—if," he said, "somebody gives," he said, "something for me. Take it." Well, I said,"So what. I'll send it to you. Whatever somebody gives for you, I will," I said, "put it aside," uh, "then I'll [send it] to her," I said, "but I can't do it now, this

20
UNCLASSIFIED

Trans 01098

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

Call Files Ending In: _56, _62, _61, _21, _76, _49, _14, and _51

coming Saturday," I said, "but next Saturday." Brother, she is also going there, but she doesn't know that he is wounded, you know?

AH:    Um-hum, um-hum, um-hum, um-hum, um-hum, um-hum.

RH:    But, well, probably Allah caused that the mother's heart got touched, uh, so she is going, uh, and he is wounded, you know?

AH:    Um-hum, um-hum, um-hum, um-hum, um-hum.

RH:    Uh, so, praise be to God, so she'll come over there now. She'll be able to help a little just at the right time.

AH:    Okay.

RH:    Uh, what Abdullah said—Abdullah said, "Praise be to God," he said, "Allah is the greatest. How fast his wounds are healing!" you know?

AH:    Um-hum, praise be to God. Praise be to God [UI].

RH:    [OV] Praise be to God. And the mother—the mother has already [UI]—s--s--she is going—she is waiting because she has no [money] for the travel expenses. I told Abdullah, "There is no problem," I said, "coming Saturday since I can't do it tomorrow," you know?

AH:    Um-hum, um-hum, um-hum.

RH:    I'll send it to them tomorrow so that they have it, uh, over there.

       [noise]

AH:    Um-hum.

RH:    Uh, so, my brother.

AH:    And tell me, uh, do you have any money?

RH:    I have some, brother, I have it.

AH:    Well, if you want, send it, uh, if you can, uh—last time I—How much did you send over there in my name, three hundred?

RH:    Three hundred, uh-huh.

21
UNCLASSIFIED

Trans 01099

U.S. Government property
May not be used without
U.S. Government permission

UNCLASSIFIED

Call Files Ending In: _56, _62, _61, _21, _76, _49, _14, and _51

AH:  So, well, I don't know—if it's no bother to you, put three hundred again, uh, in my name so—if—if you can.

RH:  It's alright! How much?

AH:  Three hundred, huh?

RH:  It's alright! Praise be to God, brother. That is—praise be to God. So, uh, [UI] will everything so that they can get exactly 1,500, praise be to God.

AH:  Well, so that he gets that—and, uh, [clears throat] will it also be enough for that woman? Will there be enough for that sister, mother?

RH:  Well, yeah, I'll [send] it to her next Saturday, brother, you know?

AH:  Um-hum, um-hum.

RH:  I'll [send it] to her next—and this--this extra goes to them because there are wounded ones, and they have no—and they have no money anymore. They don't have—I know that Abdullah has no five dollars.

AH:  Um-hum, um-hum, well, send five hundred then if you have so [UI].

RH:  Okay, we'll see—

AH:  [OV] [UI].

RH:  --each other tomorrow, brother, if you don't do anything, so we'll go together and send it.

AH:  Okay, there is no problem. Okay, OK!

RH:  [UI]—

AH:  OK!

RH:  I'll [spend] a little time with my family today, and then we'll see each other tomorrow, if Allah, Exalted is He, wills it.

AH:  [UI], God willing. Okay, okay, peace be upon you. Okay, [UI].

RH:  Okay, and peace and the mercy of Allah be upon you.

[beep]  [end of recording]

Trans 01100