U.S. Government property
May not be used without
U.S. Government permission

Case ███████ █████████████████



██ : 
█████ : ███████████7
████████ : ███

---

## Product Body

| | |
|---|---|
| User Identifier: | 1304677927 |
| Captured Start Time: | 2014-06-13T13:46:04Z |
| Captured End Time: | 2014-06-13T14:02:04Z |

### MiniFeedStories

| |
|---|
| 2014-06-13T13:58:29Z -  Siki Ramiz Hodzic added a new photo to the album Mobile Uploads.<br><br>Good thing that you finally got your hands on a rifle that isn't small for you!!! |

| |
|---|
| 2014-06-13T13:58:29Z -  Siki Ramiz Hodzic added a new photo to the album Mobile Uploads.<br><br>Photo Title: ==Good thing that you finally got your hands on a rifle that isn't small for you!!!== |

| |
|---|
| 2014-06-13T14:00:01Z -  Siki Ramiz Hodzic shared ███████████  photo. |

---

**GOVERNMENT EXHIBIT**
**13**

**Trans 1963**

U.S. Government property
May not be used without
U.S. Government permission



Case 



## Product Body

| 2014-06-13T13:58:29Z   Album  Name: Mobile Uploads |
| --- |



## Metadata

| Field  Name | Content  Value |
| --- | --- |
| album name | Mobile Uploads |
| | |

U.S. Government property
May not be used without
U.S. Government permission

Case

| album owner uid | 1304677927 |
|---|---|
| id | 10202239747777510 |
| media retrieval status | SUCCESS |
| title | Good thing that you finally got your hands on a rifle that isn't small for you!!! |
| uploaded ip | 66.87.114.122 |
| uploaded time | 2014-06-13T13:58:29Z |

U.S. Government property
May not be used without
U.S. Government permission

Case



---

## Product Body

| | |
|---|---|
| User Name (Identifier): | Siki Ramiz Hodzic ( 1304677927 ) |
| Captured Start Time: | 2014-06-13T13:46:04Z |
| Captured End Time: | 2014-06-13T14:02:04Z |

---

Thread Id: id.252722621442544

---

2014-06-13T13:46:13Z   Abdullah Ramo Pazara ( ██████████ )

Recipient(s):  Siki Ramiz Hodzic ( 1304677927 )   - Read by user(s)

Message Id: 1402667173327000000  Tag: app_id:350685531728

What's new, brother? Did you see how the unbelievers and the rest of the bandits are making an alliance? ALLAH IS THE GREATEST! MY FAITH GOES UP TO THE SKIES. THANK GOD!

---

2014-06-13T13:47:54Z   Siki Ramiz Hodzic ( 1304677927 )

Recipient(s):  Abdullah Ramo Pazara ( ██████████ )   - Read by user(s)

Message Id: 1402667274317000000  Tag: source:titan:m_touch

Yes, I did see it. I follow it constantly. Well, that's how it was from the start, but they hid it and now Allah is revealing their intrigues.

---

2014-06-13T13:49:18Z   Abdullah Ramo Pazara ( ██████████ )

Recipient(s):  Siki Ramiz Hodzic ( 1304677927 )   - Read by user(s)

Message Id: 1402667358508000000  Tag: app_id:350685531728

ALLAH IS THE GREATEST! I WOULD LIKE TO DIE 100 TIMES ON ALLAH'S PATH. BROTHER, MY TEARS ARE GUSHING FROM ALLAH'S GRACE. GLORY BE TO GOD!

---

2014-06-13T13:50:03Z   Siki Ramiz Hodzic ( 1304677927 )

Recipient(s):  Abdullah Ramo Pazara ( ██████████ )   - Read by user(s)

Message Id: 1402667403411000000  Tag: source:titan:m_touch

Thank God, brother.

---

2014-06-13T13:50:20Z   Siki Ramiz Hodzic ( 1304677927 )

Recipient(s):  Abdullah Ramo Pazara ( ██████████ )   - Read by user(s)

Message Id: 1402667420563000000  Tag: source:titan:m_touch

Allah will help the sincere ones.

