U.S. Government Property
May Not Be Used Without
U.S. Government Permission

UNCLASSIFIED

Audio File: Ramiz Hodzic, Sedina Hodzic, ███████, Armin Harcevic, and ███████

S3144941342_20140614221246_93

**00:03:04 – 00:04:58**

RH: Did you see the photo that they posted in the morning. It states Che—uh, Shishani got an armored truck and Bosnians, who are under the command of Abdullah Pazara...

AH: Uh-huh

RH: ...got a tank. [laughs]

AH: [laughs] Allah is the greatest!

RH: I need ███. You know, he ordered s-s-some shoes.

AH: Um-hum.

RH: I do not know what kind. He said that ███ bought them for himself. He said, "Go with ███ will show them to you, uh."

AH: Are they hollow ones?

RH: I do not know. I do not know.

AH: Okay, okay. So, check with him.

RH: He said that ███ knows.

AH: Um-hum, um-hum, so check—check with him. He probably knows what... well yeah.

RH: Ahh, Thank God. Brother, so we can celebrate a little bit. There are celebrations everywhere.

AH: God willing. God willing, my dear. Yes, brother, yes. Ooh, that is—they made a show—show. What can you do, brother, when Allah, glory to Him, the Exalted, is with someone? Can't...

GOVERNMENT EXHIBIT 14

Trans 03023

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

UNCLASSIFIED

Audio File: Ramiz Hodzic, Sedina Hodzic, ▓▓▓▓▓▓▓, Armin Harcevic, and ▓▓▓▓▓▓▓

RH: Did you see [UI] today no one can believe that 800 of them attacked and defeated 30,000...

AH: There is no, my dear—that was from Allah. When dear Allah...

RH: [OV] No one can believe, brother, that they did that.

AH: Well, they were explaining something. I read this and that.

RH: [OV] Well, yeah.

AH: It does not make a sense at all.

RH: There were many of them and they were not able to take all the Hummers. They had to burn it so that nothing is left behind. They did not have enough soldiers to take everything.

AH: They said that ▓▓▓▓▓▓▓ was entering. Did you see that, hey?

RH: Because they burned everything, brother... they cannot drive it. [UI] burned something and left something behind. And now these hyenas, these thieves were entering.

AH: Did you see those hyenas, hey? They were taking pictures later. They went—our men were not able to understand who was who anymore.

RH: Yeah—yeah, brother. Allah will allow it for the truth to be shown.

AH: Yeah, glory be to God. You see. Did you see how all the rest of vermin, who wrote here—who write all sorts of things about the brothers, are silent? Nobody [is saying] anything, just some news there. Well, I said, uh...

RH: [OV] Well, yeah.

**00:06:20 – 00:06:43**

AH: They said that they entered Baghdad and that they just—that they, uh, are really fighting for Baghdad.

12
UNCLASSIFIED

Trans 03024

U.S. Government Property
May Not Be Used Without
U.S. Government Permission

UNCLASSIFIED

Audio File: Ramiz Hodzic, Sedina Hodzic, ███████, Armin Harcevic, and ███

RH: Well, it is not verified information yet, but it seems that those Chechens, who fly helicopters—it seems that they shot that Maliki.

AH: I saw that, too. Uh-huh, I saw… it states that it is not verified, yeah. [UI]

RH: Chechens fly them. [UI]

AH: Uh-hum [laughs]

RH: [laughs]

**00:08:48 – 00:08:57**

RH: Okay, my brother, uh… Hari, you, and I will see each other tomorrow.

AH: [OV] God willing.

RH: We will see if that ███ can do it, too. The four of us [UI].

AH: Welcome, brother!

[end]

13
UNCLASSIFIED

Trans 03025