## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:15-cr-00049 CDP/DDN |
| Plaintiff, | |
| v. | NOTICE OF PRESENTMENT OF EVIDENCE AT SENTENCING |
| ARMIN HARCEVIC, | |
| Defendant. | |

1. All exhibits included in previous Defense filings.

2. All exhibits included in previous Government filings.

3. Search Warrants produced by the government.

4. Western Union transfer evidence for Armin Harcevic produced by the Government.

5. Demonstrable PowerPoint presenting evidence before the court on actors that were under investigation.

6. Translations of phone conversations not previously produced.

7. Media Reports and timeline of ISIS creation:

    a. "Obama asks for approval to hit Syria" CNN Breaking News. August 31st, 2013. Available at: https://web.archive.org/web/20130901023912/http:/www.cnn.com/

    b. Shoichet, Catherine E. "Strike against Syria? Obama backs it, but wants Congress to vote". CNN Online. August 31st, 2013. Available at: https://web.archive.org/web/20130901062229/http://www.cnn.com/2013/08/31/

   world/meast/syria-civil-war/index.html?hpt=hp_inthenews

c. Levs, Josh. "War Crime: U.N. finds sarin used in Syria chemical weapons attack" CNN Politics. September 16th, 2013. Available at: https://web.archive.org/web/20130917114459/http://www.cnn.com/2013/09/16/politics/syria-civil-war/index.html?hpt=hp_inthenews

d. Bradley, Megan. "Humanitarian crisis spilling from Syria". September 11th, 2013. Available at: https://web.archive.org/web/20130915065432/http:/www.cnn.com/2013/09/11/opinion/bradely-syria-refugees/index.html?iid=article_sidebar

e. "16 May 2014: Serbia, Bosnia and Herzegovina—Severe weather/Floods". Relief Web Press Release. May 16th, 2014. Available at: https://reliefweb.int/map/serbia/16-may-2014-serbia-bosnia-and-herzegovina-severe-weatherfloods

f. "How to help Syrian Refugees". CNN Online. September, 2013. https://web.archive.org/web/20130920011959/http://www.cnn.com/2013/09/06/world/iyw-how-to-help-syrian-refugees/index.html?iid=article_sidebar

g. Syrian Refugees Recovery & Empowerment. A Brief History. 2019. https://www.syrianrefugeeconference.com/call-of-abstract/

h. "Timeline: The Rise, Spread and Fall of the Islamic State". The Wilson Center. April 30th, 2019. https://www.wilsoncenter.org/article/timeline-the-rise-spread-and-fall-the-islamic-state

i. Remnick, David. "Going the Distance". January 19th, 2014. https://www.newyorker.com/magazine/2014/01/27/going-the-distance-david-

remnick

j. "ISIS claims to have beheaded American Journalist James Foley". New York, CBS Local. August 19th, 2014. https://newyork.cbslocal.com/2014/08/19/isis-claims-to-have-beheaded-american-journalist-james-foley/

k. https://www.theguardian.com/world/2014/jun/10/iraq-sunni-insurgents-islamic-militants-seize-control-mosul

l. Chulov, Martin. "ISIS insurgents seize control of Iraqi city of Mosul". June 10, 2014. https://www.theguardian.com/world/2014/jun/10/iraq-sunni-insurgents-islamic-militants-seize-control-mosul

m. Timeline of Events of Islamic State of Iraq and the Levanthttps://simple.wikipedia.org/wiki/Timeline_of_Islamic_State_of_Iraq_and_the_Levant_events_in_2014

Respectfully submitted this 2nd day of August, 2019.

*/s/ Charles D. Swift*
Charles D. Swift Texas Bar No. 24091964
*Pro Hac Attorney for Armin Harcevic*

*s/ Catherine McDonald*
Catherine McDonald, Pro Hac Attorney for the Defendant, Armin Harcevic

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Charles D. Swift*
Chares D. Swift
*Pro Hac for Armin Harcevic*