---

2014-06-13T13:50:40Z   Siki Ramiz Hodzic ( 1304677927 )

Recipient(s):  Abdullah Ramo Pazara ( ██████████ )   - Read by user(s)

Trans 1966

U.S. Government property
May not be used without
U.S. Government permission

Case

Message Id: 1402667440922000000  Tag: source:titan:m_touch

Do you have boots?

---

2014-06-13T13:52:17Z   Abdullah Ramo Pazara ( )

Recipient(s):  Siki Ramiz Hodzic ( 1304677927 )  - Read by user(s)

Message Id: 1402667537441000000  Tag: app_id:350685531728

I have, brother. Thank you. We have everything now, brother. ALLAH PROVIDED US WITH EVERYTHING, THANK GOD!

---

2014-06-13T13:52:55Z   Siki Ramiz Hodzic ( 1304677927 )

Recipient(s):  Abdullah Ramo Pazara ( )  - Read by user(s)

Message Id: 1402667575140000000  Tag: source:titan:m_touch

Whose sniper is that?

---

2014-06-13T13:53:21Z   Abdullah Ramo Pazara ( )

Recipient(s):  Siki Ramiz Hodzic ( 1304677927 )  - Read by user(s)

Message Id: 1402667601931000000  Tag: app_id:350685531728

. The Chechen brothers captured it, glory be to God.

---

2014-06-13T13:53:37Z   Siki Ramiz Hodzic ( 1304677927 )

Recipient(s):  Abdullah Ramo Pazara ( )  - Read by user(s)

Message Id: 1402667617848000000  Tag: source:titan:m_touch

[It is] a good one.

---

2014-06-13T13:53:57Z   Abdullah Ramo Pazara ( )

Recipient(s):  Siki Ramiz Hodzic ( 1304677927 )  - Read by user(s)

Message Id: 1402667637153000000  Tag: app_id:350685531728

Thank God.

---

2014-06-13T13:54:05Z   Siki Ramiz Hodzic ( 1304677927 )

Recipient(s):  Abdullah Ramo Pazara ( )  - Read by user(s)

Message Id: 1402667645633000000  Tag: source:titan:m_touch

Where did they capture it? They did it in Iraq, didn't they?

---

2014-06-13T13:54:40Z   Abdullah Ramo Pazara ( )

Recipient(s):  Siki Ramiz Hodzic ( 1304677927 )  - Read by user(s)

Message Id: 1402667680818000000  Tag: app_id:350685531728

Here, from the FSA dogs.

---

2014-06-13T13:56:00Z   Siki Ramiz Hodzic ( 1304677927 )

Recipient(s):  Abdullah Ramo Pazara ( )  - Read by user(s)

Message Id: 1402667760611000000  Tag: source:titan:m_touch

Trans 1967

U.S. Government property.
May not be used without
U.S. Government permission

Case ▓▓▓▓▓▓▓▓ Facility:1304677927 Product:9224170N

It is a good one, thank God.

---

2014-06-13T13:57:33Z   Abdullah Ramo Pazara ( ▓▓▓▓▓▓▓▓▓▓ )

Recipient(s):  Siki Ramiz Hodzic ( 1304677927 )  - Read by user(s)

Message Id: 1402667853472000000  Tag: app_id:350685531728

Anti-aircraft machine gun bullets go into it.

---

2014-06-13T13:58:55Z   Siki Ramiz Hodzic ( 1304677927 )

Recipient(s):  Abdullah Ramo Pazara ( ▓▓▓▓▓▓▓▓▓▓▓ )  - Read by user(s)

Message Id: 1402667935891000000  Tag: app_id:350685531728

Is it 14.5 or 14.7?

Trans 1968

Case: 4:19-cr-00049-CDP   Doc. #: 569-6   Filed: 06/03/19   Page: 7 of 21 PageID #: 3389

Case 



---

# Product Body

User Name (Identifier):   Siki Ramiz Hodzic ( 1304677927 )

Captured Start Time:   2014-06-13T14:02:04Z
Captured Start Time:   2014-06-13T14:02:04Z

Captured End Time:   2014-06-13T14:18:04Z

---

Thread Id: id.252722621442544

---

2014-06-13T14:02:42Z   Abdullah Ramo Pazara ( ⬛⬛⬛⬛⬛⬛ )

Recipient(s):   Siki Ramiz Hodzic ( 1304677927 )  - Read by user(s)

Message Id: 1402668162779000000  Tag: app_id:350685531728

12.7

---

2014-06-13T14:05:27Z   Siki Ramiz Hodzic ( 1304677927 )

Recipient(s):   Abdullah Ramo Pazara ( ⬛⬛⬛⬛⬛⬛ )  - Read by user(s)

Message Id: 1402668327349000000  Tag: app_id:350685531728

Our Browning automatic rifle was 12.7.

---

2014-06-13T14:06:45Z   Abdullah Ramo Pazara ( ⬛⬛⬛⬛⬛⬛ )

Recipient(s):   Siki Ramiz Hodzic ( 1304677927 )  - Read by user(s)

Message Id: 1402668405554000000  Tag: app_id:350685531728

This one destroys, brother.

---

2014-06-13T14:07:47Z   Abdullah Ramo Pazara ( ⬛⬛⬛⬛⬛⬛ )

Recipient(s):   Siki Ramiz Hodzic ( 1304677927 )  - Read by user(s)

Message Id: 1402668467092000000  Tag: app_id:350685531728

Brother, I have boots, but it is warm now. A brother from Jazeera Mecca gave me a pair of Puma boots as a gift. They are good for silent liquidations, [they are] of a light weight, you know.  D

---

2014-06-13T14:08:38Z   Siki Ramiz Hodzic ( 1304677927 )

Recipient(s):   Abdullah Ramo Pazara ( ⬛⬛⬛⬛⬛⬛ )  - Read by user(s)

Message Id: 1402668518818000000  Tag: app_id:350685531728

Do you know how to make a quick and cheap silencer for quiet liquidations?

---

2014-06-13T14:09:08Z   Abdullah Ramo Pazara ( ⬛⬛⬛⬛⬛⬛ )

Recipient(s):   Siki Ramiz Hodzic ( 1304677927 )  - Read by user(s)

Message Id: 1402668548552000000  Tag: app_id:350685531728

U.S. Government property
May not be used without
U.S. Government permission

Case [REDACTED] [REDACTED]

| |
|---|
| We made them, but they could still be heard. |

---

2014-06-13T14:09:22Z   Siki Ramiz Hodzic ( 1304677927 )

Recipient(s):   Abdullah Ramo Pazara ( [REDACTED] )  - Read by user(s)

Message Id: 1402668562490000000  Tag: app_id:350685531728

I will send you footwear and sneakers via [REDACTED] .

---

2014-06-13T14:10:17Z   Siki Ramiz Hodzic ( 1304677927 )

Recipient(s):   Abdullah Ramo Pazara [REDACTED] )  - Read by user(s)

Message Id: 1402668617377000000  Tag: app_id:350685531728

==Brother, take a new fuel filter if you have it and let them make it, so it can be grafted to the rifle.== There is no better than that.

---

2014-06-13T14:10:43Z   Abdullah Ramo Pazara ( [REDACTED] )

Recipient(s):   Siki Ramiz Hodzic ( 1304677927 )  - Read by user(s)

Message Id: 1402668643781000000  Tag: app_id:350685531728

==They tried. It still makes a noise.==

---

2014-06-13T14:11:47Z   Abdullah Ramo Pazara [REDACTED] )

Recipient(s):   Siki Ramiz Hodzic ( 1304677927 )  - Read by user(s)

Message Id: 1402668707754000000  Tag: app_id:350685531728

==We have everything now, brother.== ALLAH PROVIDED US WITH EVERYTHING, THANK GOD!

---

2014-06-13T14:16:31Z   Siki Ramiz Hodzic ( 1304677927 )

Recipient(s):   Abdullah Ramo Pazara ( [REDACTED] )  - Read by user(s)

Message Id: 1402668991714000000  Tag: app_id:350685531728

What size shoes do you wear?

---

U.S. Government property
May not be used without
U.S. Government permission

Case

---

# Product Body

2014-06-16T09:16:02Z   Album  Name: Mobile Uploads  ( 105537546211176 )



## Comments

2014-06-17T14:00:42  -

Bravo!

2014-06-16T10:17:04  -

Eh, sit down a little and try. Ha-ha.

## Metadata

| Field  Name | Content  Value |
|---|---|
| album id | 105537546211176 |
| album name | Mobile Uploads |
| | |

U.S. Government property
May not be used without
U.S. Government permission

Case �altitude Facility:100002647935197 Product:9250966N

| album owner uid | 100002647935197 |
|---|---|
| id | 599859640112295 |
| media retrieval status | SUCCESS |
| uploaded ip | **141.1**05.164.153 |
| uploaded time | 2014-06-16T09:16:02Z |

U.S. Government property
May not be used without
U.S. Government permission

Case ███████████████████████████



# Product Body

| 2014-06-16T09:16:02Z  Album  Name: Mobile Uploads  ( 105537546211176 ) |
| --- |



## Comments

2014-06-18T08:13:37  - ████████ ( ██████████████ )

It looks like this Kalash[nikov] is small for him. He needs some sort of a machine gun against the renegades.

## Metadata

| Field  Name | Content  Value |
| --- | --- |
| album id | 105537546211176 |
| album name | Mobile Uploads |
| album owner uid | 100002647935197 |
| id | 599859553445637 |
| media retrieval status | SUCCESS |
|  |  |

U.S. Government property
May not be used without
U.S. Government permission

| | |
|---|---|
| uploaded ip | **141.1**05.164.153 |
| uploaded time | 2014-06-16T09:16:02Z |

U.S. Government property
May not be used without
U.S. Government permission



## Product Body

2014-06-16T09:16:01Z   Album  Name: Mobile Uploads  ( 105537546211176 )



### Metadata

| Field  Name | Content  Value |
|---|---|
| album id | 105537546211176 |
| album name | Mobile Uploads |
| album owner uid | 100002647935197 |
| id | 599859510112308 |
| media retrieval status | SUCCESS |
| uploaded ip | 141.105.164.153 |
| uploaded time | 2014-06-16T09:16:01Z |

U.S. Government property
May not be used without
U.S. Government permission

Case ███████████ ████████████████████████████████



1 ██████████████

## Product Body

| |
|---|
| 2014-06-16T06:20:34Z   Album  Name: Mobile Uploads  ( 105537546211176 ) |



<u>Metadata</u>

| Field  Name | Content  Value |
|---|---|
| album id | 105537546211176 |

U.S. Government property
May not be used without
U.S. Government permission

Case ██████████████

| album name | Mobile Uploads |
|---|---|
| album owner uid | 100002647935197 |
| id | 599774946787431 |
| media retrieval status | SUCCESS |
| title | BOSNIAN MUJAHIDS OF SHAM GOT American HUMMERS from Mosul. THANK GOD! |
| uploaded ip | 141.105.164.166 |
| uploaded time | 2014-06-16T06:20:34Z |

Trans 1988

**U.S. Government property**
May not be used without
U.S. Government permission

Case 



---

## Product Body

| |
|---|
| 2014-06-16T06:16:53Z   Album  Name: Mobile Uploads   ( 105537546211176 ) |



Metadata

| Field  Name | Content  Value |
|---|---|
| album id | 105537546211176 |
| album name | Mobile Uploads |
| album owner uid | 100002647935197 |
| id | 599773926787533 |
| media retrieval status | SUCCESS |
| uploaded ip | 141.105.164.153 |
| uploaded time | 2014-06-16T06:16:53Z |

U.S. Government property
May not be used without
U.S. Government permission

Case ███████████)███████████████████████████

**U.S. Government property**
May not be used without
U.S. Government permission

Case 



## Product Body

| 2014-06-16T06:16:53Z   Album  Name: Mobile Uploads  ( 105537546211176 ) |
|---|



Comments

| 2014-06-16T08:55:21  - Yahya AbuAyesha Mudzahid  ( ⬛⬛⬛⬛ ) |
|---|
| Bravo! |

U.S. Government property
May not be used without
U.S. Government permission

Case ████████ ████████████████

| 2014-06-16T07:23:11 - ███████████ ( ████████████ ) |
| --- |
| Well done! I also want to drive one Omer (Hummer). :D |

| 2014-06-16T06:28:52 - ██████████ ( ██████████ ) |
| --- |
| Well done! |

Metadata

| Field Name | Content Value |
| --- | --- |
| album id | 105537546211176 |
| album name | Mobile Uploads |
| album owner uid | 100002647935197 |
| id | 599773860120873 |
| media retrieval status | SUCCESS |
| uploaded ip | 141.105.164.153 |
| uploaded time | 2014-06-16T06:16:53Z |

**U.S. Government property**
May not be used without
U.S. Government permission



## Product Body

| | |
|---|---|
| User Identifier: | 100002647935197 |
| Captured Start Time: | 2014-06-24T15:57:30Z |
| Captured End Time: | 2014-06-24T16:13:30Z |

### MiniFeedStories

2014-06-24T16:03:19Z - Abdullah Ramo Pazara and ▮▮▮▮▮▮ are now friends.

2014-06-24T16:03:21Z - Abdullah Ramo Pazara and ▮▮▮▮▮▮ are now friends.

2014-06-24T16:03:22Z - Abdullah Ramo Pazara and ▮▮▮▮▮▮▮▮ are now friends.

2014-06-24T16:03:24Z - Abdullah Ramo Pazara and ▮▮▮▮▮ are now friends.

2014-06-24T16:03:24Z - Abdullah Ramo Pazara and ▮▮▮▮▮ are now friends.

2014-06-24T16:04:50Z - Abdullah Ramo Pazara shared ▮▮▮▮▮ photo.

2014-06-24T16:10:38Z - Abdullah Ramo Pazara updated his status.

We are Terrorists, because Terror (intimidation of enemies) is a requirement described in ALLAH's book. Let the East and the West know, we are TERRORISTS, and they should fear us!!!! THE EXALTED ALLAH SAYS IN THE QURAN: "And against them prepare as many forces and horses as you can for battle to TERRORIZE Allah's and your enemies" (Sura Al-Anfal, verse 60) SUCH TERROR is described in ALLAH'S RELIGION. THANK GOD.

2014-06-24T16:11:08Z - Abdullah Ramo Pazara likes a status.

### RecentActivity

2014-06-24T16:03:09Z IP: 141.105.164.202 City: athens Country: GR Region: a1 Site: WWW
datr: hZOFU1X7ZGeT8R0y8-MnOwiH

User Agent: Mozilla/5.0 (Windows NT 6.1; WOW64; rv:30.0) Gecko/20100101 Firefox/30.0

Checkpoint Cleared

2014-06-24T15:59:18Z IP: 141.105.164.182 City: athens Country: GR Region: a1 Site: WWW
datr: hZOFU1X7ZGeT8R0y8-MnOwiH

User Agent: Mozilla/5.0 (Windows NT 6.1; WOW64; rv:30.0) Gecko/20100101 Firefox/30.0

Checkpoint Flow Started

2014-06-24T15:59:01Z IP: 141.105.164.182 City: athens Country: GR Region: a1 Site: WWW
datr: hZOFU1X7ZGeT8R0y8-MnOwiH

U.S. Government property
May not be used without
U.S. Government permission

Case███████████████

User Agent:  Mozilla/5.0 (Windows NT 6.1; WOW64; rv:30.0) Gecko/20100101 Firefox/30.0

Login

## Status Updates

2014-06-24T16:10:37Z  - Mobile: false

We are Terrorists, because Terror (intimidation of enemies) is a requirement described in ALLAH's book. Let the East and the West know, we are TERRORISTS, and they should fear us!!!! THE EXALTED ALLAH SAYS IN THE QURAN: "And against them prepare as many forces and horses as you can for battle to TERRORIZE Allah's and your enemies" (Sura Al-Anfal, verse 60) SUCH TERROR is described in ALLAH'S RELIGION. THANK GOD.

## Comments

Trans 2008